Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Tedder Industries, LLC** | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | Alien Gear Holsters | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 3 – 1 6 8 7 6 5 2 | |
| 4. Debtor's address | **Principal place of business**  4411 W Riverbend Ave  Number   Street  Post Falls, ID 83854-8150  City   State   ZIP Code  Kootenai  County | **Mailing address, if different from principal place of business**  Number   Street  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor **Tedder Industries, LLC**          Case number *(if known)*
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                MM / DD / YYYY
         District _____  When _____  Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                MM / DD / YYYY
         Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor     **Tedder Industries, LLC**     Case number *(if known)* _____
           <u>Name</u>

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>         Number     Street<br>_____<br>City                    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49      ☑ 50-99          ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999       ☐ 10,001-25,000                      ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million       ☐ More than $50 billion |

Debtor **Tedder Industries, LLC**
Name

Case number *(if known)*

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/08/2025**
MM/ DD/ YYYY

X */s/ Tommy Magrath*
Signature of authorized representative of debtor

Printed name **Thomas Magrath**

Title **President**

**18. Signature of attorney**

X **/s/ Jeff Prostok**
Signature of attorney for debtor

Date **12/08/2025**
MM/ DD/ YYYY

Printed name **Jeff Prostok**

Firm name **Vartabedian Hester & Haynes LLP**

**301 Commerce St. Ste 2200**
Number      Street

**Fort Worth**        **TX**     **76102**
City                 State   ZIP Code

**(817) 877-4223**              **jeff.prostok@vhh.law**
Contact phone                    Email address

**16352500**                     **TX**
Bar number                       State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>TEDDER INDUSTRIES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____ |

## LIST OF EQUITY SECURITY HOLDERS

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Main Street Equity Interests | 1300 Post Oak Blvd, Houston, Texas 77056 | 43.87% |
| MSC Equity Holding LLC | 1300 Post Oak Blvd., Houston, Texas 77056 | 10.97% |
| TI Holdings, LLC | 6596 E Maplewood Ave, Post Falls, ID 83854 | 44.01% |

---

[1] The debtor and debtor-in-possession in this Chapter 11 Case, along with the last four digits of its respective Employer Identification Numbers, is: Tedder Industries, LLC, XX-XXX7652.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-_____ |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Main Street Equity Interests | 43.87% |
| MSC Equity Holding LLC | 10.97% |
| TI Holdings, LLC | 44.01% |

---

[1] The debtor and debtor-in-possession in this Chapter 11 Case, along with the last four digits of its respective Employer Identification Numbers, is: Tedder Industries, LLC, XX-XXX7652.

Fill in this information to identify the case:

Debtor name: **Tedder Industries, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Spokane Packaging<br>PO Box 748079<br>Los Angeles, CA 90074-8079 | | | | | | $5,141.37 |
| 2 | Allegra<br>Coeur d'<br>3917 N. Schreiber Way<br>Alene, ID 83815 | | | | | | $5,400.00 |
| 3 | Shenzhen Chiheng Precision Co., LTD<br>201,Block A,ChangAnZhiGu,NO.199 of ShaJiangLu Songgang town, BaoAn District ShenZhen 518105 China<br>, | | | | | | $139,457.50 |
| 4 | FedEx - 8836-1422-4<br>PO Box 10306<br>Palatine, IL 60055 | | | | | | $77,045.13 |
| 5 | Formerra, LLC<br>JP Morgan Chase<br>Attn: Formerra LLC<br>Box 735499 131 S Dearborn, 6th Floor<br>Chicago, IL 60603 | | | | | | $68,778.02 |
| 6 | Tetiri, LLC<br>4300 W. Riverbend Ave.<br>Post Falls, ID 83854 | | | | | | $62,123.49 |
| 7 | Humanix Corp<br>15920 E Indiana Ave Suite 100<br>Spokane Valley, WA 92216 | | | | | | $60,969.67 |
| 8 | Alternative Molding Concepts, Inc<br>5575 W Riverbend Ave Suite 103<br>Post Falls, ID 83854 | | | | | | $41,403.66 |

