**Tedder Industries, LLC (#1028)**
**Case No. 25-90805**
**Master Service List**

Tedder Industries, LLC
4411 W Riverbend Ave
Post Falls, ID 83854-8150

Vartabedian Hester & Haynes LLP
301 Commerce Street
Suite 2200
Fort Worth, TX 76102

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

HMS Income Fund
1300 Post Oak Blvd. Suite 800
Houston, TX

Main Street Equity Interests, Inc.
1300 Post Oak Blvd. Suite 800
Houston, TX 77056-3011

Spokane Packaging
3808 N Sullivan Rd #21,
Spokane Valley, Washington 99216

Allegra
3917 N. Schreiber Way
Alene, ID 83815

**Shenzhen Chiheng Precision Co., LTD 201,BlockA,ChangAnZhiGu, NO.199 of ShaJiangLu Songgang town, BaoAn District ShenZhen 518105 China**

FedEx - 8836-1422-4
PO Box 10306
Palatine, IL 60055

Formerra, LLC JP Morgan Chase
Attn: Formerra LLC
Box 735499 131 S Dearborn,
6th Floor
Chicago, IL 60603

Tetiri, LLC
4300 W. Riverbend Ave.
Post Falls, ID 83854

Humanix Corp
15920 E Indiana Ave Suite 100
Spokane Valley, WA 92216

Centre Technologies
16801 Greenspoint Park Drive
Suite 200
Houston, TX 77060

Avient Corporation
(colorant division)
5505 N Cumberland Ave Suite 307
Chicago, IL 60656

Buchalter, A Professional
Corporation
1000 Wilshire Blvd Suite 1500
Los Angeles, CA 90017

Empire Bolt & Screw
1501 E Trent Ave
Spokane, WA 99202-2938

RFSmart
3563 Philips Hwy,
Suite F-601,
Jacksonville, FL 32207

Kootenai County Tax Collector
PO Box 220
Caldwell, ID 83606-0220

First Interstate Bank -
Credit Card
401 N 31st St, Billings,
MT 59101-1200

Hi Tech Fasteners
PO Box 64874
Baltimore, MD 21264-4874

GHJ Search & Staffing
PO Box 514670
Los Angeles, CA 90051

Advanced Compressor & Hose Inc
6215 E Commerce Loop Unit A
Post Falls, ID 83877

Randy Watts
Address on file

ExpertVoice, Inc.
PO Box 671382
Dallas, TX 75267-1382

Nunya Business, LLC
4788 Road M NE
Moses Lake, WA 98837

Willis Towers Watson
Northeast, Inc.
P.O. Box 4557
New York NY 10249-4557

Spire Industries LLC
3901 Franklin Ave
Western Springs, IL 60558

Lane Tobiassen
Address on file

Avalara Inc
255 S. King St., Ste. 1800
Seattle, WA 98104

| | | |
|---|---|---|
| Western Wire Products Co<br>770 Sun Park Drive<br>Fenton MO 63026 | Ecolite<br>2622 N Woodruff<br>Spokane Valley WA 99206 | Uline<br>PO Box 88741<br>ATTN: Accounts Receivable<br>Chicago IL 60680-1741 |
| VisiPak - Sinclair & Rush Co<br>PO Box 804957<br>Kansas City, MO<br>64180-4957 | Walter E Nelson Co<br>1017 N Bradley<br>Spokane WA 99212 | McMaster-Carr<br>600 N County Line Rd,<br>Elmhurst, IL 60126 |
| Internal Revenue Service (IRS)<br>Attn: Centralized Insolvency Operation<br>1111 Constitution Ave Nw<br>Washington, DC 20004 | Southern District of Texas<br>United States Attorney's Office<br>1000 Louisiana St<br>Suite 2300 Houston, TX 77002 | Texas Office of the Attorney General<br>300 W 15th St<br>Austin, TX 78701 |
| Texas Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Idaho Office of the Attorney General<br>700 W Jefferson St Suite 210<br>Boise, ID 83720 | Joshua W. Wolfshohl<br>Joanna D. Caytas<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002 |
| Arden Silverman<br> c/o John M Kalajian<br>John M Kalajian Law Offices<br>P O Box 1690<br>Simi Valley, CA 93062-1690 | | |