IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| TEDDER INDUSTRIES, LLC,[1] | § | Case No. 25-90805 (CML) |
| | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Debtor's Motion for Entry of an Order (I) Extending Time to File Schedules and Statement of Financial Affairs and (II) Granting Related Relief* [Docket No. 46] has been set for **January 12, 2026, at 1:00 p.m**. **(prevailing Central Time)** (the "***Hearing***") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 402, 4th floor, Houston, Texas 77002. The deadline to file an objection is **January 6, 2026, at 4:00 p.m. (prevailing Central Time)**.

You may participate in the Hearings either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by use of the GoToMeeting Platform. Connect via GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W. Riverbend Ave., Post Falls, ID 83854-8150.

1

Dated: December 23, 2025                    Respectfully submitted,

                                                        */s/ Jeff P. Prostok*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vhh.law
       mary.stanberry@vhh.law

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vhh.law
       blake.glatstein@vhh.law

*Proposed Counsel to Debtor and
Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

    I certify that on December 23, 2025, a true and correct copy of the foregoing document was served upon (i) the Office of the U.S. Trustee for the Southern District of Texas; (ii) all known secured creditors; (iii) the holders of the thirty (30) largest unsecured claims against the Debtor; (iv) the Internal Revenue Service; (v) the United States Attorney's Office for the Southern District of Texas; (vi) the State Attorneys' General for the States where the Debtor operates; and (vii) parties requesting notice under Bankruptcy Rule 2002.

                                              */s/ Jeff P. Prostok*
                                              Jeff P. Prostok