IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TEDDER INDUSTRIES, LLC,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-90805 (CML) |

**DEBTOR'S WITNESS AND EXHIBIT LIST
FOR SECOND DAY HEARING SET FOR JANUARY 12, 2026**

Tedder Industries, LLC, as debtor and debtor in possession (the "*Debtor*") in the above-captioned chapter 11 case, by its undersigned counsel, presents this Witness and Exhibit List in connection with the hearing scheduled for **January 12, 2026 at 1:00 p.m.**

**WITNESSES**

1. Tommy Magrath, President of the Debtor
2. Any witness designated or called by any other party
3. Rebuttal and impeachment witnesses

The Debtor reserves the right to call any witnesses designated by any other party.

**EXHIBITS**

| No. | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Declaration of Tommy Magrath in Support of Debtor's Chapter 11 Petition and First Day Pleadings [Docket No. 16] | | | |
| 2. | Initial Budget [Docket No. 10-1, Ex. A] | | | |
| 3. | Utility Providers List [Docket No. 11-1, Ex. 1] | | | |

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the debtor' service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

| No. | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 4. | Insurance Policies [Docket No. 13-2, Ex. 1] | | | |
| | Any exhibits designated by any other party | | | |
| | Any rebuttal exhibits | | | |

The Debtor asks that the Court take judicial notice of the pleadings filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court. The Debtor reserves the right to amend or supplement this Witness and Exhibit List any time prior to the hearing.

[*Remainder of page intentionally left blank*]

Dated: January 8, 2026

Respectfully submitted,

/s/ *Mary Taylor Stanberry*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 2143781)
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vhh.law
         mary.stanberry@vhh.law

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vhh.law
         blake.glatstein@vhh.law

*Proposed Counsel to Debtor and
Debtor-in-Possession*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.

*/s/ Mary Taylor Stanberry*
Mary Taylor Stanberry