| Week Count in Forecast | Week 1 | Week 2 | Week 3 | Week 4 |
|---|---|---|---|---|
| Week in Calendar Year | Week 50 | Week 51 | Week 52 | Week 1 |
| Days in Period | 7 | 7 | 7 | 7 |
|  | Forecast | Forecast | Forecast | Forecast |
| Period Beginning | 12/7/2025 | 12/14/2025 | 12/21/2025 | 12/28/2025 |
| Period Ending | 12/13/2025 | 12/20/2025 | 12/27/2025 | 1/3/2026 |
| **Total Cash Receipt Inflows** | $ 287,923 | $ 690,622 | $ 571,894 | $ 389,749 |
|  |  |  |  |  |
| **Cash Outflows:** |  |  |  |  |
| Credit Card Payment* | 219,894 | - | - | 204,434 |
| AP Payment | 139,868 | 434,186 | 42,530 | 202,361 |
| Salaries and Wages | - | 274,873 | - | 312,914 |
| Employee Benefits | - | 57,688 | - | 58,240 |
| Temporary Labor | - | 85,639 | 27,550 | 27,550 |
| Sales and Use Taxes | 75,262 | - | - | - |
| **Total Operating Cash Outflows** | $ 435,024 | $ 852,385 | $ 70,080 | $ 805,499 |
|  |  |  |  |  |
| **Operating Cash Flow (Before Restructure Costs)** | $ (147,101) | $ (161,763) | $ 501,814 | $ (415,750) |
| Secured Lender Professional Fees | – | – | – | – |
| US Trustee Quarterly Fees | – | – | – | – |
| Debtor's Professionals | (150,000) | (50,000) | – | – |
| **Net Change in Cash** | $ (297,101) | $ (211,763) | $ 501,814 | $ (415,750) |
|  |  |  |  |  |
| Beginning Cash | $ 1,046,396 | $ 749,294 | $ 537,531 | $ 1,039,345 |
| (+ / -) Net Change in Cash | (297,101) | (211,763) | 501,814 | (415,750) |
| **Ending Cash** | $ 749,294 | $ 537,531 | $ 1,039,345 | $ 623,595 |

*Credit card payments reflected in this budget relate to ordinary-course business expenses that are unavailable to pay via check or ACH. These charges primarily include digital marketing and advertising spend (including Google and Meta platforms), employee travel and lodging, marketing and promotional expenses, and incidental operating purchases.