United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TEDDER INDUSTRIES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-90805 (CML)<br>Re: Docket No. 11 |

**FINAL ORDER (A) PROHIBITING UTILITY
PROVIDERS FROM ALTERING, REFUSING,
OR DISCONTINUING SERVICES, (B) APPROVING
THE DEBTOR'S PROPOSED ADEQUATE ASSURANCE OF
PAYMENT FOR FUTURE UTILITY SERVICES, (C) APPROVING
THE DEBTOR'S PROPOSED PROCEDURES FOR RESOLVING
<u>ADEQUATE ASSURANCE REQUESTS, AND (B) FOR RELATED RELIEF</u>**

Upon the motion ("***Motion***")[2] of Tedder Industries, LLC, as debtor and debtor in possession (the "***Debtor***"), for entry of an order pursuant to sections 366 and 105(a) of the Bankruptcy Code, rules 6003 and 6004 of the Bankruptcy Rules, rules 1075-1 and 9013-1 of the Local Rules, and section B of the Complex Rules (a) prohibiting the Utility Providers from altering, refusing, or discontinuing services; (b) determining that the Adequate Assurance Procedures provide the Utility Providers with adequate assurance of payment within the meaning of section 366 of the Bankruptcy Code; (c) approving procedures for resolving any dispute concerning adequate assurance in the event that a Utility Provider is not satisfied with the Adequate Assurance Deposits; (d) authorizing payment of $11,725.22 for prepetition Utility Services; and (d) for related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and having determined that this Court has jurisdiction over this matter pursuant

---

[1] The last four digits of the Debtor's federal tax identification number is 7652. The location of the debtor' service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

[2] Capitalized terms used by not otherwise defined herein shall have the same meanings as defined in the Motion.

to 28 U.S.C. § 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. § 1408; and adequate notice of this Motion having been given; and the relief requested in the Motion being in the best interests of the Debtor's estate, its creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in the Motion is **GRANTED** as set forth therein.

1. Absent further order of this Court, the Utility Providers are each prohibited from altering, refusing, discontinuing service to, or discriminating against, the Debtor based on the commencement of the Debtor's Chapter 11 Case, or any prepetition debt owed by the Debtor.

2. The Debtor is authorized, but not directed, to pay $11,725.22 for prepetition Utility Services to the Utility Providers listed on Exhibit 1 to the Motion;

3. The Debtor shall provide the Adequate Assurance Deposit for all Utility Providers as identified in **Exhibit 1** attached hereto by depositing $15,376.89, an amount equal to approximately four (4) weeks of Utility Services into a segregated bank account within fifteen (15) business days of the entry of this Order.

4. The following Objection Procedures are hereby approved:

    a. A Utility Company that objects to the Court's determination that the Debtor has provided adequate assurance of payment must file and serve an objection (the "***Objection***") setting forth (i) the average monthly amount invoiced to the Debtor over a twelve (12) month period, (ii) the prepetition amount alleged to be due and owing by the Debtor, (iii) the amount of any deposit(s) made by the Debtor prior to the Petition Date, and (iv) any

        argument as to why the Adequate Assurance Deposit proposed to be provided is insufficient to provide adequate assurance of payment;

    b.    Any Objection by a Utility Company listed on Exhibit 1 attached to the Motion must be filed and served on counsel for the Debtor by no later than twenty-one (21) days from service of the Motion and the Order.

    c.    A hearing will be set by the Court within thirty (30) days of the Petition Date (the "***Hearing Date***") for the purpose of considering any Objections;

    d.    If the Debtor discovers the existence of a Utility Company not listed on Exhibit 1 attached to the Motion, the Debtor shall, within two (2) business days after discovering the existence of such Utility Company, (i) file a supplement to the Exhibit 1 attached to the Motion which supplement shall identify the Utility Company, and (ii) serve such Utility Company with notice of entry and a copy of this Order;

    e.    In the event that a Utility Company not listed on Exhibit 1 attached to the Motion objects to the Debtor's proposal to provide adequate assurance of payment, such Utility Company must file and serve on counsel for the Debtor an Objection within fourteen (14) days after the date upon which it receives notice of entry of this Order. A hearing on such Objection will be set by the Court no sooner than seven (7) days after the date upon which such Objection has been filed. The Debtor may file and serve a reply to any such Objection on or before the date that is two (2) days prior to such hearing date; and

    f.    All Utility Providers will be deemed to have received adequate assurance of payment in accordance with section 366 of the Bankruptcy Code, without the need for an additional deposit or other security, until this Court enters an order to the contrary. Any Utility Company that fails to file and serve a timely and proper Objection shall be deemed to have received adequate assurance of payment in accordance with section 366 of the Bankruptcy Code.

5.    If no timely Objections are filed, this Order shall be deemed a Final Order and immediately effective as a Final Order, without further notice or hearing on the Motion.

6.    The Debtor shall promptly serve a copy of this Order on each of the Utility Providers listed on Exhibit 1 to this Order.

7. The relief granted herein and any payments to be made pursuant hereto are subject to the terms of any orders approving the use of cash collateral and to the extent that any inconsistency exists between the terms of such orders and this Order, the terms of the orders approving the use of cash collateral shall control.

8. The Adequate Assurance Deposit, in conjunction with the Debtor's ability to pay for future Utility Services in the ordinary course of business constitute sufficient adequate assurance of future payment to the Utility Providers to satisfy the requirements of section 366 of the Bankruptcy Code.

9. The Debtor has satisfied the requirements of Federal Rule of Bankruptcy Procedure 6003 and the relief granted herein is necessary to avoid immediate and irreparable harm to the Debtor and its estate.

10. Should any additional Utility Company not on Exhibit 1 to the Motion is discovered, the Debtor will not be required to increase the Adequate Assurance Deposit.

11. Notwithstanding Federal Rule of Bankruptcy Procedure 6004(h), this Order shall not be stayed and is immediately effective and enforceable upon its entry.

12. The Debtor is hereby authorized to take all such actions as may be necessary or appropriate to implement the terms of this Order.

13. This Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

Signed: January 09, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

## EXHIBIT 1

| Provider Name and Address | Account Number | Past Due Amount as of Petition Date | Service Type | Average Monthly Billing |
|---|---|---|---|---|
| Avista Electricity<br>PO Box 660553<br>Dallas, TX 75266-0553 | 54-1778376-1 | $9,558.87 | Electricity | $9,548.93 |
| Coeur d'Alene Garbage<br>Post Falls Sanitation<br>PO Box 3010<br>Post Falls, ID 83877 | 4194800 | $441.55 | Waste | $374.85 |
| City of Post Falls<br>PO Box 789<br>Post Falls, ID 83877-0789 | 29-0098-01 | $0.00 | Water | $3,233.51 |
| Fatbeam, LLC<br>2065 W. Riverstone Dr., Ste 202<br>Coeur d'Alene, ID 83814 | 659 | $0.00 | Internet | $618.00 |
| Kootenai County Solid Waste<br>3650 N. Ramsey Road<br>Coeur d'Alene, ID 83815 | 10-85990.00 | $1,724.80 | Waste | $1,601.60 |
| | **TOTAL PAST DUE:** | **$11,725.22** | **MONTHLY AVERAGE:** | **$15,376.89** |