United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TEDDER INDUSTRIES, LLC,[1]<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 25-90805 (CML)<br><br>Re: Docket No. |

**ORDER GRANTING DEBTOR'S MOTION
FOR ENTRY OF AN ORDER (I) EXTENDING
TIME TO FILE SCHEDULES AND STATEMENT OF
FINANCIAL AFFAIRS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "***Motion***")[2] of Tedder Industries, LLC, as debtor and debtor-in-possession (the "***Debtor***"), for extension of the deadline for filing or providing schedules, statements and other documents required by, *inter alia*, § 521 of the Bankruptcy Code and Bankruptcy Rule 1007 (the "***Schedules and Statements***"); and it appearing that the Court has jurisdiction over this matter; and it appearing that the relief requested in the Motion is in the best interests of the Debtor and its estate and creditors; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, the Court finds that the Motion should be granted:

**ACCORDINGLY**, it is hereby **ORDERED** that:

1.　　　The Motion is **GRANTED**.

2.　　　The deadline by which the Debtor must file its Schedules and Statements is hereby extended through and including **January 23, 2026.**

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3. The relief granted herein is without prejudice to the Debtor's right to seek an additional extension of the deadline to file its Schedules and Statements upon a showing of cause.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Signed: January 12, 2026

_____
Christopher Lopez
United States Bankruptcy Judge