**Tedder Industries LLC (#1028)**
**Case No 25-90805**
**Master Service List**

Tedder Industries LLC
4411 W Riverbend Ave
Post Falls ID 83854-8150

Vartabedian Hester & Haynes LLP
301 Commerce St Ste 2200
Fort Worth TX 76102

US Trustee
Office of the US Trustee
515 Rusk Ave Ste 3516
Houston TX 77002

HMS Income Fund
1300 Post Oak Blvd Ste 800
Houston TX 77056

Main Street Equity Interests Inc
1300 Post Oak Blvd Ste 800
Houston TX 77056-3011

Spokane Packaging
3808 N Sullivan Rd #21
Spokane Valley WA 99216

Allegra
3917 N Schreiber Way
Alene ID 83815

**Shenzhen Chiheng Precision Co**
**LTD 201BlockAChangAnZhiGu**
**NO199 of ShaJiangLu Songgang**
**town BaoAn District**
**ShenZhen 518105 China**

FedEx - 8836-1422-4
PO Box 10306
Palatine IL 60055

Formerra LLC JP Morgan Chase
Attn: Formerra LLC
Box 735499
131 S Dearborn 6th Floor
Chicago IL 60603

Tetiri LLC
4300 W Riverbend Ave
Post Falls ID 83854

Humanix Corp
15920 E Indiana Ave Ste 100
Spokane Valley WA 92216

Centre Technologies
16801 Greenspoint Park Dr # 200
Houston TX 77060

Avient Corporation
(colorant division)
5505 N Cumberland Ave Ste 307
Chicago IL 60656

Buchalter
A Professional Corporation
1000 Wilshire Blvd Ste 1500
Los Angeles CA 90017

Empire Bolt & Screw
1501 E Trent Ave
Spokane WA 99202-2938

RFSmart
3563 Philips Hwy Ste F-601
Jacksonville FL 32207

Kootenai County Tax Collector
PO Box 220
Caldwell ID 83606-0220

First Interstate Bank -
Credit Card
401 N 31st St
Billings MT 59101-1200

Hi Tech Fasteners
PO Box 64874
Baltimore MD 21264-4874

GHJ Search & Staffing
PO Box 514670
Los Angeles CA 90051

Advanced Compressor & Hose Inc
6215 E Commerce Loop Unit A
Post Falls ID 83877

Randy Watts
Address on file

ExpertVoice Inc
PO Box 671382
Dallas TX 75267-1382

Nunya Business LLC
4788 Road M NE
Moses Lake WA 98837

Willis Towers Watson
Northeast Inc
PO Box 4557
New York NY 10249-4557

Spire Industries LLC
3901 Franklin Ave
Western Springs IL 60558

Lane Tobiassen
Address on file

Avalara Inc
906 Alaskan Way Ste 500
Seattle WA 98104

Western Wire Products Co
770 Sun Park Dr
Fenton MO 63026

VisiPak - Sinclair & Rush Co
PO Box 804957
Kansas City MO 64180-4957

Internal Revenue Service (IRS)
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington DC 20004

Texas Office of the Attorney
General PO Box 12548
Austin TX 78711-2548

Arden Silverman
c/o John M Kalajian
John M Kalajian Law Offices
PO Box 1690
Simi Valley CA 93062-1690

Ecolite
2622 N Woodruff
Spokane Valley WA 99206

Walter E Nelson Co
1017 N Bradley
Spokane WA 99212

Southern District of Texas
United States Attorney's Office
1000 Louisiana St Ste 2300
Houston TX 77002

Idaho Office of the Atty General
700 W Jefferson St Ste 210
Boise ID 83720

Randy Watts
c/o Andrews Myers, P.C.
1885 Saint James Place,
15th Floor
Houston, Texas 77056

Uline
PO Box 88741
ATTN: Accounts Receivable
Chicago IL 60680-1741

McMaster-Carr
600 N County Line Rd
Elmhurst IL 60126

Texas Office of the Attorney
General 300 W 15th St
Austin TX 78701

Joshua W Wolfshohl
Joanna D Caytas
PORTER HEDGES LLP
1000 Main St 36th Fl
Houston TX 77002