IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**DEBTOR'S AGENDA OF MATTERS SET
FOR EMERGENCY HEARING ON JANUARY 20, 2026**

Tedder Industries, LLC, as debtor and debtor in possession (the "*Debtor*") in the above-captioned chapter 11 case, by its undersigned counsel, presents this Agenda of Matters Set for Hearing on **January 20, 2026, at 2:00 p.m.** (prevailing Central Time) before the Honorable United States Bankruptcy Judge Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 402, 515 Rusk Avenue, Houston, Texas 77002.

1. **EMERGENCY DIP MOTION**

    *Debtor's Emergency Motion for Entry of an Order (I) Approving Postpetition Financing; and (II) Granting Liens and Providing Superpriority Administrative Expense Status* [Docket No. 76]

    Response Deadline:   Prior to hearing

    Status:   Going forward

    Related Matters:

    a. *Debtor's Witness and Exhibit List for Emergency Hearing Set for January 20, 2026* [Docket No. 86];

    b. *Declaration of Tommy Magrath in Support of Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 16];

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

1

  c. *Declaration of Tommy Magrath in Support of Debtor's Emergency Motion for Entry of an Order (I) Approving Postpetition Financing; and (II) Granting Liens and Providing Superpriority Administrative Expense Status* [Docket No. 76];

  d. *Certificate of Service* [Docket No. 77];

  e. *Notice of Emergency Hearing* [Docket No. 81].

Dated: January 16, 2026

Respectfully submitted,

/s/ *Mary Taylor Stanberry*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vhh.law
  mary.stanberry@vhh.law

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vhh.law
  blake.glatstein@vhh.law

*Proposed Counsel to Debtor and Debtor-in-Possession*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.

*/s/ Mary Taylor Stanberry*
Mary Taylor Stanberry