Debtor **Tedder Industries, LLC**　　　　　Case number *(if known)* _____
　　　　Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Truk TMS<br>Truk TMS 4412 W Riverbend Ave<br>Post Falls, ID 83854 | | | | | | $39,013.98 |
| 10 | SPS Commerce<br>PO Box 205782<br>Dallas, TX 75320 | | | | | | $1,461.33 |
| 11 | The Trade Group<br>2900 Genesis Way<br>Suite 100, Grapevine,<br>Texas 76051, US | | | | | | Unknown |
| 12 | RFSmart<br>3563 Philips Hwy,<br>Suite F-601,<br>Jacksonville, FL 32207 | | | | | | $21,251.84 |
| 13 | M2 International Inc<br>142 Hegeman Avenue VT<br>Colchester Suite 103<br>5446 | | | | | | $351.00 |
| 14 | First Interstate Bank - Credit Card<br>401 N 31st St, Billings, MT 59101-1200 | | | | | | $204,433.94 |
| 15 | Hi Tech Fasteners<br>PO Box 64874<br>Baltimore, MD 21264-4874 | | | | | | $14,237.05 |
| 16 | Fatbeam LLC<br>2065 W Riverstone Dr<br>STE 202<br>Coeur d'Alene ID 83814 | | | | | | $618.00 |
| 17 | Covenant Arms & Coatings<br>6165 E Commerce Loop Ste A<br>Post Falls, ID 83854 | | | | | | $2,185.00 |
| 18 | Meta (Facebook and Instagram)<br>1 Meta Way<br>Menlo Park, CA 94025 | | | | | | Unknown |
| 19 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | | | | | | Unknown |
| 20 | Nunya Business, LLC<br>4788 Road M NE<br>Moses Lake, WA 98837 | | | | | | $8,333.00 |

Debtor **Tedder Industries, LLC** _____ Case number (if known) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Willis Towers Watson Northeast, Inc.<br>51 Lime Street<br>London, EC3M 7DQ | | | | | | $4,761.00 |
| 22 | Oracle<br>2300 Cloud Way,<br>Austin, Texas | | | | | | Unknown |
| 23 | Klaviyo Inc<br>125 Summer Street, Floor 6,<br>Boston, MA 02111 | | | | | | Unknown |
| 24 | Avalara Inc<br>512 Mangum Street, Suite 100,<br>Durham, NC 27701 | | | | | | $4,849.62 |
| 25 | Avista<br>1411 E Mission Ave,<br>Spokane, WA 99202 | | | | | | Unknown |
| 26 | Ecolite<br>2622 N Woodruff<br>Spokane Valley WA 99206 | | | | | | $13,483.00 |
| 27 | Grin<br>400 Capitol Mall, 9th Floor,<br>Sacramento, CA 95814 | | | | | | Unknown |
| 28 | VisiPak - Sinclair & Rush Co<br>PO Box 804957<br>Kansas City, MO<br>64180-4957 | | | | | | $4,988.85 |
| 29 | Dell<br>1 Dell Way,<br>Round Rock, TX 78682 | | | | | | Unknown |
| 30 | Northwest Wire EDM<br>1620 N Mamer Rd F104<br>Spokane Valley WA 99216<br>United States | | | | | | $250.00 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**      page 3

Fill in this information to identify the case:

Debtor name: **Tedder Industries, LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration   **Corporate Ownership Statement and List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/08/2025**
MM/ DD/ YYYY

X *Tommy Magrath*
Signature of individual signing on behalf of debtor

**Thomas Magrath**
Printed name

**President**
Position or relationship to debtor

Official Form B202   Declaration Under Penalty of Perjury for Non-Individual Debtors

**WRITTEN CONSENT
OF THE MEMBERS
AND
THE MANAGERS OF
TEDDER INDUSTRIES, LLC**

December 5, 2025

The undersigned, being all the managers on the board of managers and the members holding all of the voting interests (collectively, the "***Governing Authority***") of Tedder Industries, LLC, a Texas Limited Liability Company (the "***Company***"), do hereby consent to and adopt the following resolutions and take the following actions without a meeting, by written consent (the "***Consent***"):

***Proper Officers***

NOW, THEREFORE, BE IT RESOLVED, that for purposes of these resolutions, the term "***Proper Officer***" shall mean Thomas Magrath, the Company's designated representative, and solely for the purposes of attesting to, or certifying the authenticity of signatures, documents, instruments or agreements, the Secretary of the Company.

***Filing of Bankruptcy Petition***

WHEREAS, pursuant to the Limited Liability Company Operating Agreement of Tedder Industries, LLC, the Governing Authority has exclusive and complete authority and discretion to manage the operation and affairs of the Company and to make all decisions regarding the business of the Company;

WHEREAS, the Governing Authority, acting pursuant to the laws of the State of Texas, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Governing Authority has reviewed the historical performance of the Company and the current and long-term liabilities of the Company; and

WHEREAS, the Governing Authority has analyzed each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Governing Authority, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***");

RESOLVED FURTHER, that the Proper Officer be, and hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Proper Officer deems necessary, desirable and proper in connection with the Company's Chapter 11 case, with a view to the successful prosecution of such case;

*Retention of Professionals*

RESOLVED FURTHER, that the Proper Officer, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Vartabedian Hester & Haynes LLP ("***VHH***") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Proper Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of VHH;

RESOLVED FURTHER, that the Proper Officer be, and hereby is, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, such Proper Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

*Chapter 11*

RESOLVED FURTHER, that the Proper Officer be, and hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement; and

RESOLVED FURTHER, that any and all actions heretofore taken by the Proper Officer or the Governing Authority in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*General*

RESOLVED FURTHER, that all acts and deeds heretofore done or actions taken by a Governing Authority or any officer or agent of a Company for and on behalf of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments, or documents in carrying out the terms and intentions of the foregoing preambles and resolutions be and each of them hereby are ratified, approved, and confirmed in all respects as the acts and deeds of the Company;

RESOLVED FURTHER, that the Proper Officer be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, to take further action as he may deem

necessary or advisable in connection with the above-referenced transactions, including execution of any document necessary to complete the above-referenced transactions; and

RESOLVED FURTHER, that the Proper Officer be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to execute and deliver or cause to be executed and delivered any and all other agreements, certificates, reports, applications, notices, letters or other documents (including all instruments contemplated by any of the above documents), and to do or cause to be done any and all further acts as the Proper Officer shall deem necessary, appropriate or desirable to comply with the applicable laws and regulations of any jurisdiction (domestic or foreign) or otherwise permit the Company to fully and promptly carry out the purposes and intent of the foregoing preambles and resolutions and to consummate the transactions contemplated thereby, and any such action taken or any agreement, amendment, certificate, report, application, notice, letter or other document executed and delivered by him in connection with any such action shall be conclusive evidence of his authority to take, execute and deliver the same.

*[Signature page follows]*

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent, which shall be filed in the minutes of the meetings of the Governing Authority of Tedder Industries, LLC, a Texas Limited Liability Company, as of the date first set forth above.

**Managers:**

*Jesse E. Morris*
Jesse E. Morris

_____
Todd A. Leitgeb

_____
Thomas Tedder

**MEMBERS:**

MAIN STREET EQUITY INTERESTS, INC.

By: *Jesse E. Morris*
Name: Jesse E. Morris
Title: Executive Vice President and Chief Operating Officer

MSC EQUITY HOLDING, LLC

By: *Jesse E. Morris*
Name: Jesse E. Morris
Title: Executive Vice President and Chief Operating Officer

TI HOLDINGS, LLC

By: _____
Name: Thomas Tedder
Title: Manager and Chief Operating Officer

[SIGNATURE PAGE TO WRITTEN CONSENT OF THE MEMBERS AND MANAGERS OF TEDDER INDUSTRIES, LLC (CHAPTER 11 AUTHORIZATION)]

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent, which shall be filed in the minutes of the meetings of the Governing Authority of Tedder Industries, LLC, a Texas Limited Liability Company, as of the date first set forth above.

**Managers:**

_____
Jesse E. Morris

*Todd A. Leitgeb*
_____
Todd A. Leitgeb

_____
Thomas Tedder

**MEMBERS:**

MAIN STREET EQUITY INTERESTS, INC.

By: _____
Name:  Jesse E. Morris
Title:   Executive Vice President and Chief Operating Officer

MSC EQUITY HOLDING, LLC

By: _____
Name:  Jesse E. Morris
Title:   Executive Vice President and Chief Operating Officer

TI HOLDINGS, LLC

By: _____
Name:  Thomas Tedder
Title:   Manager and Chief Operating Officer

[SIGNATURE PAGE TO WRITTEN CONSENT OF THE MEMBERS AND MANAGERS OF TEDDER INDUSTRIES, LLC (CHAPTER 11 AUTHORIZATION)]

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent, which shall be filed in the minutes of the meetings of the Governing Authority of Tedder Industries, LLC, a Texas Limited Liability Company, as of the date first set forth above.

**Managers:**

_____
Jesse E. Morris

_____
Todd A. Leitgeb

*Thomas Tedder*
_____
Thomas Tedder

**MEMBERS:**

MAIN STREET EQUITY INTERESTS, INC.

By: _____
Name:  Jesse E. Morris
Title:    Executive Vice President and Chief Operating Officer

MSC EQUITY HOLDING, LLC

By: _____
Name:  Jesse E. Morris
Title:    Executive Vice President and Chief Operating Officer

TI HOLDINGS, LLC

By:  *Thomas Tedder*
Name:  Thomas Tedder
Title:    Manager and Chief Operating Officer

[SIGNATURE PAGE TO WRITTEN CONSENT OF THE MEMBERS AND MANAGERS OF TEDDER INDUSTRIES, LLC (CHAPTER 11 AUTHORIZATION)]