**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES**
**FOR TEDDER INDUSTRIES, LLC (CASE NO. 25-90805)**

---

1 The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[2] | Case No. 25-90805 (CML) |
| Debtor. | |

## GLOBAL NOTES AND
## STATEMENTS OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Tedder Industries, LLC, as debtor and debtor in possession in the above-captioned Chapter 11 Case (the "**Debtor**"), is filing its Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs ("**Statements**", and together with the Schedules, "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of Texas ("**Court**"). The Debtor's Schedules and Statements have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas ("**Local Rules**").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtor's Schedules and Statements (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements. The Schedules and Statements are unaudited and contain information that is subject to further review and potential adjustment.

While the Debtor's management has made commercially reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on the financial data derived from their books and records that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtor and its directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, omissions, whether

---

2 The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights or an admission of any kind with respect to this Chapter 11 Case, including, without limitation, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. For the avoidance of doubt, the Debtor reserves all rights to amend and supplement the Schedules as may be necessary or appropriate.

The Schedules and Statements have been signed by Tommy Magrath, the President of the Debtor and an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Mr. Magrath has relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's advisors and other professionals. Given the scale of the Debtor's business, Mr. Magrath has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments

### Global Notes and Overview of Methodology

1. **Description of the Case.** The Debtor commenced this voluntary case under chapter 11 of the Bankruptcy Code on December 8, 2025 (the "***Petition Date***"). The Debtor is authorized to operate its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or creditors' committee has been requested or appointed in this Chapter 11 Case.

   The factual background regarding the Debtor, including its business, its capital structure, and the events leading to the commencement of this Chapter 11 Case is set forth in the *Declaration of Tommy Magrath in Support of the Debtor's Chapter 11 Petition and First Day Pleadings* [Docket No. 16] (the "***First Day Declaration***").

2. **Global Notes Controlling.** These Global Notes pertain to and comprise an integral part of the Debtor's Schedules and Statements and should be referenced in connection with any

review thereof. In the event that the Schedules and Statements conflict with the Global Notes, the Global Notes control.

3. **Reservation and Limitations.** While reasonable efforts were made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement, or otherwise modify, the Schedules and Statements from time to time in all respects as may be necessary or appropriate but do not undertake any obligation to do so; *provided* that the Debtor, its agents, and its advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law, from time to time.

   a. **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Characterizations.** Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition. Disclosure of information in one or more Schedules, Statements, or one or more exhibits or attachments thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

   c. **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract or to setoff such claim.

   d. **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or

"unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements or described in these Global Notes on any grounds, including, without limitation, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, or priority of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed. The Debtor reserves all rights to amend its Schedules and Statements and Global Notes as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.  **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f.  **Causes of Action.** The Debtor, despite its best efforts, may not have identified or set forth all causes of action (filed or potential) as assets in its Schedules and Statements. The Debtor reserves all rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

g.  **Executory Contracts and Unexpired Leases.** The Debtor is a party to numerous contracts, and in connection with preparation of the Schedules and Statements, the Debtor has not reviewed the terms of each and every contract and instead has relied on summaries of many of them. Although the Debtor made diligent efforts to identify contracts and unexpired leases as executory within the scope of section 365 of the Bankruptcy Code, in certain instances, the Debtor may have inadvertently failed to do so due to the complexity and size of the Debtor's business. Accordingly, the Debtor reserves all of its rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, as well as the named parties to any and all executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of this Chapter 11 Case.

h.  **Property Rights.** Exclusion of certain property rights, including without limitation intellectual, real, personal, or otherwise, from the Schedules and Statements should not be construed as an admission that such property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

Conversely, inclusion of certain property rights shall not be construed to be an admission that such property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

i.  **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who served as officers and board members of the Debtor who exercised control over the Debtor and were compensated during the relevant time periods.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control of the Debtor; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtor; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

j.  **Agreements Subject to Confidentiality.** There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts. This information is on file with the Debtor.

4.  **"As Of" Information Date.** To the best of the Debtor's knowledge and except as otherwise noted herein, information provided herein with respect to the Debtor's assets is presented as of November 30, 2025, and information provided herein with respect to the Debtor's liabilities is presented as of the Petition Date.

Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtor reserves all rights to amend or adjust the value of each asset set forth herein. In addition, the aggregate amounts of liabilities exclude liabilities with values identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined." Actual aggregate amounts of liabilities may differ materially from the amounts provided in the Schedules and Statements.

5. **Methodology.**

a. **Basis of Presentation.** While the Schedules and Statements, at times, incorporate information prepared in accordance with generally accepted accounting principles ("*GAAP*"), the Schedules and Statements do not purport to represent financial information prepared in accordance with GAAP.

b. **Reporting Date.** The asset information provided herein, except as otherwise noted, represents the Debtor's assets as of November 30, 2025, the date of the Debtor's month-end closure to its balance sheet, and the Debtor's liabilities are as of the Petition Date. The scheduled liabilities may not include liabilities that were authorized to be paid and paid pursuant to orders of the Court, including but not limited to liabilities for pre-petition wages and employee benefits.

c. **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

d. **Current Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. Additionally, some of the values are listed as "price paid" by the Debtor for the asset. For these reasons, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

e. **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

f. **Totals.** All totals that are included in the Schedules and Statements represent totals of known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

g. **Paid Claims.** The Bankruptcy Court has authorized (but not directed) the Debtor to pay, in its discretion, certain outstanding claims on a postpetition basis to (i) prevent interruptions with the Debtor's business; (ii) ease the strain on the Debtor's relationships with certain essential constituents, including employees, vendors, customers, insurance providers, cash management bank, taxing authorities, and utility providers, and (iii) provide access to critical financing and capital (the "*First Day Orders*"). Pursuant to such First Day Orders, certain

prepetition liabilities that the Debtor has paid postpetition or those which the Debtor plans to pay via this authorization may not be listed in the Schedules and Statements, or the amounts reflected in the Schedules and Statements may not reflect the amounts already paid by the Debtor pursuant to the First Day Orders.

h. **Other Paid Claims.** To the extent the Debtor has reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable agreement by all parties, subject to Court approval (to the extent Court approval is necessary). To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any order of the Court, including the *Final Order (I) Authorizing the Debtor to Pay Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 9], the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities

i. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtor on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

j. **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

6. **Specific Schedules Disclosures.**

a. **Schedule A/B, Part 1 – Cash and Cash Equivalents.** Details with respect to the Debtor's cash management system and bank accounts are provided in the *Debtor's Emergency Motion for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) the Waiver of the 11 U.S.C. § 345(b) Deposit and Investment Requirements* [Docket No. 3] (the "***Cash Management Motion***"). The Debtor's cash balances are listed as of the Petition Date as bank balances.

b. **Schedule A/B, Part 3 – Accounts Receivable.** The Debtor's accounts receivable information includes receivables from the Debtor's customers, vendors, or third parties, and notes receivable which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtor's customer programs and day-to-day operations or may, in the Debtor's opinion, be difficult to collect from such parties due to the passage of time or other circumstances.

c. **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** The Debtor has used purchase price without depreciation as of the Petition Date for reporting office furniture and equipment. There have been no valuations on any of such assets. These amounts may include leasehold improvements. The Debtor reserves all of its rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed or at such time as a valuation and/or audit, if any, is conducted on a postpetition basis concerning these assets.

d. **Schedule A/B, Part 10 – Other Intangibles, or Intellectual Property.** The attached Addendum 4 includes leasehold improvements as intangible assets of the Debtor.

e. **Schedule D – Creditors Holding Secured Claims.** The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument related to such creditor's claim (except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final).

The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

f. **Schedule E/F – Creditors Holding Unsecured Claims.** The Debtor has made reasonable efforts to report all priority and general unsecured claims against the Debtor on Schedule E/F based on the Debtor's books and records as of the Petition Date. However, the actual value of claims against the Debtor may vary significantly

from the represented liabilities. Certain claims on E/F may have been satisfied post-petition by the Debtor (including employee wages in the ordinary course) or third parties. Furthermore, accrued interest for some claims may not have been possible to determine. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in interest should consult their own professionals and advisors with respect to pursuing a claim. Although the Debtor and its professionals have generated financial information and data the Debtor believes to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout this Chapter 11 Case.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, updating that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule E/F.

In the ordinary course of business, the Debtor generally receives invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to vendors and lienholders made subsequent to the filing of these Schedules will not be reflected in these Schedules. The Debtor reserves the right, but are not required, to amend Schedules E/F if they receive such invoices and/or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtor's books and records and may not reflect all credits or allowances due from the creditor. The Debtor reserves all of their rights concerning credits or allowances.

***Part 1 – Creditors with Priority Unsecured Claims.*** The Debtor scheduled certain claims owing to various taxing authorities to which the Debtor may be liable. Certain priority unsecured tax claims the Debtor believes were owed as of the Petition Date may have been paid through the First Day Orders. Moreover, the inclusion of any amounts owed to taxing authorities does not constitute an admission by the Debtor of such liability.

The Debtor also scheduled certain claims owed as of the Petition Date for wages and salaries of Employees and Non-Employee Contractors. These claims may have been paid through the First Day Orders. Moreover, the inclusion of any amounts owed to Employees or Non-Employee Contractors does not constitute an admission by the Debtor of such liability.

The Debtor reserves the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

*Part 2 – Creditors with Nonpriority Unsecured Claims.* The Debtor has used reasonable efforts to report all general unsecured claims against the Debtor in Schedule E/F, Part 2, based upon the Debtor's books and records as of the Petition Date. However, the actual amount of claims against the Debtor may vary from those liabilities listed on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, some prepetition amounts may have been or will be paid in accordance with the First Day Orders. Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

g. **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred. The Debtor may have entered into various types of agreements in the ordinary course of business which arguably could constitute an executory contract. The Debtor reserves the right to amend Schedule G to include any such executory contract. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is no documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules. Any and

11

all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtor is continuing its review of all relevant documents and expressly reserves its right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

Certain information, such as contact information or addresses of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

7. **Specific Statements Disclosures.**

   a. **Statements Part 1, Question 1 and 2 – Gross Revenue from business.** Revenue amounts listed for current fiscal year are through November 30, 2025.

   b. **Statements, Part 2, Question 3 – Certain Payments or Transfers to Creditors within 90 days before the filing.** The disclosed charges include certain refunds and credits described in the *Debtor's Emergency Motion for Entry of an Order (A) Authorizing the Debtor to Maintain and Administer its Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (B) for Related Relief* [Docket no. 12].

   c. **Statements, Part 2, Question 4 – Payments and Transfers to Certain Insiders within 1 year before the filing.** The Debtor reported payments made directly to individuals who were insiders within the year prior to the Petition Date. Out of an abundance of caution, this includes payments made to Lane Tobiassen, whose role with the Debtor is "Board Observer." Mr. Tobiassen does not have any voting responsibilities but rather acts in a more advisory role to the board of managers and the members holding all voting interests (the "***Board***" and the members and managers thereof, the "***Members***") and receives quarterly compensation for such services.

   The Debtor has not reported payments made by the Debtor to individuals who do not hold the role of a corporate officer or Board Member. Certain individuals may be afforded the title of "Vice President" solely with respect to their respective roles in a particular division but otherwise do not take part in the overall management of the Debtor, direct or implement company policy, or report to the Board, and for this

reason these individuals are not included in the Debtor's disclosures of payment to insiders.

d.  **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The Debtor has made reasonable best efforts to identify all current pending litigation and legal proceedings involving the Debtor. The Debtor reserves all of its rights and defenses with respect to any and all listed lawsuits and legal proceedings. The listing of such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor.

e.  **Statements, Part 6, Question 13 – Transfers Not Already Listed On This Statement.** Certain of these payments may also be captured and reflected in Question 4.

f.  **Statements, Part 9, Question 16 – Personally Identifiable Information.** The Debtor collects and retains customer contact and account information, order and payment-related details, shopping and loyalty activity, customer support communications, website and device usage data (including via cookies and tracking technologies), and information provided by third-party service providers that support the Debtor's website, payments, marketing, and fulfillment.

g.  **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtor has used its reasonable efforts to identify the beginning and ending dates of all accountants and bookkeepers who maintained the Debtor's books and records within the two (2) years before commencement of this case; however, the Debtor does not warrant the accuracy of these dates and reserves the right to conduct further investigations as it sees fit, in its sole discretion, to verify the accuracy of these dates.

Additionally, the Debtor has used its reasonable efforts to identify the beginning and ending of service dates provided by the firms or individuals who audited, compiled, or reviewed the Debtor's books of account and records or prepared a financial statement within two (2) years before commencement of this case. The Debtor has been unable to locate this information, and for that reason these dates remain blank. To the extent the Debtor is able to locate this information after the filing of the Statements, the Debtor will amend or supplement the Statements as necessary to include these dates.

h.  **Statements, Part 13, Question 28 – List Controlling Parties of the Debtor.** The Debtor has listed the officers, managing members, general partners, members in control, controlling shareholders, or other people in control of the Debtor at the time of filing this case. Out of an abundance of caution, the Debtor has included

Lane Tobiassen, a Board Observer who does not have any voting rights in the Board but acts in an advisory capacity with the Board.

Additionally, the Debtor has included the Profit Units Plan as a 1.15% interest owner of the Debtor. The Profit Units Plan is an optional employee benefits program instituted by the Debtor wherein Employees have the option to receive investment stocks in the Debtor as part of their overall compensation. The participants of the Profit Units Plan do not have any control over the Debtor, nor do they have any voting rights.

i.  **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Refer to Section 5 (*Methodology*) regarding all payments to insiders and Global Notes, Statements, Part 2, Question 4 (above).

**Fill in this information to identify the case:**

Debtor Name  **Tedder Industries, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **25-90805**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. **Cash on hand** | | | $651.28 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | First Interstate Bank | Checking account | 5 1 5 6 | $791,267.45 |
| 3.2. | First Interstate Bank | Checking account | 5 4 5 6 | $75,107.83 |
| 3.3. | First Interstate Bank | Checking account | 5 3 1 6 | $27,716.80 |
| 3.4. | First Interstate Bank | Checking account | 5 1 1 8 | $47,230.22 |
| 3.5. | First Interstate Bank | Checking account | 9 3 4 4 | $105,090.91 |
| 3.6. | First Interstate Bank | Savings account | 3 8 8 2 | $3,665.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $1,050,729.49 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor   **Tedder Industries, LLC**

Name

Case number *(if known)* __25-90805__

| | Current value of debtor's interest |
|---|---|

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____   _____

7.2 _____   _____

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

**9.   Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.   Accounts receivable**

11a. 90 days old or less:   **$1,744,792.68** - **unknown** =..... ➡   **$1,744,792.68**
    face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **$3,353.38** - **unknown** =..... ➡   **$3,353.38**
    face amount          doubtful or uncollectible accounts

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   **$1,748,146.06**

---

| **Part 4:** | **Investments** |
|---|---|

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

---

Debtor   **Tedder Industries, LLC**

Name

Case number *(if known)* **25-90805**

---

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                          % of ownership:

15.1. _____     _____     _____

15.2. _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____     _____

16.2. _____     _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

|  |
|--|

## Part 5:     Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
|  | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
|  | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **13400 Finished Goods Inventory** | **11/30/2025** MM / DD / YYYY | $176,141.23 | Average costing | $176,141.23 |
| **22. Other inventory or supplies** | | | | |
| **13200 Raw Materials** | **11/30/2025** MM / DD / YYYY | $1,034,861.59 | Average costing | $1,034,861.59 |
| **13300 WIP Inventory** | **11/30/2025** MM / DD / YYYY | $821,750.07 | Average costing | $821,750.07 |
| **13405 Inventory in Transit** | **11/30/2025** MM / DD / YYYY | $3,470.61 | Average costing | $3,470.61 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|--|
| $2,036,223.50 |

---

Debtor   **Tedder Industries, LLC**

Name

Case number *(if known)* __25-90805__

---

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes.  Book value __$219,884.58__   Valuation method **Purchase price**   Current  value __$219,884.58__

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor  **Tedder Industries, LLC**                                Case number *(if known)* **25-90805**
         Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached Addendum 1 | $48,681.27 | Purchase price (incl shipping) | $340,613.11 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                                    $340,613.11

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

Debtor   **Tedder Industries, LLC**
Name

Case number *(if known)* 25-90805

---

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Dodge Grand Caravan** | $0.00 | Net Book | $1,542.14 |
| **48.   Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.   Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | Purchase cost (incl shipping) | |
| **See attached Addendum 2** | $862,629.65 | | $6,238,186.17 |

**51.   Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $6,239,728.31 |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:      Real property**

**54.   Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |

Debtor    **Tedder Industries, LLC**                                      Case number *(if known)* **25-90805**
          Name

| | | | |
|---|---|---|---|
| 55.2 _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ |

56.   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **See attached Addendum 3** | **unknown** | | **$0.00** |
| 61.   **Internet domain names and websites** | | | |
| **OLDFAITHFULHOLSTER.COM** | **unknown** | | **unknown** |
| **tedderdev.com** | **unknown** | | **unknown** |
| **rapidforcedutybelt.com** | **unknown** | | **unknown** |
| **rapidforcedutybelts.com** | **unknown** | | **unknown** |
| **rapidforcedutyholster.com** | **unknown** | | **unknown** |
| **rapidforcegear.com** | **unknown** | | **unknown** |
| **aliengear.io** | **unknown** | | **unknown** |
| **aliengear.net** | **unknown** | | **unknown** |
| **aliengear.org** | **unknown** | | **unknown** |
| **aliengear.tv** | **unknown** | | **unknown** |
| **aliengearholsters.co.in** | **unknown** | | **unknown** |
| **aliengearholsters.com.co** | **unknown** | | **unknown** |
| **aliengearholsters.info** | **unknown** | | **unknown** |

Debtor   **Tedder Industries, LLC**
Name                                                    Case number *(if known)* **25-90805**

| | | |
|---|---|---|
| **aliengearholsters.net** | unknown | unknown |
| **aliengearholsters.org** | unknown | unknown |
| **aliengearholsters.shop** | unknown | unknown |
| **aliengearholsters.store** | unknown | unknown |
| **aliengearholsters.tv** | unknown | unknown |
| **aliengearholsters.us** | unknown | unknown |
| **aliengearholstersdealers.com** | unknown | unknown |
| **aliengearholstersint.com** | unknown | unknown |
| **aliengunholsters.com** | unknown | unknown |
| **defendandcarry.org** | unknown | unknown |
| **defendncarry.com** | unknown | unknown |
| **ALIENHOLSTER.COM** | unknown | unknown |
| **ALIENHOLSTERS.COM** | unknown | unknown |
| **BFBELTS.COM** | unknown | unknown |
| **BFBELTS.NET** | unknown | unknown |
| **BFGUNBELTS.COM** | unknown | unknown |
| **BFGUNBELTS.NET** | unknown | unknown |
| **BIGFOOTBELTS.COM** | unknown | unknown |
| **BIGFOOTBELTS.NET** | unknown | unknown |
| **BIGFOOTGUNBELTS.COM** | unknown | unknown |
| **BIGFOOTGUNBELTS.NET** | unknown | unknown |
| **GUNBELTS.BIZ** | unknown | unknown |
| **GUNBELTS.INFO** | unknown | unknown |
| **GUNBELTS.ORG** | unknown | unknown |
| **GUNBELTS.US** | unknown | unknown |
| **TEDDERINDUSTRIES.COM** | unknown | unknown |
| **TEDDERIND.COM** | unknown | unknown |
| **TEDDERINDLLC.COM** | unknown | unknown |
| **TEDDERINDUSTRIESLLC.COM** | unknown | unknown |
| **GUNBELTS.COM** | unknown | unknown |
| **defendandcarry.net** | unknown | unknown |
| **TEDDER.INDUSTRIES** | unknown | unknown |
| **warcat.com** | unknown | unknown |
| **gun.news** | unknown | unknown |

Debtor **Tedder Industries, LLC**
Name

Case number *(if known)* 25-90805

| | | |
|---|---|---|
| **BIGFOOTGUNBELT.COM** | unknown | unknown |
| **BIGFOOTGUNBELT.NET** | unknown | unknown |
| **cloaktuck.com** | unknown | unknown |
| **rapidforceholster.com** | unknown | unknown |
| **rapidforceholsters.com** | unknown | unknown |
| **ALIENGEARHOLSTERS.COM** | unknown | unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

    **See attached Addendum 4**      $184,616.54   Purchase price      $678,638.99

65. **Goodwill**

    **Goodwill**      unknown   Book value      $32,169,084.64

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.      $32,847,723.63

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

     –      = ➡
Total face amount      doubtful or uncollectible amount

Debtor   **Tedder Industries, LLC**
Name                                                          Case number *(if known)* **25-90805**

---

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
| | Description (for example, federal, state, local) |

Tax year _____   _____

Tax year _____   _____

Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Tedder Industries, LLC v. Goldman Sachs Capital LLC, et al.**                  unknown

Nature of claim          **RICO, Fraud, and contract claims relating to ERC services**

Amount requested          **unknown**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Arden Silverman dba Capital Asset Protection v. Tedder Acquisition, LLC, et al.**          unknown

Nature of claim          **Contract claim**

Amount requested          **unknown**

**76.** **Trusts, equitable or future interests in property**

_____   _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor **Tedder Industries, LLC**
Name

Case number *(if known)* 25-90805

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,050,729.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,748,146.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,036,223.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $340,613.11 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,239,728.31 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $32,847,723.63 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $44,263,164.10 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... | | $44,263,164.10 |

# Schedule AB Addendum 1

**SCHEDULE A/B 7.41 - OFFICE EQUIPMENT**

| DEBTOR ENTITY NAME | OFFICE EQUIPMENT<br>*owned or leased*<br>(specify) | NET BOOK VALUE OF<br>DEBTOR'S INTEREST $<br>*where available* | VALUATION METHOD USED<br>FOR CURRENT VALUE | CURRENT VALUE OF<br>DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE<br>AVAILABLE FOR LISTED<br>PROPERTY<br>YES (X) |
|---|---|---|---|---|---|
| Tedder Industries LLC | #2: Computer Equipment | $0.00 | purchase price (incl shipping) | $550.38 | X |
| Tedder Industries LLC | #3: Computer Equipment | $0.00 | purchase price (incl shipping) | $404.86 | X |
| Tedder Industries LLC | #4: Office Equipment | $0.00 | purchase price (incl shipping) | $1,382.57 | X |
| Tedder Industries LLC | #7: Office Equipment | $0.00 | purchase price (incl shipping) | $1,145.43 | X |
| Tedder Industries LLC | #8: Computer Equipment | $0.00 | purchase price (incl shipping) | $698.33 | X |
| Tedder Industries LLC | #9: Computer Equipment | $0.00 | purchase price (incl shipping) | $486.29 | X |
| Tedder Industries LLC | #10: Office Equipment | $0.00 | purchase price (incl shipping) | $797.67 | X |
| Tedder Industries LLC | #12: Computer Equipment | $0.00 | purchase price (incl shipping) | $669.24 | X |
| Tedder Industries LLC | #14: Dell Computer | $0.00 | purchase price (incl shipping) | $338.67 | X |
| Tedder Industries LLC | #15: Computer Equipment | $0.00 | purchase price (incl shipping) | $437.67 | X |
| Tedder Industries LLC | #16: Apple Computer | $0.00 | purchase price (incl shipping) | $431.19 | X |
| Tedder Industries LLC | #17: Shelving | $0.00 | purchase price (incl shipping) | $460.57 | X |
| Tedder Industries LLC | #18: Computer Equipment | $0.00 | purchase price (incl shipping) | $221.19 | X |
| Tedder Industries LLC | #19: Table | $0.00 | purchase price (incl shipping) | $176.91 | X |
| Tedder Industries LLC | #20: Apple Computer | $0.00 | purchase price (incl shipping) | $1,228.33 | X |
| Tedder Industries LLC | #21: Security Camera System | $0.00 | purchase price (incl shipping) | $1,229.95 | X |
| Tedder Industries LLC | #22: Vending Machines | $0.00 | purchase price (incl shipping) | $723.62 | X |
| Tedder Industries LLC | #23: Dell Computer | $0.00 | purchase price (incl shipping) | $426.57 | X |
| Tedder Industries LLC | #24: Computers | $0.00 | purchase price (incl shipping) | $597.19 | X |
| Tedder Industries LLC | #78: 3D Printer | $0.00 | purchase price (incl shipping) | $19,636.24 | X |
| Tedder Industries LLC | #97: Computer | $0.00 | purchase price (incl shipping) | $211.13 | X |
| Tedder Industries LLC | #98: Computer | $0.00 | purchase price (incl shipping) | $150.93 | X |
| Tedder Industries LLC | #99: Computer | $0.00 | purchase price (incl shipping) | $150.93 | X |
| Tedder Industries LLC | #100: Computer | $0.00 | purchase price (incl shipping) | $473.67 | X |
| Tedder Industries LLC | #101: Dell Computers | $0.00 | purchase price (incl shipping) | $909.93 | X |
| Tedder Industries LLC | #102: Computer | $0.00 | purchase price (incl shipping) | $159.67 | X |
| Tedder Industries LLC | #103: Computers | $0.00 | purchase price (incl shipping) | $799.60 | X |
| Tedder Industries LLC | #104: Computer | $0.00 | purchase price (incl shipping) | $472.80 | X |
| Tedder Industries LLC | #105: Computer | $0.00 | purchase price (incl shipping) | $293.33 | X |
| Tedder Industries LLC | #106: Computer | $0.00 | purchase price (incl shipping) | $169.27 | X |
| Tedder Industries LLC | #107: Office Chairs | $0.00 | purchase price (incl shipping) | $330.81 | X |
| Tedder Industries LLC | #108: Computer | $0.00 | purchase price (incl shipping) | $290.00 | X |
| Tedder Industries LLC | #109: Computer | $0.00 | purchase price (incl shipping) | $557.93 | X |
| Tedder Industries LLC | #110: Computer | $0.00 | purchase price (incl shipping) | $205.00 | X |
| Tedder Industries LLC | #111: Varidesk | $0.00 | purchase price (incl shipping) | $471.29 | X |
| Tedder Industries LLC | #112: Computer | $0.00 | purchase price (incl shipping) | $580.00 | X |
| Tedder Industries LLC | #113: Office Equipment | $0.00 | purchase price (incl shipping) | $1,423.05 | X |
| Tedder Industries LLC | #114: Computer | $0.00 | purchase price (incl shipping) | $223.20 | X |
| Tedder Industries LLC | #115: Varidesk | $0.00 | purchase price (incl shipping) | $482.29 | X |
| Tedder Industries LLC | #116: Varidesk | $0.00 | purchase price (incl shipping) | $427.81 | X |
| Tedder Industries LLC | #117: Varidesk | $0.00 | purchase price (incl shipping) | $214.91 | X |
| Tedder Industries LLC | #118: Computer | $0.00 | purchase price (incl shipping) | $380.20 | X |
| Tedder Industries LLC | #119: Varidesk | $0.00 | purchase price (incl shipping) | $427.81 | X |
| Tedder Industries LLC | #120: Varidesk | $0.00 | purchase price (incl shipping) | $427.81 | X |
| Tedder Industries LLC | #121: Dell Server | $0.00 | purchase price (incl shipping) | $2,068.73 | X |
| Tedder Industries LLC | #122: Varidesk | $0.00 | purchase price (incl shipping) | $427.81 | X |
| Tedder Industries LLC | #123: Varidesk | $0.00 | purchase price (incl shipping) | $876.62 | X |
| Tedder Industries LLC | #124: Computer | $0.00 | purchase price (incl shipping) | $402.60 | X |
| Tedder Industries LLC | #127: Computer | $0.00 | purchase price (incl shipping) | $541.60 | X |

| Tedder Industries LLC | #128: Computers | $0.00 | purchase price (incl shipping) | $1,234.40 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #129: Computer | $0.00 | purchase price (incl shipping) | $349.40 | X |
| Tedder Industries LLC | #130: Varidesk | $0.00 | purchase price (incl shipping) | $446.81 | X |
| Tedder Industries LLC | #131: Varidesk | $0.00 | purchase price (incl shipping) | $446.81 | X |
| Tedder Industries LLC | #132: Office Equipment | $0.00 | purchase price (incl shipping) | $611.81 | X |
| Tedder Industries LLC | #133: Dell Computer | $0.00 | purchase price (incl shipping) | $288.00 | X |
| Tedder Industries LLC | #134: Apple Macbook | $0.00 | purchase price (incl shipping) | $770.80 | X |
| Tedder Industries LLC | #135: Dell Inspiron Computer | $0.00 | purchase price (incl shipping) | $165.67 | X |
| Tedder Industries LLC | #136: Dell Inspiron Computer | $0.00 | purchase price (incl shipping) | $221.13 | X |
| Tedder Industries LLC | #137: Two 19in All in One Computers | $0.00 | purchase price (incl shipping) | $263.60 | X |
| Tedder Industries LLC | #138: Printers and Monitors | $0.00 | purchase price (incl shipping) | $395.47 | X |
| Tedder Industries LLC | #140: Dell Inspiron 15 5000 Laptop | $0.00 | purchase price (incl shipping) | $309.80 | X |
| Tedder Industries LLC | #141: Varidesk | $0.00 | purchase price (incl shipping) | $729.33 | X |
| Tedder Industries LLC | #143: Apple Computer | $0.00 | purchase price (incl shipping) | $762.09 | X |
| Tedder Industries LLC | #144: Dell Computers | $0.00 | purchase price (incl shipping) | $1,077.67 | X |
| Tedder Industries LLC | #145: Varidesk | $0.00 | purchase price (incl shipping) | $728.71 | X |
| Tedder Industries LLC | #146: Six Leather Office Chairs | $0.00 | purchase price (incl shipping) | $502.24 | X |
| Tedder Industries LLC | #147: Dell Computer | $0.00 | purchase price (incl shipping) | $604.80 | X |
| Tedder Industries LLC | #148: Dell Computer | $0.00 | purchase price (incl shipping) | $594.00 | X |
| Tedder Industries LLC | #149: Dell Computer | $0.00 | purchase price (incl shipping) | $624.93 | X |
| Tedder Industries LLC | #150: Varidesk | $0.00 | purchase price (incl shipping) | $242.91 | X |
| Tedder Industries LLC | #151: Varidesk | $0.00 | purchase price (incl shipping) | $303.38 | X |
| Tedder Industries LLC | #152: Dell Computer | $0.00 | purchase price (incl shipping) | $463.60 | X |
| Tedder Industries LLC | #153: Office Equipment | $0.00 | purchase price (incl shipping) | $1,052.09 | X |
| Tedder Industries LLC | #154: Dell Computer | $0.00 | purchase price (incl shipping) | $443.33 | X |
| Tedder Industries LLC | #155: Dell Computer | $0.00 | purchase price (incl shipping) | $517.27 | X |
| Tedder Industries LLC | #156: Dell Computer | $0.00 | purchase price (incl shipping) | $619.07 | X |
| Tedder Industries LLC | #157: Dell Computer | $0.00 | purchase price (incl shipping) | $528.93 | X |
| Tedder Industries LLC | #158: Dell Computer | $0.00 | purchase price (incl shipping) | $939.60 | X |
| Tedder Industries LLC | #159: Dell Computer | $0.00 | purchase price (incl shipping) | $682.93 | X |
| Tedder Industries LLC | #188: PowerEdge R360 Server | $0.00 | purchase price (incl shipping) | $3,334.33 | X |
| Tedder Industries LLC | #189: PowerEdge R360 Server | $0.00 | purchase price (incl shipping) | $3,335.20 | X |
| Tedder Industries LLC | #190: NetGear Prosafe Switches | $0.00 | purchase price (incl shipping) | $3,686.93 | X |
| Tedder Industries LLC | #191: Windows Server Processors | $0.00 | purchase price (incl shipping) | $1,715.67 | X |
| Tedder Industries LLC | #192: Powerware 9130 | $0.00 | purchase price (incl shipping) | $2,943.87 | X |
| Tedder Industries LLC | #193: Object Basis System Maintenance | $0.00 | purchase price (incl shipping) | $777.22 | X |
| Tedder Industries LLC | #213: Glass Whiteboard | $0.00 | purchase price (incl shipping) | $2,608.91 | X |
| Tedder Industries LLC | #214: Phone System Cust Serv | $0.00 | purchase price (incl shipping) | $10,521.05 | X |
| Tedder Industries LLC | #215: Security Access System | $0.00 | purchase price (incl shipping) | $3,671.19 | X |
| Tedder Industries LLC | #216: Phones Cust Serv & Sales | $0.00 | purchase price (incl shipping) | $2,540.09 | X |
| Tedder Industries LLC | #217: Computer Equipment | $0.00 | purchase price (incl shipping) | $2,323.47 | X |
| Tedder Industries LLC | #218: Furniture - SEO Dept | $0.00 | purchase price (incl shipping) | $2,972.43 | X |
| Tedder Industries LLC | #219: Computers & Monitors | $0.00 | purchase price (incl shipping) | $2,266.93 | X |
| Tedder Industries LLC | #236: Computer Equipment | $0.00 | purchase price (incl shipping) | $28,640.07 | X |
| Tedder Industries LLC | #263: Phone System Modification | $0.00 | purchase price (incl shipping) | $161.95 | X |
| Tedder Industries LLC | #264: Vacuum | $0.00 | purchase price (incl shipping) | $386.07 | X |
| Tedder Industries LLC | #265: Dell 600 GB Hard Drives - Server Storage | $0.00 | purchase price (incl shipping) | $1,106.88 | X |
| Tedder Industries LLC | #266: Wire Basket Trays - IT Room | $0.00 | purchase price (incl shipping) | $205.34 | X |
| Tedder Industries LLC | #267: Dell 2-1 Laptop for HR | $0.00 | purchase price (incl shipping) | $715.50 | X |
| Tedder Industries LLC | #268: Privacy Screen | $0.00 | purchase price (incl shipping) | $232.31 | X |
| Tedder Industries LLC | #269: Dell Compatiable to move domain controller | $0.00 | purchase price (incl shipping) | $194.34 | X |
| Tedder Industries LLC | #270: Vacuums | $0.00 | purchase price (incl shipping) | $781.91 | X |
| Tedder Industries LLC | #272: Warehouse Desk | $0.00 | purchase price (incl shipping) | $340.79 | X |

| | | | | | |
|---|---|---|---|---|---|
| Tedder Industries LLC | #273: Magnetic White Board - IT | $0.00 | purchase price (incl shipping) | $630.50 | X |
| Tedder Industries LLC | #274: Ceramic Portable Heaters | $0.00 | purchase price (incl shipping) | $216.36 | X |
| Tedder Industries LLC | #275: Rolling Magnetic Dry Erase - Tedder Univ. | $0.00 | purchase price (incl shipping) | $306.43 | X |
| Tedder Industries LLC | #276: Dell 23T Touch Monitor - Auto Machine | $0.00 | purchase price (incl shipping) | $240.30 | X |
| Tedder Industries LLC | #277: Lorell 4-drawer Lateral File - IT | $0.00 | purchase price (incl shipping) | $360.29 | X |
| Tedder Industries LLC | #278: Lorell Flipper Training Tables - Training | $0.00 | purchase price (incl shipping) | $1,944.43 | X |
| Tedder Industries LLC | #279: Samsung 850 EVo 500GB | $0.00 | purchase price (incl shipping) | $601.20 | X |
| Tedder Industries LLC | #280: Surge Protector and UPS Backup | $0.00 | purchase price (incl shipping) | $146.70 | X |
| Tedder Industries LLC | #281: Chairs - CSR  Marketing  Sales | $0.00 | purchase price (incl shipping) | $1,651.93 | X |
| Tedder Industries LLC | #282: HDMI Display Adapter - Training Room | $0.00 | purchase price (incl shipping) | $285.30 | X |
| Tedder Industries LLC | #283: VMGO Video Mic | $0.00 | purchase price (incl shipping) | $99.90 | X |
| Tedder Industries LLC | #284: Projector Mount - Training Room | $0.00 | purchase price (incl shipping) | $28.80 | X |
| Tedder Industries LLC | #285: Tri-pod - Training Room | $0.00 | purchase price (incl shipping) | $27.00 | X |
| Tedder Industries LLC | #286: Desk & Cabinet | $0.00 | purchase price (incl shipping) | $232.14 | X |
| Tedder Industries LLC | #287: Dell Power Edge on Premise SQL Database | $0.00 | purchase price (incl shipping) | $1,508.40 | X |
| Tedder Industries LLC | #288: 4 Drawer File Cabinet - HR | $0.00 | purchase price (incl shipping) | $169.37 | X |
| Tedder Industries LLC | #289: 4 Drawer File Cabinet - AP | $0.00 | purchase price (incl shipping) | $169.37 | X |
| Tedder Industries LLC | #290: Airtame & Adapter - IT | $0.00 | purchase price (incl shipping) | $290.29 | X |
| Tedder Industries LLC | #291: Toshiba Thermal Barcode Printer (2) | $0.00 | purchase price (incl shipping) | $6,831.92 | X |
| Tedder Industries LLC | #292: Desktop Computer - CSR | $0.00 | purchase price (incl shipping) | $1,248.50 | X |
| Tedder Industries LLC | #293: SS Portable Hard Drive | $0.00 | purchase price (incl shipping) | $292.42 | X |
| Tedder Industries LLC | #294: Equipment for Live Broadcast Studio | $0.00 | purchase price (incl shipping) | $1,226.50 | X |
| Tedder Industries LLC | #295: Dell CSR Chat Team | $0.00 | purchase price (incl shipping) | $4,245.37 | X |
| Tedder Industries LLC | #296: New SEO Workstation | $0.00 | purchase price (incl shipping) | $606.48 | X |
| Tedder Industries LLC | #297: TV Wall Mount - Roswell Room | $0.00 | purchase price (incl shipping) | $300.23 | X |
| Tedder Industries LLC | #298: Equipment for Live Broadcast Studio | $0.00 | purchase price (incl shipping) | $448.15 | X |
| Tedder Industries LLC | #299: Camcorder for Broadcast Studio | $0.00 | purchase price (incl shipping) | $461.11 | X |
| Tedder Industries LLC | #300: Dell Computer - IT | $0.00 | purchase price (incl shipping) | $606.48 | X |
| Tedder Industries LLC | #301: Equipment for Live Broadcast Studio | $0.00 | purchase price (incl shipping) | $1,162.96 | X |
| Tedder Industries LLC | #304: Allworx Phones - CSR | $0.00 | purchase price (incl shipping) | $920.57 | X |
| Tedder Industries LLC | #305: Computer Equipment - CSR | $0.00 | purchase price (incl shipping) | $396.30 | X |
| Tedder Industries LLC | #306: Allworx Phones - CSR | $0.00 | purchase price (incl shipping) | $310.48 | X |
| Tedder Industries LLC | #307: Server Rails - IT | $0.00 | purchase price (incl shipping) | $189.27 | X |
| Tedder Industries LLC | #Camcorder for Broadcast Studio | $0.00 | purchase price (incl shipping) | $449.16 | X |
| Tedder Industries LLC | #308: Dell Triple Play Docking Station | $0.00 | purchase price (incl shipping) | $110.20 | X |
| Tedder Industries LLC | #309: Fiber Optip Cable  Power Adapters | $0.00 | purchase price (incl shipping) | $95.95 | X |
| Tedder Industries LLC | #310: 24  Monitors (2) | $0.00 | purchase price (incl shipping) | $438.37 | X |
| Tedder Industries LLC | #311: Printer / Scanner - Customer Service | $0.00 | purchase price (incl shipping) | $256.17 | X |
| Tedder Industries LLC | #312: Dell 24  Monitors | $0.00 | purchase price (incl shipping) | $1,106.83 | X |
| Tedder Industries LLC | #313: Table & Stool - IT | $0.00 | purchase price (incl shipping) | $329.95 | X |
| Tedder Industries LLC | #315: Gas Cylinder Storage Cabinet | $0.00 | purchase price (incl shipping) | $459.69 | X |
| Tedder Industries LLC | #316: 24  Monitors (2) | $0.00 | purchase price (incl shipping) | $445.28 | X |
| Tedder Industries LLC | #317: Foosball Table - Lunch Room | $0.00 | purchase price (incl shipping) | $539.09 | X |
| Tedder Industries LLC | #319: Transceiver - IT | $0.00 | purchase price (incl shipping) | $190.56 | X |
| Tedder Industries LLC | #320: Wire Mesh Expansion Trays - IT | $0.00 | purchase price (incl shipping) | $82.64 | X |

| Tedder Industries LLC | #321: Docking Station & Printer | $0.00 | purchase price (incl shipping) | $629.03 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #322: Dell Full HD Monitor | $0.00 | purchase price (incl shipping) | $885.69 | X |
| Tedder Industries LLC | #323: HDMI Cable - IT | $0.00 | purchase price (incl shipping) | $38.89 | X |
| Tedder Industries LLC | #324: Dual-4K Docking Station | $0.00 | purchase price (incl shipping) | $234.31 | X |
| Tedder Industries LLC | #326: Bi-Directional Transceiver  Mounting Bracket | $0.00 | purchase price (incl shipping) | $285.17 | X |
| Tedder Industries LLC | #327: HP Laserjet Pro Printer | $0.00 | purchase price (incl shipping) | $385.47 | X |
| Tedder Industries LLC | #328: Noise Cancelling Headphones | $0.00 | purchase price (incl shipping) | $471.02 | X |
| Tedder Industries LLC | #329: Elect Condensor Amp  LED Bipolar Wiring | $0.00 | purchase price (incl shipping) | $156.88 | X |
| Tedder Industries LLC | #330: Apple Computer - Sanaz | $0.00 | purchase price (incl shipping) | $4,117.36 | X |
| Tedder Industries LLC | #451: Allwox phones 4 refurbished | $0.00 | purchase price (incl shipping) | $262.43 | X |
| Tedder Industries LLC | #452: Backup hard drive for IT | $0.00 | purchase price (incl shipping) | $275.59 | X |
| Tedder Industries LLC | #453: Color printer HP Desktop jet 9800  11x17 for m | $0.00 | purchase price (incl shipping) | $259.80 | X |
| Tedder Industries LLC | #454: Drafting chair for R&D | $0.00 | purchase price (incl shipping) | $132.12 | X |
| Tedder Industries LLC | #455: Samsung 850EVO 500GB 2.5  SATA internal SSD | $0.00 | purchase price (incl shipping) | $123.44 | X |
| Tedder Industries LLC | #456: Seagate 4TB IronWolf NAS SATA hard drive for | $0.00 | purchase price (incl shipping) | $710.40 | X |
| Tedder Industries LLC | #457: 3 ONYX 70lb digital scales for IT | $0.00 | purchase price (incl shipping) | $299.97 | X |
| Tedder Industries LLC | #458: Shelf Truck  wire shelf for sholder productio | $0.00 | purchase price (incl shipping) | $340.11 | X |
| Tedder Industries LLC | #459: 8 bay san storage array for IT | $0.00 | purchase price (incl shipping) | $1,089.75 | X |
| Tedder Industries LLC | #460: 3 modway veer drafting stools/chair for sewer | $0.00 | purchase price (incl shipping) | $377.64 | X |
| Tedder Industries LLC | #461: outdoor security cameras  night vision camera | $0.00 | purchase price (incl shipping) | $1,519.97 | X |
| Tedder Industries LLC | #462: Filing cbinet for social media department | $0.00 | purchase price (incl shipping) | $183.13 | X |
| Tedder Industries LLC | #463: Coffe table for lunchroom | $0.00 | purchase price (incl shipping) | $181.99 | X |
| Tedder Industries LLC | #464: (3) leather chairs for lunchroom | $0.00 | purchase price (incl shipping) | $1,198.20 | X |
| Tedder Industries LLC | #465: (1) Leather chair for lunchrrom | $0.00 | purchase price (incl shipping) | $399.40 | X |
| Tedder Industries LLC | #466: Fire HD 8  tablet with Alexa for amazon retur | $0.00 | purchase price (incl shipping) | $73.19 | X |
| Tedder Industries LLC | #467: Docking station for IT | $0.00 | purchase price (incl shipping) | $256.01 | X |
| Tedder Industries LLC | #468: Extra drum for VSL laser printer | $0.00 | purchase price (incl shipping) | $142.14 | X |
| Tedder Industries LLC | #469: Wireless color laser printer for VSL office | $0.00 | purchase price (incl shipping) | $476.81 | X |
| Tedder Industries LLC | #470: Headsets for SEO | $0.00 | purchase price (incl shipping) | $275.57 | X |
| Tedder Industries LLC | #471: Webcams for SEO | $0.00 | purchase price (incl shipping) | $74.56 | X |
| Tedder Industries LLC | #472: Airtame wireless streaming stick | $0.00 | purchase price (incl shipping) | $313.41 | X |
| Tedder Industries LLC | #474: Samsung 50  TV for eCommerce room | $0.00 | purchase price (incl shipping) | $359.03 | X |
| Tedder Industries LLC | #475: Tilting TV wall mount kit | $0.00 | purchase price (incl shipping) | $21.19 | X |
| Tedder Industries LLC | #476: Macbook pro core 17  15  16GB 2017 for Elijah | $0.00 | purchase price (incl shipping) | $1,824.69 | X |
| Tedder Industries LLC | #477: HP Spectre x360 laptop-13t Touch for Rob Russ | $0.00 | purchase price (incl shipping) | $1,155.39 | X |
| Tedder Industries LLC | #478: 4 drawer filing cabinet for admin | $0.00 | purchase price (incl shipping) | $414.88 | X |
| Tedder Industries LLC | #479: 2 ergonomic foot rests for customer service | $0.00 | purchase price (incl shipping) | $36.02 | X |
| Tedder Industries LLC | #659: Dell Sales & Service | $0.00 | purchase price (incl shipping) | $858.00 | X |
| Tedder Industries LLC | #660: Dell Sales & Service | $0.00 | purchase price (incl shipping) | $2,289.44 | X |
| Tedder Industries LLC | #661: Drobo | $0.00 | purchase price (incl shipping) | $3,120.21 | X |

| Tedder Industries LLC | #662: Amazon Marketplace | $0.00 | purchase price (incl shipping) | $330.68 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #663: Amazon Marketplace | $0.00 | purchase price (incl shipping) | $362.64 | X |
| Tedder Industries LLC | #664: Dell Sales & Service | $0.00 | purchase price (incl shipping) | $1,721.44 | X |
| Tedder Industries LLC | #665: Newegg.com | $0.00 | purchase price (incl shipping) | $459.98 | X |
| Tedder Industries LLC | #666: Dell Sales & Service | $0.00 | purchase price (incl shipping) | $430.36 | X |
| Tedder Industries LLC | #667: Apple Online Stores | $0.00 | purchase price (incl shipping) | $4,005.74 | X |
| Tedder Industries LLC | #668: Apple Online Stores | $0.00 | purchase price (incl shipping) | $169.00 | X |
| Tedder Industries LLC | #669: Janilink.com | $0.00 | purchase price (incl shipping) | $2,798.66 | X |
| Tedder Industries LLC | #670: Server for offsite backup configuration | $0.00 | purchase price (incl shipping) | $3,966.58 | X |
| Tedder Industries LLC | #671: Apple Online Stores | $0.00 | purchase price (incl shipping) | $4,005.74 | X |
| Tedder Industries LLC | #745: Capitalize 2 Macs for Video Team | $0.00 | purchase price (incl shipping) | $7,375.48 | X |
| Tedder Industries LLC | #746: 3 Mac Book Pros | $0.00 | purchase price (incl shipping) | $7,227.17 | X |
| Tedder Industries LLC | #747: 3D Printer for R&D | $0.00 | purchase price (incl shipping) | $3,678.47 | X |
| Tedder Industries LLC | #748: Edge Binding Machine x 2 | $0.00 | purchase price (incl shipping) | $4,920.00 | X |
| Tedder Industries LLC | #749: 1st set of materials for 3D Printer | $0.00 | purchase price (incl shipping) | $4,785.90 | X |
| Tedder Industries LLC | #750: 3D Printer | $0.00 | purchase price (incl shipping) | $11,013.96 | X |
| Tedder Industries LLC | #751: Host Server Replacement | $0.00 | purchase price (incl shipping) | $3,734.55 | X |
| Tedder Industries LLC | #2021-032: 16-inch MacBook Pro - Space Gray | $551.06 | purchase price (incl shipping) | $4,132.94 | X |
| Tedder Industries LLC | #2021-033: MR44 Wireless Access Point - Rapid Force | $176.58 | purchase price (incl shipping) | $1,059.47 | X |
| Tedder Industries LLC | #2021-034: MR44 Wireless Access Point - Tactica | $176.58 | purchase price (incl shipping) | $1,059.47 | X |
| Tedder Industries LLC | #2021-035: MR44 Wireless Access Point - Inventory | $176.58 | purchase price (incl shipping) | $1,059.47 | X |
| Tedder Industries LLC | #2021-036: MR44 Wireless Access Point - BF Gunbelts | $176.58 | purchase price (incl shipping) | $1,059.47 | X |
| Tedder Industries LLC | #2021-037: MR44 Wireless Access Point - Studio | $176.58 | purchase price (incl shipping) | $1,059.47 | X |
| Tedder Industries LLC | #2021-038: MR44 Wireless Access Point - M4201 | $176.58 | purchase price (incl shipping) | $1,059.47 | X |
| Tedder Industries LLC | #2022-001: 16" MacBook Pro - Space Gray MBP 16.2 SG/16C GPU/16GB/512G-USA N912X4J3DT | $726.38 | purchase price (incl shipping) | $2,723.91 | X |
| Tedder Industries LLC | #2022-010: Computer for Marketing Department | $870.67 | purchase price (incl shipping) | $3,072.94 | X |
| Tedder Industries LLC | #2022-013: Apple Computer for Marketing (details to add) | $1,094.98 | purchase price (incl shipping) | $3,284.94 | X |
| Tedder Industries LLC | #2022-014: Apple Computer for Info Tech (details to add) | $706.31 | purchase price (incl shipping) | $2,118.94 | X |
| Tedder Industries LLC | #2023-003: Airsoft Training Range | $3,826.85 | purchase price (incl shipping) | $8,504.11 | X |
| Tedder Industries LLC | #2024-001: Lightbox Kit for Loby from Mod Displays | $4,877.95 | purchase price (incl shipping) | $7,316.92 | X |
| Tedder Industries LLC | #TI-MAC041: Mac for Photo/Video | $3,962.99 | purchase price (incl shipping) | $5,944.48 | X |
| Tedder Industries LLC | #21KCCTo1WWUS3 (serial number): Thinkpad Carbon Gen 12 Intel 14" x2 | $3,070.66 | purchase price (incl shipping) | $4,094.21 | X |
| Tedder Industries LLC | #40AY0090US (serial number): Thinkpad Universal USB-C Dock x2 | $259.16 | purchase price (incl shipping) | $345.54 | X |
| Tedder Industries LLC | #U3223QE (serial number): Dell UltraSharp 32 4k USB-C Hub Monitor x2 | $1,091.45 | purchase price (incl shipping) | $1,455.26 | X |
| Tedder Industries LLC | #PO3483 (need serial number): Precision 3680 Tower Workstation | $2,418.65 | purchase price (incl shipping) | $3,224.86 | X |

| | | | | |
|---|---|---|---|---|
| Tedder Industries LLC | #113-7232361-6351429 (amazon #, need serial #): Thinkpad Carbon Gen 12 Intel 14" | $1,372.58 | purchase price (incl shipping) | $1,830.11 | X |
| Tedder Industries LLC | #W1302359681 (order #, need serial #, part 1): 16" MacBook Pro blk + warranty 1 TB storage | $3,595.37 | purchase price (incl shipping) | $4,793.82 | X |
| Tedder Industries LLC | #W1302359681 (order #, need serial #, part 2): 16" MacBook Pro blk + warranty 512 GB storage | $2,369.12 | purchase price (incl shipping) | $3,158.82 | X |
| Tedder Industries LLC | #W1555120222 (order #, need serial #, part 2): 16" MacBook Pro blk + warranty 512 GB storage | $1,535.27 | purchase price (incl shipping) | $2,047.02 | X |
| Tedder Industries LLC | #113-7056982-4983416 (order #, need serial #): Dell S2722QC 27" Monitor x8 | $1,399.14 | purchase price (incl shipping) | $1,865.52 | X |
| Tedder Industries LLC | #W1555120222 (order #, need serial #, part 2): 16" MacBook Pro blk + warranty 512 GB storage | $1,535.27 | purchase price (incl shipping) | $2,047.02 | X |
| Tedder Industries LLC | #21KCCTo1WWUS3 (product number): Thinkpad Carbon Gen 12 Intel 14" | $1,582.74 | purchase price (incl shipping) | $1,838.02 | X |
| Tedder Industries LLC | #21KCCTo1WWUS3 (product number): Thinkpad Carbon Gen 12 Intel 14" | $155.65 | purchase price (incl shipping) | $180.75 | X |
| Tedder Industries LLC | #40AY0090US (product number): Thinkpad Universal USB-C Dock | $1,582.74 | purchase price (incl shipping) | $1,838.02 | X |
| Tedder Industries LLC | #40AY0090US (product number): Thinkpad Universal USB-C Dock | $155.65 | purchase price (incl shipping) | $180.75 | X |
| Tedder Industries LLC | #112-5747507-6258661 (order #): Apple 2025 MacBook Air 13' Laptop | $774.95 | purchase price (incl shipping) | $899.94 | X |
| Tedder Industries LLC | #112-53628-11-4853033 (order #): Apple 2025 MacBook Air 13' Laptop | $774.95 | purchase price (incl shipping) | $899.94 | X |
| Tedder Industries LLC | #6473608232 (order #): Levono sleeve, Thinkpad Bluetooth mouse, and Thinkpad Universal USB-C dock; product # GX41D07809, 4Y50X88822, & 40AY0090US respectively | $184.64 | purchase price (incl shipping) | $201.43 | X |
| Tedder Industries LLC | #6473617769 (order #): ThinkPad XI Carbon Gen 13 Levono Computer, serial # PF5SA3GB | $1,477.80 | purchase price (incl shipping) | $1,583.36 | X |
| Tedder Industries LLC | #6474291207 (Invoice #): ThinkPad T16 Gen 4 Intel (16#); Product # 21QECTO1WW; Serial # PR5XRBZN | $1,709.58 | purchase price (incl shipping) | $1,768.53 | X |
| Tedder Industries LLC | #6474272236 (Invoice #): ThinkPad Universal USB-C Dock x3; Product # 40AY090US (for all three); serial #s ZVV1GE3E, ZVV1GE39, & ZVV1GENQ | $408.81 | purchase price (incl shipping) | $422.91 | X |
| Tedder Industries LLC | #6474404394 (Invoice #): ThinkPad X1 Carbon Gen 13 Intel 14#; Serial # PF5X2YYC; Product #: 21NSCTO1WW | $1,525.93 | purchase price (incl shipping) | $1,551.79 | X |
| Tedder Industries LLC | #6474332872 (Invoice #): ThinkPad X1 Carbon Gen 13 Intel 14#; Serial # PF5XCY29; Product #: 21NSCTO1WW | $2,024.56 | purchase price (incl shipping) | $2,058.87 | X |
| | | | | |
| | TOTAL | $48,681.27 | | $340,613.11 | |
| | | | | |
| | | | | |

# Schedule AB Addendum 2

**SCHEDULE A/B 8.50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT (excluding farm machinery and equipment)**

| DEBTOR ENTITY NAME | OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding *farm machinery and equipment* *Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number)* | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) |
|---|---|---|---|---|---|
| Tedder Industries LLC | Allen the Alien Masks | $0.00 | purchase price (incl shipping) | $2,932.63 | X |
| Tedder Industries LLC | Allen the Alien Masks | $0.00 | purchase price (incl shipping) | $1,539.03 | X |
| Tedder Industries LLC | #302: Allen the Alien Masks | $0.00 | purchase price (incl shipping) | $1,617.16 | X |
| Tedder Industries LLC | #26: Machinery | $0.00 | purchase price (incl shipping) | $5,952.81 | X |
| Tedder Industries LLC | #27: Machinery | $0.00 | purchase price (incl shipping) | $1,295.19 | X |
| Tedder Industries LLC | #30: CNC Router | $0.00 | purchase price (incl shipping) | $1,869.47 | X |
| Tedder Industries LLC | #37: Machinery | $0.00 | purchase price (incl shipping) | $1,261.71 | X |
| Tedder Industries LLC | #38: Machinery | $0.00 | purchase price (incl shipping) | $2,491.38 | X |
| Tedder Industries LLC | #39: 25 Ton Traveling Head Press | $0.00 | purchase price (incl shipping) | $5,152.76 | X |
| Tedder Industries LLC | #41: 3/8 Brushing Die | $0.00 | purchase price (incl shipping) | $1,446.57 | X |
| Tedder Industries LLC | #42: Spacer Kit Die | $0.00 | purchase price (incl shipping) | $2,120.05 | X |
| Tedder Industries LLC | #43: Parts Pack Die | $0.00 | purchase price (incl shipping) | $3,417.47 | X |
| Tedder Industries LLC | #44: Machinery | $0.00 | purchase price (incl shipping) | $2,686.14 | X |
| Tedder Industries LLC | #45: Machinery | $0.00 | purchase price (incl shipping) | $3,523.09 | X |
| Tedder Industries LLC | #46: IWB Backer | $0.00 | purchase price (incl shipping) | $10,724.95 | X |
| Tedder Industries LLC | #47: Machinery | $0.00 | purchase price (incl shipping) | $1,303.09 | X |
| Tedder Industries LLC | #48: Machinery | $0.00 | purchase price (incl shipping) | $820.57 | X |
| Tedder Industries LLC | #49: Phase Converter | $0.00 | purchase price (incl shipping) | $1,534.38 | X |
| Tedder Industries LLC | #50: Machinery | $0.00 | purchase price (incl shipping) | $655.91 | X |
| Tedder Industries LLC | #52: Air Hose / Dryer | $0.00 | purchase price (incl shipping) | $2,323.33 | X |
| Tedder Industries LLC | #65: Equipment | $0.00 | purchase price (incl shipping) | $1,309.09 | X |
| Tedder Industries LLC | #70: Diamond Plate Mats | $0.00 | purchase price (incl shipping) | $881.19 | X |
| Tedder Industries LLC | #71: 25 Ton Traveling Head Press | $0.00 | purchase price (incl shipping) | $6,011.76 | X |
| Tedder Industries LLC | #73: Diamond Plate Mats | $0.00 | purchase price (incl shipping) | $807.71 | X |
| Tedder Industries LLC | #74: Air Compressor | $0.00 | purchase price (incl shipping) | $2,188.86 | X |
| Tedder Industries LLC | #75: Diamond Plate Mats | $0.00 | purchase price (incl shipping) | $1,666.00 | X |
| Tedder Industries LLC | #77: 9 Step Rolling Ladder | $0.00 | purchase price (incl shipping) | $448.38 | X |
| Tedder Industries LLC | #79: 2 AT-235D Machines | $0.00 | purchase price (incl shipping) | $4,189.14 | X |
| Tedder Industries LLC | #80: Portable Standard Drum | $0.00 | purchase price (incl shipping) | $1,100.47 | X |
| Tedder Industries LLC | #81: Pneumatic Press / Side Table | $0.00 | purchase price (incl shipping) | $5,490.24 | X |
| Tedder Industries LLC | #82: Manual Mill Machine | $0.00 | purchase price (incl shipping) | $4,041.24 | X |
| Tedder Industries LLC | #83: Diamond Plate Mats | $0.00 | purchase price (incl shipping) | $255.57 | X |
| Tedder Industries LLC | #87: Sewing Machine | $0.00 | purchase price (incl shipping) | $607.67 | X |
| Tedder Industries LLC | #92: CNC Machine | $0.00 | purchase price (incl shipping) | $40,169.86 | X |
| Tedder Industries LLC | #94: Defibulator | $0.00 | purchase price (incl shipping) | $735.38 | X |
| Tedder Industries LLC | #95: Die | $0.00 | purchase price (incl shipping) | $612.91 | X |
| Tedder Industries LLC | #162: Shell Alignment Project | $0.00 | purchase price (incl shipping) | $2,189.91 | X |
| Tedder Industries LLC | #163: Work Benches | $0.00 | purchase price (incl shipping) | $3,211.53 | X |
| Tedder Industries LLC | #165: Graphite Machine | $0.00 | purchase price (incl shipping) | $103,514.09 | X |
| Tedder Industries LLC | #167: PCO-2 Cut Off Machine | $0.00 | purchase price (incl shipping) | $2,743.00 | X |
| Tedder Industries LLC | #168: 1990 Roboform 51 CNC Die Sinker | $0.00 | purchase price (incl shipping) | $7,023.62 | X |
| Tedder Industries LLC | #171: Surface Grinder | $0.00 | purchase price (incl shipping) | $6,586.14 | X |
| Tedder Industries LLC | #173: Vending Machines | $0.00 | purchase price (incl shipping) | $2,823.67 | X |
| Tedder Industries LLC | #175: Wireless Intuitive Probing System | $0.00 | purchase price (incl shipping) | $3,962.86 | X |
| Tedder Industries LLC | #177: Meter Feed Granulator | $0.00 | purchase price (incl shipping) | $4,420.24 | X |
| Tedder Industries LLC | #178: Std MUD H-Series Insert | $0.00 | purchase price (incl shipping) | $2,031.33 | X |
| Tedder Industries LLC | #180: EDM Machine | $0.00 | purchase price (incl shipping) | $3,154.81 | X |

| Tedder Industries LLC | #207: Drum Sander | $0.00 | purchase price (incl shipping) | $2,324.38 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #208: MUD Standard Insert | $0.00 | purchase price (incl shipping) | $3,664.14 | X |
| Tedder Industries LLC | #209: Rotary Screw Compressor | $0.00 | purchase price (incl shipping) | $5,927.43 | X |
| Tedder Industries LLC | #210: Used Lathe | $0.00 | purchase price (incl shipping) | $3,036.19 | X |
| Tedder Industries LLC | #222: Screw Machine | $0.00 | purchase price (incl shipping) | $40,578.57 | X |
| Tedder Industries LLC | #233: Various Machinery Small | $0.00 | purchase price (incl shipping) | $3,073.76 | X |
| Tedder Industries LLC | #234: Pneumatic Press | $0.00 | purchase price (incl shipping) | $1,234.76 | X |
| Tedder Industries LLC | #349: Other Machinery Additions | $0.00 | purchase price (incl shipping) | $29,904.70 | X |
| Tedder Industries LLC | #356: Hot knife for leathe balance | $0.00 | purchase price (incl shipping) | $2,383.89 | X |
| Tedder Industries LLC | #357: Hot knife for leather down pmt | $0.00 | purchase price (incl shipping) | $216.54 | X |
| Tedder Industries LLC | #616: Thermoforming press on holster production lin | $113.69 | purchase price (incl shipping) | $3,183.41 | X |
| Tedder Industries LLC | #617: Parts for T-Nut machine in production | $82.97 | purchase price (incl shipping) | $1,742.44 | X |
| Tedder Industries LLC | #618: Texturing the AGH SS pattern on the TPE sheet | $92.52 | purchase price (incl shipping) | $1,943.00 | X |
| Tedder Industries LLC | #619: Supreme CSM 430GA-02 bar tack machine for pro | $358.93 | purchase price (incl shipping) | $3,350.00 | X |
| Tedder Industries LLC | #721: Capitalize Used EDM | $4,788.08 | purchase price (incl shipping) | $23,658.74 | X |
| Tedder Industries LLC | #722: WIre Deck | $1,003.83 | purchase price (incl shipping) | $4,684.53 | X |
| Tedder Industries LLC | #723: Capitalize ATOM cutting machine | $10,233.99 | purchase price (incl shipping) | $42,982.75 | X |
| Tedder Industries LLC | #724: Capitalize parts for Cutting Machine | $500.00 | purchase price (incl shipping) | $2,000.00 | X |
| Tedder Industries LLC | #753: Capitalize parts for Cutting Machine | $675.00 | purchase price (incl shipping) | $2,700.00 | X |
| Tedder Industries LLC | #754: Capitalize parts for Cutting Machine | $153.90 | purchase price (incl shipping) | $615.60 | X |
| Tedder Industries LLC | #755: Capitalize parts for Cutting Machine | $1,000.00 | purchase price (incl shipping) | $4,000.00 | X |
| Tedder Industries LLC | #756: Capitalize parts for Cutting Machine | $271.19 | purchase price (incl shipping) | $1,084.78 | X |
| Tedder Industries LLC | #757: Capitalize Sheffield Hot Knife PO 201850 | $1,621.91 | purchase price (incl shipping) | $6,192.74 | X |
| Tedder Industries LLC | #758: IR 15HP Rotary Screw Compressor | $3,032.99 | purchase price (incl shipping) | $11,077.00 | X |
| Tedder Industries LLC | #2021-007: SS Line Expansion | $2,540.74 | purchase price (incl shipping) | $7,359.38 | X |
| Tedder Industries LLC | #2021-012: RF Production Line | $1,063.30 | purchase price (incl shipping) | $3,079.90 | X |
| Tedder Industries LLC | #2021-013: Conveyor | $2,901.99 | purchase price (incl shipping) | $8,405.77 | X |
| Tedder Industries LLC | #2021-014: Elec Pallet Jack Warehouse | $1,097.49 | purchase price (incl shipping) | $3,178.94 | X |
| Tedder Industries LLC | #2021-031: Semi-Automatic PolyBag sealing machine | $3,984.44 | purchase price (incl shipping) | $10,796.56 | X |
| Tedder Industries LLC | #2022-003: Harrington 2-Ton Single Phase Electric Chain Hoist (Tool Room) | $1,958.50 | purchase price (incl shipping) | $4,112.85 | X |
| Tedder Industries LLC | #2022-004: FasNap Pneumatic Foot Press Machine, Stand-Up Version | $975.29 | purchase price (incl shipping) | $2,048.10 | X |
| Tedder Industries LLC | #2022-005: FasNap Pneumatic Foot Press Machine, Stand-Up Version | $975.29 | purchase price (incl shipping) | $2,048.10 | X |
| Tedder Industries LLC | #2022-006: Aton Basic H30-50-M Dryer (Injection Molding) | $5,701.71 | purchase price (incl shipping) | $11,973.60 | X |
| Tedder Industries LLC | #2022-007: Toro 42" TimeCutter 452cc Zero-Turn Riding Mower with Smart Speed | $2,012.72 | purchase price (incl shipping) | $4,226.72 | X |
| Tedder Industries LLC | #2022-008: Trak DPMRX5 with ProtoTRAK RMX CNC Machine from Rosco | $25,627.65 | purchase price (incl shipping) | $52,505.42 | X |
| Tedder Industries LLC | #2023-007: R&D Moisture Analyzer HX204 | $9,910.71 | purchase price (incl shipping) | $13,875.00 | X |
| Tedder Industries LLC | #2023-008: Paper Folding Machine | $5,492.14 | purchase price (incl shipping) | $7,689.00 | X |
| Tedder Industries LLC | #Hotronix Auto Clam HeatPress 16"x16" 110V - PO3775 | $1,711.80 | purchase price (incl shipping) | $1,902.00 | X |
| Tedder Industries LLC | #0172766 (Order #): Mark-10 Force Tester, test frame w/ license, forse sensor, wedge grip, and hook attachment; PO5018; Item #s F1505-IM, MR07-500, G1061, & G1042 respectively | $16,349.50 | purchase price (incl shipping) | $17,210.00 | X |
| Tedder Industries LLC | #682241356407 (UPC #): Smart 3B 300 Wautorel Walker Ele/Mag Control; MFG # MFG SMRTB130300; MSC Part #08543860 | $2,002.90 | purchase price (incl shipping) | $2,071.97 | X |

| | | | | |
|---|---|---|---|---|
| Tedder Industries LLC | #682241350504 (UPC #): 6x18x72 7/8 LBP 85 Walker Fine Elec.Mag.Chuk; MFG #MFG CE0618LBP; MSC Part#08543670 | $2,459.29 | purchase price (incl shipping) | $2,544.09 | X |
| Tedder Industries LLC | #39068544 (order #): Zebra ZT411 Direct Thermal Transfer Printer - 203 DPI; Item # H-8906; ZT41142-T010000Z | $1,943.86 | purchase price (incl shipping) | $1,976.81 | X |
| Tedder Industries LLC | #101800 (inv #): Air Compressor, Product #R5.5i.125; Ingersoll Rand 7.5 HP Rotary Screw R Series 27.5 CFM @ 125 PSI 80 Gallon Tank | $10,946.27 | purchase price (incl shipping) | $11,131.80 | X |
| Tedder Industries LLC | #76: Belt Line Equipment | $0.00 | purchase price (incl shipping) | $15,686.81 | X |
| Tedder Industries LLC | #84: Belt Line Equipment | $0.00 | purchase price (incl shipping) | $6,033.05 | X |
| Tedder Industries LLC | #86: Belt Line Equipment | $0.00 | purchase price (incl shipping) | $1,449.33 | X |
| Tedder Industries LLC | #89: Belt Line Equipment | $0.00 | purchase price (incl shipping) | $1,769.24 | X |
| Tedder Industries LLC | #90: Belt Line Equipment | $0.00 | purchase price (incl shipping) | $1,889.14 | X |
| Tedder Industries LLC | #91: Fortuna Leather Splitter | $0.00 | purchase price (incl shipping) | $1,428.91 | X |
| Tedder Industries LLC | #93: Belt Line Strap Edging Machine | $0.00 | purchase price (incl shipping) | $538.71 | X |
| Tedder Industries LLC | #161: Leather Splitting Machine | $0.00 | purchase price (incl shipping) | $8,661.91 | X |
| Tedder Industries LLC | #172: Edge Paint / Dryer for Belt Line | $0.00 | purchase price (incl shipping) | $9,308.19 | X |
| Tedder Industries LLC | #181: Juki Model TSC441 Cylinder | $0.00 | purchase price (incl shipping) | $4,174.62 | X |
| Tedder Industries LLC | #198: Belt Line Conveyor | $0.00 | purchase price (incl shipping) | $5,217.29 | X |
| Tedder Industries LLC | #229: Belt Line Small Equipment | $0.00 | purchase price (incl shipping) | $2,266.29 | X |
| Tedder Industries LLC | #360: For bevelor on belt line | $0.00 | purchase price (incl shipping) | $210.00 | X |
| Tedder Industries LLC | #2021-015: Snap Machines | $707.08 | purchase price (incl shipping) | $2,048.10 | X |
| Tedder Industries LLC | #11: Furniture | $0.00 | purchase price (incl shipping) | $457.73 | X |
| Tedder Industries LLC | #183: Lockers-used | $0.00 | purchase price (incl shipping) | $1,964.29 | X |
| Tedder Industries LLC | #184: Black Muslin Rollers | $0.00 | purchase price (incl shipping) | $3,845.67 | X |
| Tedder Industries LLC | #185: Truss Display | $0.00 | purchase price (incl shipping) | $1,924.14 | X |
| Tedder Industries LLC | #186: Cubicals | $0.00 | purchase price (incl shipping) | $22,642.47 | X |
| Tedder Industries LLC | #187: Gym Equipment-used | $0.00 | purchase price (incl shipping) | $3,321.43 | X |
| Tedder Industries LLC | #230: Furniture | $0.00 | purchase price (incl shipping) | $28,526.81 | X |
| Tedder Industries LLC | #244: Red Stack Bins | $0.00 | purchase price (incl shipping) | $579.33 | X |
| Tedder Industries LLC | #245: Wire Rack Storage Bins | $0.00 | purchase price (incl shipping) | $903.83 | X |
| Tedder Industries LLC | #246: White Board for Training Room | $0.00 | purchase price (incl shipping) | $301.30 | X |
| Tedder Industries LLC | #247: Red Storage Bins | $0.00 | purchase price (incl shipping) | $260.00 | X |
| Tedder Industries LLC | #248: Russet Server - Reception | $0.00 | purchase price (incl shipping) | $449.14 | X |
| Tedder Industries LLC | #249: Computer Credenza - Training Room | $0.00 | purchase price (incl shipping) | $456.63 | X |
| Tedder Industries LLC | #250: Mesh Office Chair | $0.00 | purchase price (incl shipping) | $168.43 | X |
| Tedder Industries LLC | #251: Leather Chairs - Lunchroom (4) | $0.00 | purchase price (incl shipping) | $1,155.61 | X |
| Tedder Industries LLC | #252: Adjustable Standing Desk CSR (2) | $0.00 | purchase price (incl shipping) | $1,478.43 | X |
| Tedder Industries LLC | #253: Coffee Table - Break Room | $0.00 | purchase price (incl shipping) | $160.94 | X |
| Tedder Industries LLC | #254: Office Stack Chairs | $0.00 | purchase price (incl shipping) | $56.43 | X |
| Tedder Industries LLC | #255: Computer Credenza - Stargate Conf Room | $0.00 | purchase price (incl shipping) | $458.95 | X |
| Tedder Industries LLC | #256: Chairs & Tables for CSR | $0.00 | purchase price (incl shipping) | $719.79 | X |
| Tedder Industries LLC | #257: Office Chairs & Table for Class Room | $0.00 | purchase price (incl shipping) | $349.48 | X |
| Tedder Industries LLC | #258: Hour by Hour Scoreboard - Production | $0.00 | purchase price (incl shipping) | $403.07 | X |
| Tedder Industries LLC | #259: Totes & Containers - Incoming Parts | $0.00 | purchase price (incl shipping) | $536.14 | X |
| Tedder Industries LLC | #260: Totes & Containers - Injection Molding | $0.00 | purchase price (incl shipping) | $354.80 | X |
| Tedder Industries LLC | #261: Poly Bins  Wall Mounts - Sandi's Office | $0.00 | purchase price (incl shipping) | $330.82 | X |
| Tedder Industries LLC | #482: Stools for production | $0.00 | purchase price (incl shipping) | $206.18 | X |
| Tedder Industries LLC | #483: Filing cabinet | $0.00 | purchase price (incl shipping) | $68.50 | X |
| Tedder Industries LLC | #484: Desk chair for Holly | $0.00 | purchase price (incl shipping) | $261.86 | X |
| Tedder Industries LLC | #485: Drafting stools for belt line | $0.00 | purchase price (incl shipping) | $170.72 | X |
| Tedder Industries LLC | #486: 3 Drafting stools for sewers | $0.00 | purchase price (incl shipping) | $167.20 | X |
| Tedder Industries LLC | #487: Drafting stool for sewing line | $0.00 | purchase price (incl shipping) | $79.92 | X |
| Tedder Industries LLC | #488: 3 Drafting stool-chair for seamstresses | $0.00 | purchase price (incl shipping) | $117.34 | X |
| Tedder Industries LLC | #489: Set of 3 wall file organizer for injection mo | $0.00 | purchase price (incl shipping) | $172.15 | X |
| Tedder Industries LLC | #490: Blinds for Tim's office | $0.00 | purchase price (incl shipping) | $486.60 | X |
| Tedder Industries LLC | #491: 4 Luxor Glass whiteboards  2 for ecommerce  2 | $0.00 | purchase price (incl shipping) | $1,031.06 | X |

| | | | | | |
|---|---|---|---|---|---|
| Tedder Industries LLC | #492: Chair for Scott | $0.00 | purchase price (incl shipping) | $190.79 | X |
| Tedder Industries LLC | #493: 3 under desk foot rests for CSR | $0.00 | purchase price (incl shipping) | $59.97 | X |
| Tedder Industries LLC | #494: 2 drafting stools for seamstresses | $0.00 | purchase price (incl shipping) | $348.25 | X |
| Tedder Industries LLC | #495: 5 under desk foot rests for CSR | $0.00 | purchase price (incl shipping) | $89.95 | X |
| Tedder Industries LLC | #496: Office chair | $0.00 | purchase price (incl shipping) | $59.99 | X |
| Tedder Industries LLC | #497: Blinds for Elle's office | $0.00 | purchase price (incl shipping) | $477.29 | X |
| Tedder Industries LLC | #498: 3 under desk foot rests | $0.00 | purchase price (incl shipping) | $77.97 | X |
| Tedder Industries LLC | #2022-009: Bench-In-A-Box Standard Workbench Tool Room | $1,156.44 | purchase price (incl shipping) | $2,369.30 | X |
| Tedder Industries LLC | #243: Purchased Guns 08-2018 | $0.00 | purchase price (incl shipping) | $4,691.77 | X |
| Tedder Industries LLC | #499: Reminton PR9 4.5 | $0.00 | purchase price (incl shipping) | $306.04 | X |
| Tedder Industries LLC | #500: FN  FN 5099  9mm black for holster developmen | $0.00 | purchase price (incl shipping) | $449.99 | X |
| Tedder Industries LLC | #501: Gun for duty holster deelopment SW 9mm 4.25 | $0.00 | purchase price (incl shipping) | $579.99 | X |
| Tedder Industries LLC | #502: Taurus G2 for gun mold | $0.00 | purchase price (incl shipping) | $210.83 | X |
| Tedder Industries LLC | #503: Glock 17 gen 5 MOS for duty holster developme | $0.00 | purchase price (incl shipping) | $478.00 | X |
| Tedder Industries LLC | #679: Glock G43X 9x19 Glock G48 9x19 | $8.52 | purchase price (incl shipping) | $716.00 | X |
| Tedder Industries LLC | #96: Injection Mold Machine & Tooling | $0.00 | purchase price (incl shipping) | $66,968.24 | X |
| Tedder Industries LLC | #166: 240 Injection Molding Machine | $0.00 | purchase price (incl shipping) | $151,090.57 | X |
| Tedder Industries LLC | #169: Coolmax & Drymax | $0.00 | purchase price (incl shipping) | $14,829.67 | X |
| Tedder Industries LLC | #170: Small Injection Molding Machine | $0.00 | purchase price (incl shipping) | $46,177.05 | X |
| Tedder Industries LLC | #174: 110 Injection Molding Machine | $0.00 | purchase price (incl shipping) | $77,906.19 | X |
| Tedder Industries LLC | #176: GV Quick Change H Style Mold Frame | $0.00 | purchase price (incl shipping) | $6,377.24 | X |
| Tedder Industries LLC | #179: Injection Molding Machine | $0.00 | purchase price (incl shipping) | $97,362.81 | X |
| Tedder Industries LLC | #200: Injection Molding Machine | $0.00 | purchase price (incl shipping) | $78,056.05 | X |
| Tedder Industries LLC | #201: Injection Molding Machine 110/130 | $0.00 | purchase price (incl shipping) | $48,776.91 | X |
| Tedder Industries LLC | #202: 110 Injection Molding Machine | $0.00 | purchase price (incl shipping) | $30,274.29 | X |
| Tedder Industries LLC | #203: 220 Injection Molding Machine | $0.00 | purchase price (incl shipping) | $45,021.33 | X |
| Tedder Industries LLC | #204: Injection Molding Machines | $0.00 | purchase price (incl shipping) | $183,725.96 | X |
| Tedder Industries LLC | #232: Injection Mold Small Equip | $0.00 | purchase price (incl shipping) | $9,192.57 | X |
| Tedder Industries LLC | #340: Injection Molding Machine Additions | $0.00 | purchase price (incl shipping) | $9,257.60 | X |
| Tedder Industries LLC | #362: Insert for Injection Molding | $0.00 | purchase price (incl shipping) | $1,472.54 | X |
| Tedder Industries LLC | #363: Totes for parts | $0.00 | purchase price (incl shipping) | $365.75 | X |
| Tedder Industries LLC | #364: Steel molding floor plates | $0.00 | purchase price (incl shipping) | $528.26 | X |
| Tedder Industries LLC | #365: Totes for injection molding | $0.00 | purchase price (incl shipping) | $719.55 | X |
| Tedder Industries LLC | #366: Freight for injection molding parts totes | $0.00 | purchase price (incl shipping) | $233.33 | X |
| Tedder Industries LLC | #367: Replacement parts for TCUs injection molding | $0.00 | purchase price (incl shipping) | $343.00 | X |
| Tedder Industries LLC | #368: Replacement & spare nozzles for Ecopower 240 | $0.00 | purchase price (incl shipping) | $558.00 | X |
| Tedder Industries LLC | #369: Replacement die height motor for EcoPower inj | $0.00 | purchase price (incl shipping) | $1,347.00 | X |
| Tedder Industries LLC | #621: Plumbing parts for new hot oiler in injection | $84.93 | purchase price (incl shipping) | $1,783.63 | X |
| Tedder Industries LLC | #622: Hot oil mold temp controller for Tactica and | $656.87 | purchase price (incl shipping) | $9,196.22 | X |
| Tedder Industries LLC | #2021-006: WB IM6 | $67,576.10 | purchase price (incl shipping) | $202,728.30 | X |
| Tedder Industries LLC | #0352755-IN: T0ACQ001 Tempro Primus C250F 480V - PO5154 | $4,035.19 | purchase price (incl shipping) | $4,184.64 | X |
| Tedder Industries LLC | #205: LightBrite ShapeShift System | $0.00 | purchase price (incl shipping) | $114,441.29 | X |
| Tedder Industries LLC | #341: Light Bright Shapeshift System Additions | $0.00 | purchase price (incl shipping) | $12,692.64 | X |
| Tedder Industries LLC | #361: steel plate for lite brite expansion | $0.00 | purchase price (incl shipping) | $36.67 | X |
| Tedder Industries LLC | #620: OSHA required pinch guards for Light Bright p | $0.00 | purchase price (incl shipping) | $438.74 | X |
| Tedder Industries LLC | #615: Live broadcast equipment | $0.00 | purchase price (incl shipping) | $199.03 | X |
| Tedder Industries LLC | #25: Steel rack for 25 ton press & steel mold tabl | $0.00 | purchase price (incl shipping) | $492.54 | X |
| Tedder Industries LLC | #28: Injection Mold Die | $0.00 | purchase price (incl shipping) | $2,333.67 | X |
| Tedder Industries LLC | #29: Injection Molds | $0.00 | purchase price (incl shipping) | $2,971.14 | X |

| | | | | | |
|---|---|---|---|---|---|
| Tedder Industries LLC | #32: Injection Molding Die | $0.00 | purchase price (incl shipping) | $2,333.67 | X |
| Tedder Industries LLC | #33: Injection Molding Die | $0.00 | purchase price (incl shipping) | $2,971.14 | X |
| Tedder Industries LLC | #66: Belt Clip Tooling | $0.00 | purchase price (incl shipping) | $22,642.19 | X |
| Tedder Industries LLC | #69: Paddle Holster Tooling | $0.00 | purchase price (incl shipping) | $23,366.33 | X |
| Tedder Industries LLC | #85: Molds | $0.00 | purchase price (incl shipping) | $14,489.71 | X |
| Tedder Industries LLC | #211: Mold Rack  Lift  Push Trolley | $0.00 | purchase price (incl shipping) | $17,413.00 | X |
| Tedder Industries LLC | #212: Molds | $0.00 | purchase price (incl shipping) | $27,850.67 | X |
| Tedder Industries LLC | #235: Molds Small Parts & Hardware | $0.00 | purchase price (incl shipping) | $3,490.67 | X |
| Tedder Industries LLC | #339: Molds & Accessories | $0.00 | purchase price (incl shipping) | $19,443.10 | X |
| Tedder Industries LLC | #370: pallet jack for movig molds | $0.00 | purchase price (incl shipping) | $404.29 | X |
| Tedder Industries LLC | #371: Stamps for injection mold operators | $0.00 | purchase price (incl shipping) | $392.51 | X |
| Tedder Industries LLC | #372: Tubing for legs on the molding shelving tooli | $0.00 | purchase price (incl shipping) | $255.00 | X |
| Tedder Industries LLC | #373: Spare dies for shoulder holsters | $0.00 | purchase price (incl shipping) | $772.95 | X |
| Tedder Industries LLC | #374: Casters for mold tables | $0.00 | purchase price (incl shipping) | $216.85 | X |
| Tedder Industries LLC | #375: Kolbalt 48 inch cabinet for molds in toolroom | $0.00 | purchase price (incl shipping) | $401.74 | X |
| Tedder Industries LLC | #376: welding wire for inhouse building of mold tab | $0.00 | purchase price (incl shipping) | $300.25 | X |
| Tedder Industries LLC | #377: Steel for building roller table | $0.00 | purchase price (incl shipping) | $341.51 | X |
| Tedder Industries LLC | #378: Steel for building steel table for mold | $0.00 | purchase price (incl shipping) | $158.84 | X |
| Tedder Industries LLC | #379: Totes for injection molding | $0.00 | purchase price (incl shipping) | $365.75 | X |
| Tedder Industries LLC | #623: Replacement shoulder holster mag plate die | $7.83 | purchase price (incl shipping) | $329.00 | X |
| Tedder Industries LLC | #624: Duty & interest on molds for Shoulder Holster | $47.56 | purchase price (incl shipping) | $1,331.63 | X |
| Tedder Industries LLC | #625: Dies for new Cloak Slide 3.5 OWB | $11.40 | purchase price (incl shipping) | $319.29 | X |
| Tedder Industries LLC | #626: SS IWB Cutting Die | $80.76 | purchase price (incl shipping) | $1,696.00 | X |
| Tedder Industries LLC | #627: New mold for Shoulder Holster Cloak Series Ho | $148.81 | purchase price (incl shipping) | $2,500.00 | X |
| Tedder Industries LLC | #628: Grippy Holster dies | $106.96 | purchase price (incl shipping) | $1,797.00 | X |
| Tedder Industries LLC | #629: BFGB Suspender dies | $72.80 | purchase price (incl shipping) | $1,223.00 | X |
| Tedder Industries LLC | #725: RFDH Glock 17-23 Molds | $0.00 | purchase price (incl shipping) | $121,329.74 | X |
| Tedder Industries LLC | #726: RFDH Common parts Molds | $0.00 | purchase price (incl shipping) | $77,400.00 | X |
| Tedder Industries LLC | #727: C19004 S&W M&P M2.0 Molds | $0.00 | purchase price (incl shipping) | $18,819.00 | X |
| Tedder Industries LLC | #728: C19004 Springfield XDs Molds | $0.00 | purchase price (incl shipping) | $18,819.00 | X |
| Tedder Industries LLC | #729: Cap Belt Slide Mold C19006 | $0.00 | purchase price (incl shipping) | $16,219.63 | X |
| Tedder Industries LLC | #730: Cap RFDH Triangle Mount C19005 | $0.00 | purchase price (incl shipping) | $39,103.60 | X |
| Tedder Industries LLC | #731: Cap RFDH Sig P320 Molds | $0.00 | purchase price (incl shipping) | $54,533.54 | X |
| Tedder Industries LLC | #732: Cap RFDH S&W M&P Molds | $0.00 | purchase price (incl shipping) | $66,267.40 | X |
| Tedder Industries LLC | #733: Cap RFDH Curved Paddle Molds | $0.00 | purchase price (incl shipping) | $3,420.00 | X |
| Tedder Industries LLC | #734: Cap Wall Mount Molds | $0.00 | purchase price (incl shipping) | $8,631.94 | X |
| Tedder Industries LLC | #735: RFDH Drop Thigh Molds | $0.00 | purchase price (incl shipping) | $37,997.81 | X |
| Tedder Industries LLC | #759: C19004 Glock 43 Molds | $0.00 | purchase price (incl shipping) | $18,819.00 | X |
| Tedder Industries LLC | #760: C19004 H&K VP9SK Molds | $0.00 | purchase price (incl shipping) | $18,819.77 | X |
| Tedder Industries LLC | #2021-009: 4 SS Molds + TG 2020 PO200823 | $0.00 | purchase price (incl shipping) | $73,419.39 | X |
| Tedder Industries LLC | #2021-010: AGH CT 6 Molds for 3.5 Line PO200971 | $0.00 | purchase price (incl shipping) | $21,000.00 | X |
| Tedder Industries LLC | #2021-011: AGH CT 2 Additional Molds for 3.5 Line PO201409 | $0.00 | purchase price (incl shipping) | $7,000.00 | X |
| Tedder Industries LLC | #AGH-1645: Glock 17/19 RH Shell & Basketweave Insert | $0.00 | purchase price (incl shipping) | $18,344.04 | X |
| Tedder Industries LLC | #AGH-1646: Glock 17/19 RH Shell with Light & Basketweave Insert | $0.00 | purchase price (incl shipping) | $18,344.04 | X |
| Tedder Industries LLC | #AGH-1647: Glock 17/19 LH Shell & Basketweave Insert | $0.00 | purchase price (incl shipping) | $18,344.04 | X |
| Tedder Industries LLC | #AGH-1648: Glock 17/19 LH Shell with Light & Basketweave Insert | $0.00 | purchase price (incl shipping) | $18,344.04 | X |
| Tedder Industries LLC | #AGH-1649: Backstrap L & R, Hot Runner Control Box | $0.00 | purchase price (incl shipping) | $18,344.04 | X |
| Tedder Industries LLC | #AGH-1650: Backstrap Lock R-Lo, R-NL, L-Lo, L-NL | $0.00 | purchase price (incl shipping) | $9,783.49 | X |
| Tedder Industries LLC | #AGH-1651: Ejection Lock, Left and Right | $0.00 | purchase price (incl shipping) | $14,063.76 | X |

| Tedder Industries LLC | #AGH-1652: Housing 1, Level 2-L, 3-L, 2-R, 3-R, Housing 2, level 2-L, 2-R, 3-L, 3-R | $0.00 | purchase price (incl shipping) | $15,898.16 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #AGH-1653: Moving Cover L & R | $0.00 | purchase price (incl shipping) | $9,783.49 | X |
| Tedder Industries LLC | #AGH-1654: Push Shim, L1, L2, L3, R1, R2, R3 | $0.00 | purchase price (incl shipping) | $11,984.77 | X |
| Tedder Industries LLC | #AGH-1655: Reflex Cover 1 - Base | $0.00 | purchase price (incl shipping) | $11,984.77 | X |
| Tedder Industries LLC | #AGH-1656: Reflex Cover 1- TPE | $0.00 | purchase price (incl shipping) | $10,761.83 | X |
| Tedder Industries LLC | #AGH-1657: Rapid Force Thimb Swipe Base | $0.00 | purchase price (incl shipping) | $4,280.27 | X |
| Tedder Industries LLC | #AGH-1658: Swiper, L1, L2, L3, R1, R2, R3, Thumb Guard L & R | $0.00 | purchase price (incl shipping) | $10,394.95 | X |
| Tedder Industries LLC | #AGH-1659: LH & RH Inside RDS Tab, LH & RH Outside RDS Tab | $0.00 | purchase price (incl shipping) | $10,394.95 | X |
| Tedder Industries LLC | #AGH-1660: Non RDS Insert | $0.00 | purchase price (incl shipping) | $4,280.27 | X |
| Tedder Industries LLC | #AGH-1673: Glock 26 Shell Right, Mud Mold | $0.00 | purchase price (incl shipping) | $3,500.00 | X |
| Tedder Industries LLC | #AGH-1674: Taurus G2 Cloak Shell Mold | $0.00 | purchase price (incl shipping) | $3,500.00 | X |
| Tedder Industries LLC | #AGH-1514-2: Shapeshift Appendix Clip Update | $0.00 | purchase price (incl shipping) | $16,230.11 | X |
| Tedder Industries LLC | #AGH-1664: RFDH Sig P320 (RH) | $0.00 | purchase price (incl shipping) | $16,344.85 | X |
| Tedder Industries LLC | #AGH1665: RFDH Sig P320 (RH w/Light) | $0.00 | purchase price (incl shipping) | $16,344.85 | X |
| Tedder Industries LLC | #AGH1666: RFDH Sig P320 (LH) | $0.00 | purchase price (incl shipping) | $16,344.85 | X |
| Tedder Industries LLC | #AGH1667: RFDH Sig P320 (LH w/Light) | $0.00 | purchase price (incl shipping) | $16,344.85 | X |
| Tedder Industries LLC | #AGH1668: RFDH Sig Passive Retention Block | $0.00 | purchase price (incl shipping) | $6,136.32 | X |
| Tedder Industries LLC | #AGH1671: RFDH Reflex Cover #2 1st shot | $0.00 | purchase price (incl shipping) | $11,654.68 | X |
| Tedder Industries LLC | #AGH1672: RFDH Reflex Cover #2 2nd shot (TPE overmold) | $0.00 | purchase price (incl shipping) | $8,741.01 | X |
| Tedder Industries LLC | #AGH-1675: Warcat S&W Shield 9-40 | $0.00 | purchase price (incl shipping) | $29,471.52 | X |
| Tedder Industries LLC | #AGH-1676: Warcat Glock 19 | $0.00 | purchase price (incl shipping) | $37,471.52 | X |
| Tedder Industries LLC | #AGH-1677: Warcat Glock 43/43X | $0.00 | purchase price (incl shipping) | $37,471.51 | X |
| Tedder Industries LLC | #AGH-1678: Warcat Sig P365 | $0.00 | purchase price (incl shipping) | $38,971.51 | X |
| Tedder Industries LLC | #AGH-1679: Warcat Springfield Hellcat | $0.00 | purchase price (incl shipping) | $40,971.51 | X |
| Tedder Industries LLC | #AGH-1680: Warcat Glock 26/27 | $0.00 | purchase price (incl shipping) | $29,471.51 | X |
| Tedder Industries LLC | #AGH-1681: Warcat Springfield XDs Mod 2 3.3 | $0.00 | purchase price (incl shipping) | $37,471.51 | X |
| Tedder Industries LLC | #AGH-1682: Warcat Sig P365XL | $0.00 | purchase price (incl shipping) | $38,971.51 | X |
| Tedder Industries LLC | #AGH-1683: Warcat Paddle | $0.00 | purchase price (incl shipping) | $10,636.84 | X |
| Tedder Industries LLC | #AGH-1684: Warcat Appendix Clips | $0.00 | purchase price (incl shipping) | $10,934.05 | X |
| Tedder Industries LLC | #AGH-1685: Warcat Holster Claw | $0.00 | purchase price (incl shipping) | $11,699.80 | X |
| Tedder Industries LLC | #AGH-1686: S&W M&P M2.0 9-40 4.25 RH Shell | $0.00 | purchase price (incl shipping) | $24,929.15 | X |
| Tedder Industries LLC | #AGH-1687: S&W M&P M2.0 9-40 4.25 RH Shell With Light | $0.00 | purchase price (incl shipping) | $25,029.14 | X |
| Tedder Industries LLC | #AGH-1688: S&W M&P M2.0 9-40 4.25 LH Shell | $0.00 | purchase price (incl shipping) | $18,929.14 | X |
| Tedder Industries LLC | #AGH-1689: S&W M&P M2.0 9-40 4.25 LH Shell With Light | $0.00 | purchase price (incl shipping) | $19,229.14 | X |
| Tedder Industries LLC | #AGH-1692: Ejection Lock Right Rev A Small for MP 9 2.0 | $0.00 | purchase price (incl shipping) | $3,500.00 | X |
| Tedder Industries LLC | #2022-011: DME MH Mold Service Table | $4,742.63 | purchase price (incl shipping) | $15,808.77 | X |
| Tedder Industries LLC | #AGH-1691: RF Reflex Cover 3,4 Glock & Sig | $0.00 | purchase price (incl shipping) | $10,383.08 | X |
| Tedder Industries LLC | #AGH-1693: Glock 19 RH Lvl 2 | $0.00 | purchase price (incl shipping) | $8,773.76 | X |
| Tedder Industries LLC | #AGH-1694: Glock 19 LH Lvl 2 | $0.00 | purchase price (incl shipping) | $8,773.76 | X |
| Tedder Industries LLC | #AGH-1695: Glock 19 w/ TLR7 RH Lvl 2 | $0.00 | purchase price (incl shipping) | $8,773.76 | X |
| Tedder Industries LLC | #AGH-1696: Glock 19 w/ TLR7 LH Lvl 2 | $0.00 | purchase price (incl shipping) | $8,773.76 | X |
| Tedder Industries LLC | #AGH-1697: Glock 19 Ejection Port Lock Lvl 2 | $0.00 | purchase price (incl shipping) | $6,434.08 | X |
| Tedder Industries LLC | #AGH-1698: Linkage Bar A Lvl 2 | $0.00 | purchase price (incl shipping) | $4,094.41 | X |
| Tedder Industries LLC | #AGH-1699: Thumb Swipe Lvl 2 | $0.00 | purchase price (incl shipping) | $4,094.41 | X |
| Tedder Industries LLC | #AGH-1700: Lvl 2 Cap | $0.00 | purchase price (incl shipping) | $4,094.41 | X |
| Tedder Industries LLC | #AGH-1701: Locking Belt Slide Paddle | $0.00 | purchase price (incl shipping) | $11,113.42 | X |
| Tedder Industries LLC | #AGH-1702: Locking Belt Slide QDS | $0.00 | purchase price (incl shipping) | $23,396.67 | X |
| Tedder Industries LLC | #AGH-1703: Locking Belt Slide Belt Width Bar | $0.00 | purchase price (incl shipping) | $4,094.41 | X |
| Tedder Industries LLC | #AGH-1704: RF QDS Holster Plate | $0.00 | purchase price (incl shipping) | $5,849.17 | X |
| Tedder Industries LLC | #AGH-1705: Drop Thigh (High-Low-Mid) | $0.00 | purchase price (incl shipping) | $5,849.17 | X |
| Tedder Industries LLC | #AGH-1706: Drop Thigh Plate | $0.00 | purchase price (incl shipping) | $5,849.17 | X |

| | | | | | |
|---|---|---|---|---|---|
| Tedder Industries LLC | #AGH-1707: Drop Thigh Plate Rotation Cap | $0.00 | purchase price (incl shipping) | $4,094.40 | X |
| Tedder Industries LLC | #AGH-1709: Sig P365XL RH Lvl 2 | $0.00 | purchase price (incl shipping) | $7,555.92 | X |
| Tedder Industries LLC | #AGH-1710: Sig P365XL LH Lvl 2 | $0.00 | purchase price (incl shipping) | $7,555.92 | X |
| Tedder Industries LLC | #AGH-1711: Sig P365XL w/ TLR7 RH Lvl 2 | $0.00 | purchase price (incl shipping) | $10,578.29 | X |
| Tedder Industries LLC | #AGH-1712: Sig P365XL w/ TLR7 LH Lvl 2 | $0.00 | purchase price (incl shipping) | $10,578.29 | X |
| Tedder Industries LLC | #AGH-1713: Sig P365XL Lvl2 - EP Lock | $0.00 | purchase price (incl shipping) | $4,029.83 | X |
| Tedder Industries LLC | #AGH-1716: 4th Hole Adapter for QLS | $165.94 | purchase price (incl shipping) | $5,973.94 | X |
| Tedder Industries LLC | #AGH-1717: QDS Housing 2 cavity mold | $508.89 | purchase price (incl shipping) | $18,320.07 | X |
| Tedder Industries LLC | #AGH-1718: Passive Retention Adjustment | $184.38 | purchase price (incl shipping) | $6,637.71 | X |
| Tedder Industries LLC | #AGH-1724: Photon: Glock 19 w/TLR7 | $1,590.66 | purchase price (incl shipping) | $11,452.76 | X |
| Tedder Industries LLC | #AGH-1725: Photon: 1.5" & 1.75 Photon Clip | $1,999.69 | purchase price (incl shipping) | $14,397.75 | X |
| Tedder Industries LLC | #AGH-1728: Photon: Sig P320 w/TLR7 Compact | $1,343.57 | purchase price (incl shipping) | $9,673.69 | X |
| Tedder Industries LLC | #AGH-1729: Photon: Sig P320 Full w/TLR7 | $1,343.57 | purchase price (incl shipping) | $9,673.69 | X |
| Tedder Industries LLC | #AGH-1730: Photon: Glock 17 w/TLR7 | $1,343.57 | purchase price (incl shipping) | $9,673.69 | X |
| Tedder Industries LLC | #AGH-1731: Photon: S&W M&P Shield w/TLR6 | $1,343.57 | purchase price (incl shipping) | $9,673.68 | X |
| Tedder Industries LLC | #AGH-1736: Photon: RH Claw, LH Claw, Hole Cover Cap | $1,420.94 | purchase price (incl shipping) | $10,230.77 | X |
| Tedder Industries LLC | #AGH-1737: Photon: 9-40 Double Stack Mag Holder-Threaded Insert, 9-40 Single Stack Mag Holder-Threaded Insert Side,  9-40 Double Stack Mag Holder-Screw Side, 9-40 Single Stack Mag Holder- Screw Side | $1,296.13 | purchase price (incl shipping) | $9,332.12 | X |
| Tedder Industries LLC | #AGH-1738: Photon: Glock 19 w-TLR7 -- Photon-Right Shell | $921.69 | purchase price (incl shipping) | $6,636.18 | X |
| Tedder Industries LLC | #AGH-1726: Photon: Sig P365XL / Sig P365 w/TLR7sub | $1,308.45 | purchase price (incl shipping) | $9,420.87 | X |
| Tedder Industries LLC | #AGH-1727: Photon: Sig P365 Xmacro w/TLR7 | $1,308.45 | purchase price (incl shipping) | $9,420.87 | X |
| Tedder Industries LLC | #AGH-1732: Photon: Springfield Hellcat / Hellcat Pro w/TLR7sub | $1,607.53 | purchase price (incl shipping) | $11,574.22 | X |
| Tedder Industries LLC | #AGH-1733: Photon: Glock 43/43X w/TLR6 | $1,308.45 | purchase price (incl shipping) | $9,420.87 | X |
| Tedder Industries LLC | #AGH-1734: Photon: Glock 48 MOS / 43X MOS w/TLR6sub | $1,308.46 | purchase price (incl shipping) | $9,420.88 | X |
| Tedder Industries LLC | #AGH-1735: Photon: Taurus G3c No Light | $1,308.46 | purchase price (incl shipping) | $9,420.88 | X |
| Tedder Industries LLC | #AGH-1740: Photon: Glock 19 | $2,012.86 | purchase price (incl shipping) | $10,351.87 | X |
| Tedder Industries LLC | #AGH-1741: Photon: Glock 17 | $2,012.86 | purchase price (incl shipping) | $10,351.87 | X |
| Tedder Industries LLC | #AGH-1747: Photon: Sig P320c | $2,012.86 | purchase price (incl shipping) | $10,351.87 | X |
| Tedder Industries LLC | #AGH-1748: Photon: Sig P320 Full | $2,012.86 | purchase price (incl shipping) | $10,351.87 | X |
| Tedder Industries LLC | #AGH-1751: Photon: Springfield Hellcat PRO | $2,012.86 | purchase price (incl shipping) | $10,351.87 | X |
| Tedder Industries LLC | #AGH-1739: Triangle Holster Mount Release Arm & Locking Post | $2,688.26 | purchase price (incl shipping) | $13,825.36 | X |
| Tedder Industries LLC | #AGH-1742: Photon: Glock 43X MOS | $2,208.92 | purchase price (incl shipping) | $11,360.14 | X |
| Tedder Industries LLC | #AGH-1743: Photon: Glock 48 MOS | $2,208.92 | purchase price (incl shipping) | $11,360.14 | X |
| Tedder Industries LLC | #AGH-1744: Photon: Sig P365 XL | $2,208.92 | purchase price (incl shipping) | $11,360.14 | X |
| Tedder Industries LLC | #AGH-1745: Photon: Sig P365 | $2,208.91 | purchase price (incl shipping) | $11,360.13 | X |
| Tedder Industries LLC | #AGH-1746: Photon: Sig P365 Xmacro | $2,208.91 | purchase price (incl shipping) | $11,360.13 | X |
| Tedder Industries LLC | #AGH-1749: Photon: S&W Shield 9mm | $2,208.91 | purchase price (incl shipping) | $11,360.13 | X |
| Tedder Industries LLC | #AGH-1750: Photon: Springfield Hellcat | $2,208.91 | purchase price (incl shipping) | $11,360.13 | X |
| Tedder Industries LLC | #AGH-1719: Compact Sig P320 Project: Sig P320 w/ TLR7 RH | $4,660.09 | purchase price (incl shipping) | $23,966.17 | X |
| Tedder Industries LLC | #AGH-1720: Compact Sig P320 Project: Sig P320 w/ TLR7 LH | $4,660.09 | purchase price (incl shipping) | $23,966.17 | X |
| Tedder Industries LLC | #AGH-1721: Compact Sig P320 Project: Ejection Lock RH | $836.43 | purchase price (incl shipping) | $4,301.62 | X |
| Tedder Industries LLC | #AGH-1722: Compact Sig P320 Project: Ejection Lock LH | $836.43 | purchase price (incl shipping) | $4,301.62 | X |
| Tedder Industries LLC | #AGH-1752: MRDS Cover 5 | $1,805.68 | purchase price (incl shipping) | $5,417.04 | X |
| Tedder Industries LLC | #AGH-1757: Expanded Swivel Drop Leg | $3,584.55 | purchase price (incl shipping) | $10,753.65 | X |
| Tedder Industries LLC | #AGH-1758: Taq- Strap m2 Ratchet Mount | $2,341.91 | purchase price (incl shipping) | $7,025.72 | X |

| Tedder Industries LLC | #AGH-1753: Glock 17 LVL2 Slim LH | $2,523.66 | purchase price (incl shipping) | $7,570.99 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #AGH-1754: Glock 17 LVL2 Slim RH | $2,523.66 | purchase price (incl shipping) | $7,570.99 | X |
| Tedder Industries LLC | #AGH-1755: LV2S-Glock 17 w/TLR7 Left Hand | $2,523.66 | purchase price (incl shipping) | $7,570.99 | X |
| Tedder Industries LLC | #AGH-1755 Mod.: mold modification for texture & to fit new light accessory | $5,362.50 | purchase price (incl shipping) | $6,300.00 | X |
| Tedder Industries LLC | #AGH-1756: LV2S-Glock 17 w/TLR7 Right Hand | $2,523.66 | purchase price (incl shipping) | $7,570.98 | X |
| Tedder Industries LLC | #AGH-1756 Mod.: mold modification for texture & to fit new light accessory | $5,609.21 | purchase price (incl shipping) | $6,300.00 | X |
| Tedder Industries LLC | #AGH-1761: LVL2 Sig P320C TLR7A LH | $7,862.50 | purchase price (incl shipping) | $14,152.50 | X |
| Tedder Industries LLC | #AGH-1761 Mod.: mold modification for texture & to fit new light accessory | $5,753.13 | purchase price (incl shipping) | $6,300.00 | X |
| Tedder Industries LLC | #AGH-1762: LVL2 Sig P320C TLR7A RH | $7,862.50 | purchase price (incl shipping) | $14,152.50 | X |
| Tedder Industries LLC | #AGH-1762 Mod.: mold modification for texture & to fit new light accessory | $5,847.41 | purchase price (incl shipping) | $6,300.00 | X |
| Tedder Industries LLC | #AGH-1777: Sig P320 Large Light RH | $14,114.97 | purchase price (incl shipping) | $25,406.94 | X |
| Tedder Industries LLC | #AGH-1778: Sig P320 Large Light LH | $14,114.97 | purchase price (incl shipping) | $25,406.94 | X |
| Tedder Industries LLC | #AGH-1787: Glock 17 Large Light LVL 2 Right Hand | $11,199.73 | purchase price (incl shipping) | $20,159.51 | X |
| Tedder Industries LLC | #AGH-1788: Glock 17 Large Light LVL 2 Left Hand | $11,199.73 | purchase price (incl shipping) | $20,159.51 | X |
| Tedder Industries LLC | #AGH-1792: Sig P320 Large Light LVL 2 Right Hand | $10,977.51 | purchase price (incl shipping) | $19,759.51 | X |
| Tedder Industries LLC | #AGH-1793: Sig P320 Large Light LVL 2 Left Hand | $10,977.51 | purchase price (incl shipping) | $19,759.51 | X |
| Tedder Industries LLC | #AGH-1794: S&W Large Light V3 Right Hand | $13,664.27 | purchase price (incl shipping) | $24,595.69 | X |
| Tedder Industries LLC | #AGH-1795: S&W Large Light V3 Left Hand | $13,664.27 | purchase price (incl shipping) | $24,595.69 | X |
| Tedder Industries LLC | #AGH-1796: S&W Large Light V3 Ejection Port Lock | $5,748.36 | purchase price (incl shipping) | $10,347.04 | X |
| Tedder Industries LLC | #AGH-1798: 101651 Standalone Strap Adapter | $4,301.99 | purchase price (incl shipping) | $7,743.59 | X |
| Tedder Industries LLC | #AGH-1785 - Final Rev: RF Button Guard Rev B FINAL | $3,758.90 | purchase price (incl shipping) | $6,726.46 | X |
| Tedder Industries LLC | #AGH-1759: LVL 2 Sig P320C LH | $8,412.88 | purchase price (incl shipping) | $11,918.25 | X |
| Tedder Industries LLC | #AGH-1760: LVL 2 Sig P320C RH | $8,412.88 | purchase price (incl shipping) | $11,918.25 | X |
| Tedder Industries LLC | #AGH-1769: LVL 2 Sig P320 Ejection Port Lock | $4,948.76 | purchase price (incl shipping) | $7,010.74 | X |
| Tedder Industries LLC | #AGH-1770: LVL 2 Linkage Bar C | $2,149.96 | purchase price (incl shipping) | $3,224.94 | X |
| Tedder Industries LLC | #AGH-1771: LVL3 Duty-Glock EPL 2023 | $6,229.30 | purchase price (incl shipping) | $8,625.18 | X |
| Tedder Industries LLC | #AGH-1773: Universal Paddle RF/AGH | $12,580.28 | purchase price (incl shipping) | $17,822.06 | X |
| Tedder Industries LLC | #AGH-1780: LVL2 Sig P365XL TLR7 Sub RH | $6,966.36 | purchase price (incl shipping) | $9,869.01 | X |
| Tedder Industries LLC | #AGH-1781: LVL2 Sig P365XL TLR7 Sub LH | $7,127.62 | purchase price (incl shipping) | $9,869.01 | X |
| Tedder Industries LLC | #AGH-1782: Glock 17 large light Rev B | $17,658.50 | purchase price (incl shipping) | $24,450.24 | X |
| Tedder Industries LLC | #AGH-1783: Glock 17 large light Rev B | $17,658.50 | purchase price (incl shipping) | $24,450.24 | X |
| Tedder Industries LLC | #AGH-1784: Glock 17 large light Rev B | $4,192.72 | purchase price (incl shipping) | $5,805.30 | X |
| Tedder Industries LLC | #AGH-1785: RF Button Guard Rev B | $6,238.12 | purchase price (incl shipping) | $8,837.34 | X |
| Tedder Industries LLC | #AGH-1786: Axon Sensor Cover | $6,388.28 | purchase price (incl shipping) | $8,267.18 | X |
| Tedder Industries LLC | #AGH-1800: Sig P365 FUSE No Light Photon Mold | $10,934.76 | purchase price (incl shipping) | $13,812.33 | X |
| Tedder Industries LLC | #AGH-1801: S&W M&P 5 LL LVL2 RH Inside, Outside Shells, & Axon | $11,052.16 | purchase price (incl shipping) | $13,960.63 | X |
| Tedder Industries LLC | #AGH-1802: S&W M&P 5 LL LVL2 LH Inside, Outside Shells, & Axon | $11,052.16 | purchase price (incl shipping) | $13,960.63 | X |
| Tedder Industries LLC | #AGH-1803: S&W M&P 5 LL LVL2 Large and small EPL | $5,859.73 | purchase price (incl shipping) | $7,401.77 | X |
| Tedder Industries LLC | #AGH-1804: S&W M&P LVL2 EP Bar D | $2,488.27 | purchase price (incl shipping) | $3,029.19 | X |
| Tedder Industries LLC | #AGH-1806: Sig P365 Fuse Compact Light | $8,658.49 | purchase price (incl shipping) | $10,540.78 | X |
| Tedder Industries LLC | #AGH-1808: Glock 17 Compact Light Lvl3 RH | $19,265.15 | purchase price (incl shipping) | $23,453.23 | X |
| Tedder Industries LLC | #AGH-1809: Glock 17 Compact Light Lvl3 LH | $16,938.44 | purchase price (incl shipping) | $23,453.23 | X |
| Tedder Industries LLC | #BG977285325: Outbound Shipping for Kingson mold improvements PO3803 AGH-1755, AGH-1756, AGH-1761, AGH-1762 | $171.19 | purchase price (incl shipping) | $201.61 | X |
| Tedder Industries LLC | #AGH-1814: 320036-1 & 320036-2 Bul Ultralight - No Light | $9,621.77 | purchase price (incl shipping) | $10,878.73 | X |
| Tedder Industries LLC | #AGH-1810: Archon Type A-D Large Light LVL 3 RH | $22,316.83 | purchase price (incl shipping) | $25,232.23 | X |

| Tedder Industries LLC | #AGH-1811: Archon Type A-D Large Light LVL 3 LH | $22,330.60 | purchase price (incl shipping) | $25,232.23 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #AGH-1812: Archon Type A-D Lvl 3 EPL | $6,218.62 | purchase price (incl shipping) | $7,031.00 | X |
| Tedder Industries LLC | #AGH-1813: 101725 MRDS Cover 7 | $7,777.12 | purchase price (incl shipping) | $8,788.75 | X |
| Tedder Industries LLC | #28862: Kingson mold improvements PO3803 AGH-1755, AGH-1756, AGH-1761, AGH-1762 | $22,570.50 | purchase price (incl shipping) | $25,200.00 | X |
| Tedder Industries LLC | #8-965-68291: Inbound Shipping Expedite Fee for Kingson mold improvements PO3803 AGH-1755, AGH 1756, AGH-1761, AGH-1762 | $307.40 | purchase price (incl shipping) | $343.21 | X |
| Tedder Industries LLC | #N30100: Inbound Shipping for Kingson mold improvements PO3803 AGH-1755, AGH-1756, AGH-1761, AGH-1762 | $303.75 | purchase price (incl shipping) | $330.30 | X |
| Tedder Industries LLC | #AGH-1823: Mid Ride Belt Slide PO5002 | $17,998.03 | purchase price (incl shipping) | $19,103.78 | X |
| Tedder Industries LLC | #AGH-1824: Low Ride Belt Slide PO5002 | $15,095.12 | purchase price (incl shipping) | $16,022.53 | X |
| Tedder Industries LLC | #AGH-1732: Rev B Core & Cavity Insert Blocks PO5066 | $5,737.29 | purchase price (incl shipping) | $5,905.15 | X |
| Tedder Industries LLC | #AGH-1825 : Photon Glock 17 Large Light PO5070 | $16,502.00 | purchase price (incl shipping) | $16,669.86 | X |
| Tedder Industries LLC | #AGH-1840 : Photon Sig Sauer Large Light PO5071 | $18,883.40 | purchase price (incl shipping) | $19,051.26 | X |
| Tedder Industries LLC | #AGH-1841: Mult Holster Adapter Slim to replace AGH-1772; built in-house, no PO | $5,099.90 | purchase price (incl shipping) | $5,249.40 | X |
| Tedder Industries LLC | #40: 2 Sewing Machines | $0.00 | purchase price (incl shipping) | $1,486.71 | X |
| Tedder Industries LLC | #67: Sewing Machines | $0.00 | purchase price (incl shipping) | $7,854.91 | X |
| Tedder Industries LLC | #72: 4 Artisan Sewing Machines | $0.00 | purchase price (incl shipping) | $3,467.53 | X |
| Tedder Industries LLC | #223: Sewing Machine - ShapeShift | $0.00 | purchase price (incl shipping) | $2,251.14 | X |
| Tedder Industries LLC | #224: Sewing Machines - ShapeShift | $0.00 | purchase price (incl shipping) | $4,525.62 | X |
| Tedder Industries LLC | #225: Bartack Machine | $0.00 | purchase price (incl shipping) | $5,421.43 | X |
| Tedder Industries LLC | #226: Sewing Machine | $0.00 | purchase price (incl shipping) | $8,228.71 | X |
| Tedder Industries LLC | #237: Binding Attachments for Sewing Mach | $0.00 | purchase price (incl shipping) | $2,535.29 | X |
| Tedder Industries LLC | #334: Lifting Column for Sewing Machines | $0.00 | purchase price (incl shipping) | $383.62 | X |
| Tedder Industries LLC | #335: Clamp Set  Spare  Edge Binding Juki Kit | $0.00 | purchase price (incl shipping) | $1,274.00 | X |
| Tedder Industries LLC | #336: Pennsew Sewing Maching | $0.00 | purchase price (incl shipping) | $3,219.34 | X |
| Tedder Industries LLC | #337: Zig Zag Sewing Machine - Ankle Holster | $0.00 | purchase price (incl shipping) | $1,695.83 | X |
| Tedder Industries LLC | #338: Edge Binding Sewing Machine | $0.00 | purchase price (incl shipping) | $7,424.89 | X |
| Tedder Industries LLC | #380: Supreme CSM430GA -02 Bartack Machine | $0.00 | purchase price (incl shipping) | $3,300.00 | X |
| Tedder Industries LLC | #381: Freight for new Penn Sew sewing machines | $0.00 | purchase price (incl shipping) | $538.67 | X |
| Tedder Industries LLC | #382: Sewing machine attachment to maximize capacit | $0.00 | purchase price (incl shipping) | $295.00 | X |
| Tedder Industries LLC | #630: Sewing machines | $1,246.19 | purchase price (incl shipping) | $10,468.00 | X |
| Tedder Industries LLC | #631: Sewing Machine Purchase | $407.14 | purchase price (incl shipping) | $2,850.00 | X |
| Tedder Industries LLC | #736: LK1900 Tacker SN 2KINJ01486 | $695.65 | purchase price (incl shipping) | $4,495.00 | X |
| Tedder Industries LLC | #737: 4 New sewing machines for production | $2,126.19 | purchase price (incl shipping) | $9,400.00 | X |
| Tedder Industries LLC | #738: Sewing - For Tactica | $918.24 | purchase price (incl shipping) | $3,506.00 | X |
| Tedder Industries LLC | #739: 17955A | $3,646.76 | purchase price (incl shipping) | $13,924.00 | X |
| Tedder Industries LLC | #740: 2-Sewing machines/edge binding | $1,296.43 | purchase price (incl shipping) | $4,950.00 | X |
| Tedder Industries LLC | #741: 2 needle Seiko Sewing machine | $780.36 | purchase price (incl shipping) | $2,850.00 | X |
| Tedder Industries LLC | #742: 4 GC2263V Machines | $2,573.81 | purchase price (incl shipping) | $9,400.00 | X |
| Tedder Industries LLC | #761: Sewing machine for production | $2,035.71 | purchase price (incl shipping) | $9,000.00 | X |
| Tedder Industries LLC | #2021-001: 2 GC2263v/w edgebinding | $1,532.74 | purchase price (incl shipping) | $5,150.00 | X |
| Tedder Industries LLC | #160: 38 Mag Carrier Mold | $0.00 | purchase price (incl shipping) | $54,870.38 | X |
| Tedder Industries LLC | #227: ShapeShift Molds | $0.00 | purchase price (incl shipping) | $299,051.67 | X |
| Tedder Industries LLC | #228: ShapeShift Molds 5.0 | $0.00 | purchase price (incl shipping) | $80,633.76 | X |
| Tedder Industries LLC | #347: ShapeShift Molds 2018 | $0.00 | purchase price (incl shipping) | $493,653.33 | X |
| Tedder Industries LLC | #445: Shapeshift molds | $0.00 | purchase price (incl shipping) | $87,090.00 | X |
| Tedder Industries LLC | Freight for injection molds | $0.00 | purchase price (incl shipping) | $221.45 | X |
| Tedder Industries LLC | #447: Shapeshift molds | $0.00 | purchase price (incl shipping) | $13,120.00 | X |
| Tedder Industries LLC | #448: Gun molds | $0.00 | purchase price (incl shipping) | $51,160.00 | X |
| Tedder Industries LLC | #449: Gun molds | $0.00 | purchase price (incl shipping) | $13,160.00 | X |
| Tedder Industries LLC | #450: Freight for injection molds | $0.00 | purchase price (incl shipping) | $11,983.23 | X |

| Tedder Industries LLC | #651: Freight for injection molds | $51.68 | purchase price (incl shipping) | $4,341.26 | X |
| Tedder Industries LLC | #652: SS molds | $34.24 | purchase price (incl shipping) | $2,876.00 | X |
| Tedder Industries LLC | #653: Shipping for ZSD molds | $32.05 | purchase price (incl shipping) | $2,692.40 | X |
| Tedder Industries LLC | #654: Shipping for ZSD molds | $13.10 | purchase price (incl shipping) | $1,100.00 | X |
| Tedder Industries LLC | #655: SS molds | $39.27 | purchase price (incl shipping) | $3,299.00 | X |
| Tedder Industries LLC | #238: Various Small Tools | $0.00 | purchase price (incl shipping) | $3,713.00 | X |
| Tedder Industries LLC | #332: Small Tools  Benches & Shelves | $0.00 | purchase price (incl shipping) | $23,210.82 | X |
| Tedder Industries LLC | #390: Blue Bin Rail | $0.00 | purchase price (incl shipping) | $269.32 | X |
| Tedder Industries LLC | #391: Shelving for SS storage | $0.00 | purchase price (incl shipping) | $251.37 | X |
| Tedder Industries LLC | #392: Drill presses | $0.00 | purchase price (incl shipping) | $179.95 | X |
| Tedder Industries LLC | #393: Shelving for production | $0.00 | purchase price (incl shipping) | $184.96 | X |
| Tedder Industries LLC | #394: 2 lithium Ion drills and replacement plans | $0.00 | purchase price (incl shipping) | $175.03 | X |
| Tedder Industries LLC | #395: Wire shelf truck and chrome wire shelf with c | $0.00 | purchase price (incl shipping) | $99.54 | X |
| Tedder Industries LLC | #396: Steel cabinet  for storage (249.00) | $0.00 | purchase price (incl shipping) | $249.00 | X |
| Tedder Industries LLC | #397: Bins for production | $0.00 | purchase price (incl shipping) | $133.56 | X |
| Tedder Industries LLC | #398: Shelving for injection molding & inventory | $0.00 | purchase price (incl shipping) | $261.38 | X |
| Tedder Industries LLC | #399: Wire shelving for production storage | $0.00 | purchase price (incl shipping) | $163.19 | X |
| Tedder Industries LLC | #400: Bins for production | $0.00 | purchase price (incl shipping) | $85.86 | X |
| Tedder Industries LLC | #401: Nexel Chrome wire shelf truck 1200 lb capacit | $0.00 | purchase price (incl shipping) | $240.57 | X |
| Tedder Industries LLC | #402: Oxyy Acetylene Torch setup for Toolroom | $0.00 | purchase price (incl shipping) | $614.80 | X |
| Tedder Industries LLC | #403: Work bench for production | $0.00 | purchase price (incl shipping) | $1,078.02 | X |
| Tedder Industries LLC | #404: Retractable hose reels for production | $0.00 | purchase price (incl shipping) | $323.28 | X |
| Tedder Industries LLC | #405: Carts for transporting Boltaron | $0.00 | purchase price (incl shipping) | $364.69 | X |
| Tedder Industries LLC | #406: Supplies for tool room | $0.00 | purchase price (incl shipping) | $294.29 | X |
| Tedder Industries LLC | #407: Wire shelving for production | $0.00 | purchase price (incl shipping) | $270.39 | X |
| Tedder Industries LLC | #408: Retractable hose reel for production for air | $0.00 | purchase price (incl shipping) | $89.66 | X |
| Tedder Industries LLC | #409: Coat rack and shelving for production | $0.00 | purchase price (incl shipping) | $105.99 | X |
| Tedder Industries LLC | #410: Coat rack and shelving for production | $0.00 | purchase price (incl shipping) | $127.18 | X |
| Tedder Industries LLC | #411: For tooling department mold table & tooling t | $0.00 | purchase price (incl shipping) | $82.68 | X |
| Tedder Industries LLC | #412: Floor lock for Tooling Dept mold & welding ta | $0.00 | purchase price (incl shipping) | $68.75 | X |
| Tedder Industries LLC | #413: Folding hand truck | $0.00 | purchase price (incl shipping) | $72.07 | X |
| Tedder Industries LLC | #633: For making mold press tables | $10.73 | purchase price (incl shipping) | $901.61 | X |
| Tedder Industries LLC | #634: Storage shelves for production | $4.91 | purchase price (incl shipping) | $412.80 | X |
| Tedder Industries LLC | #635: Steel remnants to complete forming presses & | $0.79 | purchase price (incl shipping) | $66.60 | X |
| Tedder Industries LLC | #636: Chrome wire rack for base line | $11.09 | purchase price (incl shipping) | $465.88 | X |
| Tedder Industries LLC | #637: Routers for 3.5 Line | $6.12 | purchase price (incl shipping) | $256.95 | X |
| Tedder Industries LLC | #638: Material to build table for thermo press on t | $49.56 | purchase price (incl shipping) | $1,387.66 | X |
| Tedder Industries LLC | #639: Ultrasonic cleaning machine for tooling depar | $6.25 | purchase price (incl shipping) | $174.99 | X |
| Tedder Industries LLC | #640: Powdercoat for TFP Tables in Production | $16.07 | purchase price (incl shipping) | $450.00 | X |
| Tedder Industries LLC | #641: Brass sprue/part pulling pliers for injection | $4.46 | purchase price (incl shipping) | $124.85 | X |
| Tedder Industries LLC | #642: Wire shelving rack for Tactica die storage | $4.48 | purchase price (incl shipping) | $125.38 | X |
| Tedder Industries LLC | #643: Toolroom magnetic lift for heavy mold plate | $9.30 | purchase price (incl shipping) | $195.37 | X |
| Tedder Industries LLC | #2023-009: Cross Tool Manufacture | $3,356.25 | purchase price (incl shipping) | $4,475.00 | X |
| Tedder Industries LLC | #240: Digitizer Plotter  Transfer Machine  Patterns | $0.00 | purchase price (incl shipping) | $14,932.46 | X |
| Tedder Industries LLC | #566: Freight charges for women's line equipment | $0.00 | purchase price (incl shipping) | $2,965.00 | X |
| Tedder Industries LLC | #567: Overlook Sewing machine for Tactica | $0.00 | purchase price (incl shipping) | $820.00 | X |
| Tedder Industries LLC | #568: Mold components for Tactica | $0.00 | purchase price (incl shipping) | $1,121.56 | X |
| Tedder Industries LLC | #569: Graphic blocks for electrodes for new Tactica | $0.00 | purchase price (incl shipping) | $92.02 | X |
| Tedder Industries LLC | #570: Graphic blocks for electrodes for new Tactica | $0.00 | purchase price (incl shipping) | $8.56 | X |
| Tedder Industries LLC | #571: Wooden hangers and industrial display rack | $0.00 | purchase price (incl shipping) | $139.97 | X |
| Tedder Industries LLC | #572: various colors of nylon webbing for Tactic di | $0.00 | purchase price (incl shipping) | $193.60 | X |
| Tedder Industries LLC | #573: Mold components for Tactica | $0.00 | purchase price (incl shipping) | $180.95 | X |
| Tedder Industries LLC | #574: Hardware for Tactica showroom | $0.00 | purchase price (incl shipping) | $123.66 | X |
| Tedder Industries LLC | #575: Jiffy Garment Steamer cloth seamstress ruler | $0.00 | purchase price (incl shipping) | $277.67 | X |
| Tedder Industries LLC | #576: Hangers for reception area for Tactica | $0.00 | purchase price (incl shipping) | $18.99 | X |
| Tedder Industries LLC | #577: Wooden hangers for Tactica reception area | $0.00 | purchase price (incl shipping) | $109.95 | X |
| Tedder Industries LLC | #578: Dies for Tactica IWB backers | $0.00 | purchase price (incl shipping) | $1,078.65 | X |

| Tedder Industries LLC | #579: Tactica parts for belt clip  molds  ejector p | $0.00 | purchase price (incl shipping) | $229.35 | X |
|---|---|---|---|---|---|
| Tedder Industries LLC | #580: AAA Patterns | $0.00 | purchase price (incl shipping) | $3,675.00 | X |
| Tedder Industries LLC | #581: Wire EDM 6 ejector pin hols in Tactica Belt C | $0.00 | purchase price (incl shipping) | $300.00 | X |
| Tedder Industries LLC | #582: 3/4 torso female mannequin for Tactica photog | $0.00 | purchase price (incl shipping) | $294.00 | X |
| Tedder Industries LLC | #583: Hangers for Tactica garments | $0.00 | purchase price (incl shipping) | $488.25 | X |
| Tedder Industries LLC | #584: Belt stamps for Tactica | $0.00 | purchase price (incl shipping) | $278.33 | X |
| Tedder Industries LLC | #680: To prepare mold for Tactica engraving pattern | $7.24 | purchase price (incl shipping) | $608.00 | X |
| Tedder Industries LLC | #681: Mold components for Tactica unibacker mold | $4.00 | purchase price (incl shipping) | $335.84 | X |
| Tedder Industries LLC | #682: Texturing on the Tactica TPE mold | $14.73 | purchase price (incl shipping) | $1,237.00 | X |
| Tedder Industries LLC | #683: Cavity plate for new Tactica Uni-Backer mold | $1.25 | purchase price (incl shipping) | $104.97 | X |
| Tedder Industries LLC | #684: Mold base plates for Tactica | $5.92 | purchase price (incl shipping) | $497.02 | X |
| Tedder Industries LLC | #685: T Nut Press for Tactica Launch | $7.15 | purchase price (incl shipping) | $600.62 | X |
| Tedder Industries LLC | #686: Remnant plate for Tactia fixtures with new Un | $1.41 | purchase price (incl shipping) | $118.22 | X |
| Tedder Industries LLC | #687: Dies for Tactica H& L Holster | $9.94 | purchase price (incl shipping) | $835.00 | X |
| Tedder Industries LLC | #688: Mold base plates for Tactica IWB belt clip | $6.25 | purchase price (incl shipping) | $524.94 | X |
| Tedder Industries LLC | #690: Remnant plate for Tactia fixtures with new Un | $0.64 | purchase price (incl shipping) | $54.15 | X |
| Tedder Industries LLC | #691: Tactica TNUT press | $27.50 | purchase price (incl shipping) | $2,310.00 | X |
| Tedder Industries LLC | #692: Parts for Tactica Unibacker mold | $5.08 | purchase price (incl shipping) | $213.34 | X |
| Tedder Industries LLC | #693: Graphite for electrodes for new Tactica belt | $2.45 | purchase price (incl shipping) | $102.91 | X |
| Tedder Industries LLC | #694: Tactica OWB dies | $23.51 | purchase price (incl shipping) | $987.25 | X |
| Tedder Industries LLC | #695: Tactica printer & accessories | $371.43 | purchase price (incl shipping) | $15,600.00 | X |
| Tedder Industries LLC | #696: Mannequins & tagging gun for Tactica trade sh | $8.50 | purchase price (incl shipping) | $356.92 | X |
| Tedder Industries LLC | #697: Storage for Tactica inventory | $2.76 | purchase price (incl shipping) | $115.98 | X |
| Tedder Industries LLC | #698: Shelving for Tactica fulfillment center | $12.11 | purchase price (incl shipping) | $508.72 | X |
| Tedder Industries LLC | #699: Shelving & equipment for Tactica showroom | $41.36 | purchase price (incl shipping) | $1,158.08 | X |
| Tedder Industries LLC | #700: Tactica Belly Band stamping die | $34.71 | purchase price (incl shipping) | $971.95 | X |
| Tedder Industries LLC | #701: Shipping container for Tactica trade show mat | $16.78 | purchase price (incl shipping) | $469.89 | X |
| Tedder Industries LLC | #702: Retail display system | $9.83 | purchase price (incl shipping) | $275.34 | X |
| Tedder Industries LLC | #703: Tactica mannequins | $7.84 | purchase price (incl shipping) | $219.42 | X |
| Tedder Industries LLC | #704: Retail display system | $51.53 | purchase price (incl shipping) | $1,442.76 | X |
| Tedder Industries LLC | #705: Drill press for Tactica launch | $5.24 | purchase price (incl shipping) | $110.00 | X |
| Tedder Industries LLC | #706: Tactica wire shelving for inventory | $18.17 | purchase price (incl shipping) | $381.56 | X |
| Tedder Industries LLC | #707: Wire Shelving for Tactica inventory | $4.54 | purchase price (incl shipping) | $95.39 | X |
| Tedder Industries LLC | #708: Racking for Tactica fulfillment center | $94.61 | purchase price (incl shipping) | $1,986.71 | X |
| Tedder Industries LLC | #709: Tactica Racking | $45.02 | purchase price (incl shipping) | $945.46 | X |
| Tedder Industries LLC | #710: New Tactica molds | $38.99 | purchase price (incl shipping) | $818.82 | X |
| Tedder Industries LLC | #711: Benches for Tactica inventory room | $77.15 | purchase price (incl shipping) | $1,620.18 | X |
| Tedder Industries LLC | #712: Rack for Tactica Fulfillment Center | $1.01 | purchase price (incl shipping) | $21.17 | X |
| Tedder Industries LLC | #713: Retail display system | $12.04 | purchase price (incl shipping) | $252.84 | X |
| Tedder Industries LLC | #714: Retail display system | $8.01 | purchase price (incl shipping) | $168.24 | X |
| Tedder Industries LLC | #715: Mud mold for Tactica 1.75 IWB clips | $117.62 | purchase price (incl shipping) | $1,976.00 | X |
| Tedder Industries LLC | #716: Dies for Tactica Ankle Holster | $119.71 | purchase price (incl shipping) | $1,676.00 | X |
| Tedder Industries LLC | #720: Cap Tactica Fulfillment Room Phase 1 | $12,118.63 | purchase price (incl shipping) | $20,774.80 | X |
| Tedder Industries LLC | #241: Video Equip Upgrades | $0.00 | purchase price (incl shipping) | $7,366.58 | X |
| Tedder Industries LLC | #2021-003: Digital Camera | $0.00 | purchase price (incl shipping) | $5,948.67 | X |
| Tedder Industries LLC | #2022-002: Soney SEL2470GM E-Mount Camera Lens: FE 24-70mm F2.8G Master Full Frame Standard Zoom Lens | $0.00 | purchase price (incl shipping) | $2,117.88 | X |
| Tedder Industries LLC | #2023-001: Rino ARC V2 Ultimate Kit SN A3757 | $61.82 | purchase price (incl shipping) | $2,225.46 | X |
| Tedder Industries LLC | #2023-002: Sony FE 85mm Lens SN 1890526 | $60.60 | purchase price (incl shipping) | $2,181.47 | X |
| Tedder Industries LLC | Screen Projector | $738.50 | purchase price (incl shipping) | $886.20 | X |
| Tedder Industries LLC | #PS-INV25020338: 25% deposit for rental trade show booth; Project PR10194-01 | $27,682.49 | purchase price (incl shipping) | $28,637.06 | X |
| | | | | | |

| | TOTAL | $862,629.65 | | $6,238,186.17 | |
|---|---|---|---|---|---|

# Schedule AB Addendum 3

| SCHEDULE A/B 10.60 - PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS | | | |
|---|---|---|---|
| **DEBTOR ENTITY NAME** | **REGISTRATION NO.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** (specify) | **NET BOOK VALUE OF DEBTOR'S INTEREST $** *where available* |
| Tedder Industries LLC | 18/584,552 | Holster Mount System (duty/tactical belt interface) | $0.00 |
| Tedder Industries LLC | 2023/0371957 A1 | holster + tourniquet | $0.00 |
| Tedder Industries LLC | 18/534,617 | Tactical holster / mount system | $0.00 |
| Tedder Industries LLC | 18/483,029 | Duty gear accessory system | $0.00 |
| Tedder Industries LLC | 18/481,397 | Duty holster platform | $0.00 |
| Tedder Industries LLC | 17/680,733 | Belt / mount interface | $0.00 |
| Tedder Industries LLC | 17/539,079 | Duty holster | $0.00 |
| Tedder Industries LLC | 17/084,230 | Retention / holster system | $0.00 |
| Tedder Industries LLC | 16/927,851 | Holster architecture | $0.00 |
| Tedder Industries LLC | 16/927,439 | Holster and Tourniquet Device | $0.00 |
| Tedder Industries LLC | 16/827,232 | Modular mounting | $0.00 |
| Tedder Industries LLC | 16/817,994 | Dock / interface | $0.00 |
| Tedder Industries LLC | 16/735,193 | Holster system | $0.00 |
| Tedder Industries LLC | 16/587,427 | Holster backer system | $0.00 |
| Tedder Industries LLC | 16/386,174 | Carry holster | $0.00 |
| Tedder Industries LLC | 16/370,530 | Carry holster | $0.00 |
| Tedder Industries LLC | 16/278,907 | Holster | $0.00 |
| Tedder Industries LLC | 16/271,700 | Holster | $0.00 |
| Tedder Industries LLC | 16/058,751 | Mount / accessory | $0.00 |
| Tedder Industries LLC | 15/874,731 | Duty belt mount | $0.00 |
| Tedder Industries LLC | 15/874,708 | Duty belt mount (sibling) | $0.00 |
| Tedder Industries LLC | 15/871,578 | Holster | $0.00 |
| Tedder Industries LLC | 15/868,760 | Holster | $0.00 |
| Tedder Industries LLC | 15/818,567 | Holster | $0.00 |
| Tedder Industries LLC | 15/817,166 | Holster | $0.00 |
| Tedder Industries LLC | 15/817,162 | Holster | $0.00 |
| Tedder Industries LLC | 15/725,510 | Mounting system | $0.00 |
| Tedder Industries LLC | 15/685,505 | Holster | $0.00 |
| Tedder Industries LLC | 15/642,629 | Holster | $0.00 |
| Tedder Industries LLC | 15/277,961 | Holster | $0.00 |
| Tedder Industries LLC | 15/214,227 | Holster | $0.00 |

| | | | |
|---|---|---|---|
| Tedder Industries LLC | 14/620,506 | Foundational holster system | $0.00 |
| Tedder Industries LLC | 14/605,405 | Foundational holster | $0.00 |
| Tedder Industries LLC | 16/252,597 | (Legacy) Holster / mounting system | $1.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Schedule AB Addendum 4

| | | SCHEDULE A/B 10.64 - OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
|---|---|---|---|---|---|
| **DEBTOR ENTITY NAME** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** (specify) | **NET BOOK VALUE OF DEBTOR'S INTEREST $** *where available* | **VALUATION METHOD USED FOR CURRENT VALUE** | **CURRENT VALUE OF DEBTOR'S INTEREST $** | **AN AMORTIZATION OR OTHER SIMILAR SCHEDULE IS AVAILABLE** YES (X) |
| Tedder Industries, LLC | Other Intangibles #199 Cabinets | $0.00 | Purchase Price | $3,413.00 | X |
| Tedder Industries, LLC | Other Intangibles #231 Improvements - Furn & Fix | $0.00 | Purchase Price | $11,150.57 | X |
| Tedder Industries, LLC | Other Intangibles #333 Leasehold Improvements - Riverbend | $20,021.55 | Purchase Price | $24,454.17 | X |
| Tedder Industries, LLC | Other Intangibles #383 New wiring & wall drops in toolroom | $1,085.92 | Purchase Price | $1,333.89 | X |
| Tedder Industries, LLC | Other Intangibles #384 Electrical work on lighting in training room | $351.69 | Purchase Price | $432.00 | X |
| Tedder Industries, LLC | Other Intangibles #385 Power drop for hot knife in production | $0.00 | Purchase Price | $488.67 | X |
| Tedder Industries, LLC | Other Intangibles #386 Lock sets for doors | $0.00 | Purchase Price | $255.52 | X |
| Tedder Industries, LLC | Other Intangibles #387 Maglock system for sales back hallway room | $0.00 | Purchase Price | $1,557.54 | X |
| Tedder Industries, LLC | Other Intangibles #388 Lockset for backdoors | $0.00 | Purchase Price | $453.54 | X |
| Tedder Industries, LLC | Other Intangibles #632 Move sprinklers in space #4215 | $748.61 | Purchase Price | $1,375.00 | X |
| Tedder Industries, LLC | Other Intangibles #743 Electrical Work for Material Cutter (Belt Lin | $417.30 | Purchase Price | $642.00 | X |
| Tedder Industries, LLC | Other Intangibles #744 Replaced 32 thermostats | $8,966.67 | Purchase Price | $13,450.00 | X |
| Tedder Industries, LLC | Other Intangibles #762 Electrical Work for Material Cutter (Belt Lin | $3,923.60 | Purchase Price | $6,036.31 | X |
| Tedder Industries, LLC | Other Intangibles #2021-002 Electrical Upgrades | $0.00 | Purchase Price | $2,250.00 | X |
| Tedder Industries, LLC | Other Intangibles #2021-004 Electrical Upgrades | $0.00 | Purchase Price | $13,066.09 | X |
| Tedder Industries, LLC | Other Intangibles #2021-005 Hobbit Hole Storage Room | $0.00 | Purchase Price | $13,960.00 | X |

| | | | | | |
|---|---|---|---|---|---|
| Tedder Industries, LLC | Other Intangibles #2021-008 Tactica Area Improvements | $0.00 | Purchase Price | $98,995.94 | X |
| Tedder Industries, LLC | Other Intangibles #2022-012 Sound Dampening CS Room | $0.00 | Purchase Price | $2,697.49 | X |
| Tedder Industries, LLC | Other Intangibles #2023-010 RF Production Line Leasehold Improvements | $49,975.19 | Purchase Price | $86,320.78 | X |
| Tedder Industries, LLC | Other Intangibles #2023-011 RF expansion and office moves leasehold improvements | $44,885.56 | Purchase Price | $77,529.61 | X |
| Tedder Industries, LLC | Other Intangibles #2024-11 Installation for new AGH store entrance doors - Nov 2024 | $7,101.25 | Purchase Price | $7,475.00 | X |
| Tedder Industries, LLC | Other Intangibles #195 SolidWorks License | $0.00 | Purchase Price | $2,840.89 | X |
| Tedder Industries, LLC | Other Intangibles #196 Software-Parts Pack Machine | $0.00 | Purchase Price | $1,583.11 | X |
| Tedder Industries, LLC | Other Intangibles #262 Software - Autocad | $0.00 | Purchase Price | $1,356.25 | X |
| Tedder Industries, LLC | Other Intangibles #480 Standard Login Path C development license for | $0.00 | Purchase Price | $3,973.94 | X |
| Tedder Industries, LLC | Other Intangibles #672 Server Licensing | $0.00 | Purchase Price | $8,662.20 | X |
| Tedder Industries, LLC | Other Intangibles #673 Autocad for Automation Dept | $0.00 | Purchase Price | $1,288.00 | X |
| Tedder Industries, LLC | Other Intangibles Rf-Smart | $0.00 | Purchase Price | $12,866.25 | X |
| Tedder Industries, LLC | Other Intangibles NetSuite Re-implementation | $0.00 | Purchase Price | $116,915.89 | X |
| Tedder Industries, LLC | Intellectual Property #59 Patent Filing | $2,211.51 | Purchase Price | $5,141.67 | X |
| Tedder Industries, LLC | Intellectual Property #60 Trademark Registration | $1,529.68 | Purchase Price | $3,556.78 | X |
| Tedder Industries, LLC | Intellectual Property #64 OFH Trademark Registration | $3,321.09 | Purchase Price | $7,721.55 | X |
| Tedder Industries, LLC | Intellectual Property #239 UPC Codes 10000 | $3,063.42 | Purchase Price | $7,121.10 | X |
| Tedder Industries, LLC | Other Intangibles #2023-003 Lease for Printers and Copiers | $32,043.24 | Purchase Price | $72,097.24 | X |
| Tedder Industries, LLC | Other Intangibles #2023-004 Xerox Lease 3-D Printer | $1,490.25 | Purchase Price | $53,649.00 | X |

| | | | | | |
|---|---|---|---|---|---|
| Tedder Industries, LLC | Intellectual Property #2023-005 TI1-0054US "Locking Belt Slide" Patent | $1,740.00 | Purchase Price | $6,264.00 | X |
| Tedder Industries, LLC | Intellectual Property #2023-006 TI1-0055US "Dual Pivot Drop Thigh Mount" Patent | $1,740.00 | Purchase Price | $6,264.00 | X |
| | | | | | |
| | **TOTAL** | $184,616.54 | | $678,638.99 | |
| | | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tedder Industries, LLC** |
| United States Bankruptcy Court for the: | **Southern** District of **Texas** |
| | (State) |
| Case number (if known): | **25-90805** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?
    - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

GreatAmerica Financial Services

Creditor's mailing address

P.O. Box 660831

Dallas, TX 75266

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

_____

Describe the lien

Xerox Copy Machine

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: **$32,043.24**    Value of collateral: **unknown**

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$24,605,270.49**

Debtor **Tedder Industries, LLC**
Name

Case number (if known) **25-90805**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name

**HMS Income Fund**

**Creditor's mailing address**

**1300 Post Oak Blvd Ste 800**

**Houston, TX 77056-3011**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**First-lien on all assets**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **unknown**

Column B: **unknown**

Debtor    **Tedder Industries, LLC**
Name

Case number (if known)   **25-90805**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**Main Street Equity Interests, Inc.**

**Describe debtor's property that is subject to a lien**

$24,571,737.00      unknown

**Creditor's mailing address**

**1300 Post Oak Blvd. Suite 800**

**Houston, TX 77056-3011**

**Describe the lien**

**First-lien on all assets**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Tedder Industries, LLC**
_____

Name

Case number (if known) **25-90805** _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

## Part 1:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**PEAC Solutions**

**Creditor's mailing address**

**P.O. Box 202882**

**Dallas, TX 75320**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**3D Printer**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $1,490.25 | unknown |

**Fill in this information to identify the case:**

Debtor name      **Tedder Industries, LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known):      **25-90805**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Humanix**

**2818 N Sullivan Rd Suite 100-1012**

**Spokane, WA 99216**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$84,294.15**      Priority amount: **$84,294.15**

**2.2** Priority creditor's name and mailing address

**Insperity**

**19001 Crescent Springs Dr**

**Kingwood, TX 77339-3802**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Payroll service provider**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$403,256.43**      Priority amount: **$403,256.43**

Debtor **Tedder Industries, LLC**
Name

Case number *(if known)* **25-90805**

---

**Part 1:** Additional Page

**2.3** Priority creditor's name and mailing address

**Kootenai County Tax Collector**

**PO Box 220**

**Caldwell, ID 83606-0220**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Property taxes**

Is the claim subject to offset?
☑ No
☐ Yes

$14,081.68          unknown

---

**2.4** Priority creditor's name and mailing address

**Pre-Petition Wage Liabilities**

**4411 W Riverbend Ave**

**Post Falls, ID 83854**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

$153,994.31          $153,994.31

---

Debtor  **Tedder Industries, LLC**

Name

Case number *(if known)*   **25-90805**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**  Nonpriority creditor's name and mailing address

**AbleLabel**

**310 N. Haven St.**

**Spokane, WA 99202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$776.09

---

**3.2**  Nonpriority creditor's name and mailing address

**Advanced Compressor & Hose Inc**

**6215 E Commerce Loop Unit A**

**Post Falls, ID 83877**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$11,131.80

---

**3.3**  Nonpriority creditor's name and mailing address

**AJT Service**

**16012 E. 6th Lane**

**Spokane Valley, WA 99037**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$647.50

---

**3.4**  Nonpriority creditor's name and mailing address

**Allegra**

**3917 N. Schreiber Way**

**Alene, ID 83815**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$6,584.76

---

Debtor  **Tedder Industries, LLC**
Name

Case number *(if known)*   **25-90805**

---

### Part 2:   Additional Page

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,942.60 |

**Alternative Molding Concepts, Inc**

5575 W Riverbend Ave Suite 103

Post Falls, ID 83854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Vendor/Supplier

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.58 |

**Amazon (purchases)**

410 Terry Ave N

Seattle, WA 98109

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Vendor/Supplier

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 |

**American Mobile Drug Testing**

620 W Ironwood Dr Ste 201

Coeur D Alene, ID 83814

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Vendor/Supplier

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,240.00 |

**ASTON CARTER, INC.**

16201 E Indiana Ave Suite 4400

Spokane Valley, WA 99216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Vendor/Supplier

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.77 |
|---|---|---|---|

**AT&T**

**PO Box 6463**

**Carol Stream, IL 60197-6463**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Utilities**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,849.62 |
|---|---|---|---|

**Avalara Inc**

**255 S. King St., Ste. 1800**

**Seattle, WA 98104**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Tax service provider**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.19 |
|---|---|---|---|

**AvantLink**

**1922 Prospector Ave**

**Park City, UT 84060**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor/Supplier**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,892.12 |
|---|---|---|---|

**Avient Corporation (colorant division)**

**5505 N Cumberland Ave Suite 307**

**Chicago, IL 60656**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor/Supplier**

Date or dates debt was incurred  _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $918.98

**Axil**

**777 S Auto Mall Dr Suite 107**

**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,989.74

**Buchalter, A Professional Corporation**

**1000 Wilshire Blvd Suite 1500**

**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,729.32

**Centre Technologies**

**16801 Greenspoint Park Drive Suite 200**

**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,185.00

**Covenant Arms & Coatings**

**6165 E Commerce Loop Ste A**

**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Tedder Industries, LLC**
Name

Case number *(if known)* **25-90805**

---

**Part 2:** Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $530.00 |
|---|---|---|---|

**Custom Metal Crafters**

**815 North Mountain Rd.**

**Newington, CT 06111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.50 |
|---|---|---|---|

**CW Crates & Pallets**

**6326 E Sharp Ave**

**Spokane Valley, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,372.50 |
|---|---|---|---|

**DataPro Solutions, Inc.**

**112 N University Rd STE 301**

**Spokane Valley, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $908.09 |
|---|---|---|---|

**Dun & Bradstreet**

**PO Box 931197**

**Altlanta, GA 31193-1197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Tedder Industries, LLC**
Name

Case number *(if known)*   **25-90805**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

---

**3.21**
Nonpriority creditor's name and mailing address

**Ecolite**

**2622 N Woodruff**

**Spokane Valley, WA 99206**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$13,483.00

---

**3.22**
Nonpriority creditor's name and mailing address

**Effective Fitness Combatives, LLC**

**119 Fort Shoals Rd**
**Woodruff, SC 29388**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.23**
Nonpriority creditor's name and mailing address

**Empire Bolt & Screw**

**1501 E Trent Ave**
**Spokane, WA 99202-2938**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$14,912.90

---

**3.24**
Nonpriority creditor's name and mailing address

**ExpertVoice, Inc.**

**PO Box 671382**
**Dallas, TX 75267-1382**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$6,048.92

---

| Debtor | **Tedder Industries, LLC** | | Case number *(if known)* | **25-90805** |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

**Fasnap Corp.**

**PO Box 1613**

**Elkhart, IN 46515**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$714.70

---

**3.26** Nonpriority creditor's name and mailing address

**Fatbeam LLC**

**Coeur d'**

**2065 W Riverstone Dr STE 202**

**Alene, ID 83814**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$618.00

---

**3.27** Nonpriority creditor's name and mailing address

**Fedex - 7648-3146-2**

**PO Box 94515**

**Palatine, IL 60094-4515**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset?
☑ No
☐ Yes

$12.81

---

**3.28** Nonpriority creditor's name and mailing address

**FedEx - 8836-1422-4**

**PO Box 10306**

**Palatine, IL 60055**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset?
☑ No
☐ Yes

$77,045.13

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204,433.94
---|---|---|---

**First Interstate Bank – Credit Card**

**401 N 31st St**

**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Credit card**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,778.02
---|---|---|---

**Formerra, LLC**

**JP Morgan Chase Attn: Formerra LLC**

**Box 735499 131 S Dearborn, 6th Floor**

**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,166.88
---|---|---|---

**GHJ Search & Staffing**

**PO Box 514670**

**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
---|---|---|---

**Google**

**1600 Amphitheatre Parkway**

**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Services**

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Hi Tech Fasteners**

**PO Box 64874**

**Baltimore, MD 21264-4874**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$14,237.05

---

**3.34** Nonpriority creditor's name and mailing address

**IMS Company**

**PO Box 75799**

**Cleveland, OH 44101-4755**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$216.00

---

**3.35** Nonpriority creditor's name and mailing address

**International Textures**

**P.O. Box 3051**

**Whittier, CA 90605**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

**3.36** Nonpriority creditor's name and mailing address

**John Howard Company**

**4510 Schaefer Ave**

**Chino, CA 91710**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$7,960.36

---

Debtor   **Tedder Industries, LLC**                                          Case number *(if known)*   **25-90805**
         Name

---

| **Part 2:** | **Additional Page** |

---

**3.37** Nonpriority creditor's name and mailing address

**Kootenai County Solid Waste**

**Coeur d'**

**PO Box 9000**

**Alene, ID 83816**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$1,724.80

---

**3.38** Nonpriority creditor's name and mailing address

**Lane Tobiassen**

**Address on file**

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.39** Nonpriority creditor's name and mailing address

**Loop**

**PO Box 16250**

**Columbus, OH 43216**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$905.00

---

**3.40** Nonpriority creditor's name and mailing address

**M2 International Inc**

**142 Hegeman Avenue**
**VT**

**Colchester Suite 103**

**5446**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$8,771.00

---

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address
**Mantis**

2270 US Hwy 30

Oswego, IL 60543

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $672.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor/Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**McMaster-Carr**

600 N County Line Rd, Elmhurst, IL 60126

Chicago, IL 60680-7690

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $3,858.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor/Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**Meta**

1 Meta Way

Menlo Park, CA 94025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**Minute Press**

7184 W Boekel Rd

83858

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $138.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor/Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Tedder Industries, LLC | Case number *(if known)* | 25-90805 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address

**MSC Industrial Supply**

**PO Box 953635 MO United States**

**Saint Louis, MO 63195-3635**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$527.61

---

**3.46** | Nonpriority creditor's name and mailing address

**Multifab Packaging**

**#6**

**3808 N Sullivan Rd Suite B**

**Spokane, WA 99216**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$535.74

---

**3.47** | Nonpriority creditor's name and mailing address

**Nolan Heimann LLP**

**1600 Ventura Boulevard Suite 1200**

**Encino, CA 91436**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$625.00

---

**3.48** | Nonpriority creditor's name and mailing address

**North American Rescue**

**35 Tedwall Ct**

**Greer, SC 29650-4791**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$1,076.94

---

Debtor   **Tedder Industries, LLC**                          Case number *(if known)*   **25-90805**
         Name

---

| **Part 2:** | **Additional Page** |

---

**3.49**

Nonpriority creditor's name and mailing address

**Northwest Wire EDM**

**1620 N Mamer Rd F104**

**Spokane Valley, WA 99216**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

**3.50**

Nonpriority creditor's name and mailing address

**Nunya Business, LLC**

**4788 Road M NE**

**Moses Lake, WA 98837**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$8,333.00

---

**3.51**

Nonpriority creditor's name and mailing address

**PCS Company**

**PO Box 77000**

**Detroit, MI 48277-1831**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$1,309.02

---

**3.52**

Nonpriority creditor's name and mailing address

**Perfect Fit 1 LLC - Seattle**

**12937 NE Airport Way**

**Portland, OR 97230**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$537.75

---

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:** Additional Page</td></tr>
</table>

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.99 |
|---|---|---|
| **Pinnacle Investigations** | ☐ Contingent | |
| **920 N Argonne Rd STE 200** | ☐ Unliquidated | |
| **Spokane Valley, WA 99212** | ☐ Disputed | |
| | **Basis for the claim:** Vendor/Supplier | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.44 |
|---|---|---|
| **Plastic Process Equipment** | ☐ Contingent | |
| **PO Box 670425** | ☐ Unliquidated | |
| **Northfield, OH 44067-0425** | ☐ Disputed | |
| | **Basis for the claim:** Vendor/Supplier | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,464.67 |
|---|---|---|
| **Ramp Credit Card** | ☐ Contingent | |
| **28 W 23rd St Floor 2** | ☐ Unliquidated | |
| **New York, NY 10010** | ☐ Disputed | |
| | **Basis for the claim:** Credit card | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,415.50 |
|---|---|---|
| **Randall Danskin** | ☐ Contingent | |
| **601 West 1st Ave Ste 800** | ☐ Unliquidated | |
| **Spokane, WA 99201** | ☐ Disputed | |
| | **Basis for the claim:** Vendor/Supplier | |
| Date or dates debt was incurred | Is the claim subject to offset? | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,140.32 |
|---|---|---|---|

**3.57**

Nonpriority creditor's name and mailing address

**Randy Watts**

**Address on file**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$6,140.32

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

---

**3.58**

Nonpriority creditor's name and mailing address

**RFSmart - Info & Computing Services, Inc.**

**3563 Philips Highway, Suite F-601**

**Jacksonville, FL 32207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$21,251.84

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

---

**3.59**

Nonpriority creditor's name and mailing address

**Royal Bag Inc**

**5501 New Utrecht Ave Suite 501**

**Brooklyn, NY 11219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$3,468.60

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

---

**3.60**

Nonpriority creditor's name and mailing address

**Royal Business Systems**

**2717 N Hogan St**

**Spokane Valley, WA 99207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$1,004.07

Date or dates debt was incurred
Last 4 digits of account number     __ __ __ __

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> **Additional Page**

**3.61** Nonpriority creditor's name and mailing address
**Shenzhen Chiheng Precision Co., LTD**

**201,Block A,ChangAnZhiGu,NO.199 of ShaJiangLu Songgang town, BaoAn District ShenZhen 518105 China**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$139,457.50

**3.62** Nonpriority creditor's name and mailing address
**Spire Industries LLC**

**3901 Franklin Ave**

**Western Springs, IL 60558**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

**3.63** Nonpriority creditor's name and mailing address
**Spokane Packaging**

**3808 N Sullivan Rd #21**

**Spokane, WA 99216**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$5,141.37

**3.64** Nonpriority creditor's name and mailing address
**SPS Commerce**

**PO Box 205782**

**Dallas, TX 75320**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$59.00

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white;">**Part 2:** Additional Page</td></tr>
</table>

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,634.00 |
|---|---|---|---|

**Stafast**

**12420 Clark Street**

**Sante Fe Springs, CA 90670**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,584.00 |
|---|---|---|---|

**StopBox**

**2818 N Sullivan Rd**

**Spokane Valley, WA 99216**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,123.49 |
|---|---|---|---|

**Tetiri, LLC**

**4300 W. Riverbend Ave.**

**Post Falls, ID 83854**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,119.97 |
|---|---|---|---|

**The Trade Group**

**2900 Genesis Way Suite 100**

**76051**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Tedder Industries, LLC**
Name

Case number *(if known)* **25-90805**

---

**Part 2:** Additional Page

---

**3.69** Nonpriority creditor's name and mailing address

**The Venetian Resort Las Vegas**

**201 Sands Ave**

**Las Vegas, NV 89169**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$2,934.03

---

**3.70** Nonpriority creditor's name and mailing address

**Truk TMS**

**Truk TMS 4412 W Riverbend Ave**

**Post Falls, ID 83854**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$41,676.21

---

**3.71** Nonpriority creditor's name and mailing address

**Uline**

**PO**
**ATTN: Accounts Receivable**

**Box 88741**

**Chicago, IL 60680-1741**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$5,707.45

---

**3.72** Nonpriority creditor's name and mailing address

**UPS Supply Chain Solutions**

**Lockbox 577**

**Carol Stream, IL 60132-0577**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping**

Is the claim subject to offset?
☑ No
☐ Yes

$505.21

---

| Debtor | **Tedder Industries, LLC** | Case number *(if known)* | **25-90805** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.73** Nonpriority creditor's name and mailing address

**Valley Professional Janitorial Inc.**

**PO Box 1966**

**Post Falls, ID 83854**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.74** Nonpriority creditor's name and mailing address

**VisiPak - Sinclair & Rush Co**

**PO Box 804957**

**Kansas City, MO 64180-4957**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$4,988.85

---

**3.75** Nonpriority creditor's name and mailing address

**Walter E Nelson Co**

**1017 N Bradley**

**Spokane, WA 99212**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$3,301.57

---

**3.76** Nonpriority creditor's name and mailing address

**Western Records Destruction**

**1990 So Cole Road**

**Boise, ID 83709**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$120.00

---

Debtor **Tedder Industries, LLC**
_____
Name

Case number *(if known)* **25-90805**

---

**Part 2:** Additional Page

---

| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,694.91 |
|---|---|---|---|
| | **Western Wire Products Co** | ☐ Contingent | |
| | **770 Sun Park Drive** | ☐ Unliquidated | |
| | **Fenton, MO 63026** | ☐ Disputed | |
| | | **Basis for the claim:** **Vendor/Supplier** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,761.00 |
|---|---|---|---|
| | **Willis Towers Watson Northeast, Inc.** | ☐ Contingent | |
| | **P.O. Box 4557** | ☐ Unliquidated | |
| | **New York, NY 10249-4557** | ☐ Disputed | |
| | | **Basis for the claim:** **Vendor/Supplier** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $404.35 |
|---|---|---|---|
| | **Wittmann USA, Inc.** | ☐ Contingent | |
| | **1 Technology Park Dr** | ☐ Unliquidated | |
| | **Torrington, CT 06790** | ☐ Disputed | |
| | | **Basis for the claim:** **Vendor/Supplier** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

Debtor    __Tedder Industries, LLC_____      Case number *(if known)* _____**25-90805**_____
                Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | __$655,626.57_____ |
| 5b.  **Total claims from Part 2** | 5b.  + | __$1,231,607.98_____ |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$1,887,234.55_____ |

Fill in this information to identify the case:

Debtor name **Tedder Industries, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **25-90805** Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | See attached Addendum | See attached Addendum |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# Schedule G Addendum

SCHEDULE G 1.2 - EXECUTORY CONTRACTS AND UNEXPIRED LEASES DATA WORKSHEET

| DEBTOR ENTITY NAME | TITLE OF CONTRACT | STATE WHAT THE CONTRACT OR LEASE IS FOR _type of lease/contract_ | NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING | COUNTERPARTY WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE NAME1 | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | NOTICE PARTY1 NAME1 | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tedder Industries LLC | Centre | IT Management Professional Services | Primary Party | Unknown | Centre Technologies | 16801 Greenspoint Park Drive | Suite 200 | Houston | TX | 77060 | | | | | |
| Tedder Industries LLC | Commercial Package - General Liability and Commercial Property | Insurance Policy | Primary Party | 7 months | Hartford Fire Insurance Company (The Hartford) | One Hartford Plaza | | Hartford | CT | 06155 | | | | | |
| Tedder Industries LLC | Commercial Automobile | Insurance Policy | Primary Party | 7 months | Trumbull Insurance Company (The Hartford) | One Hartford Plaza | | Hartford | CT | 06155 | | | | | |
| Tedder Industries LLC | Crime | Insurance Policy | Primary Party | 7 months | Federal Insurance Company (Chubb Group of Insurance Companies) | 202B Hall's Mill Road | | Whitehouse Station | NJ | 08889 | | | | | |
| Tedder Industries LLC | Crime Excess | Insurance Policy | Primary Party | 4 months | Axis Insurance | 1194 South Jordan Pkwy | STE D | South Jordan | UT | 840095 | | | | | |
| Tedder Industries LLC | Umbrella | Insurance Policy | Primary Party | 7 months | Hartford Casualty Insurance Company (The Hartford) | One Hartford Plaza | | Hartford | CT | 06155 | | | | | |
| Tedder Industries LLC | Cyber Liability | Insurance Policy | Primary Party | 7 months | Evanston Insurance Company | 10274 W. Higgins Road Suite 750 | | Rosemont | IL | 60018 | Markel Service, Incorporated | 4521 Highwoods Parkway | Glen Allen | VA | 23060 |
| Tedder Industries LLC | D&O | Insurance Policy | Primary Party | 4 months | Evanston Insurance Company | 10275 W. Higgins Road Suite 750 | | Rosemont | IL | 60018 | Markel Service, Incorporated | 4521 Highwoods Parkway | Glen Allen | VA | 23060 |
| Tedder Industries LLC | Marine Cargo and Inland Transit | Insurance Policy | Primary Party | 4 months | The Continental Insurance Company (CNA) | 151 N. Franklin Street | | Chicago | IL | 60606 | | | | | |
| Tedder Industries LLC | Foreign Commercial Package | Insurance Policy | Primary Party | 7 months | Hartford Fire Insurance Company (The Hartford) | One Hartford Plaza | | Hartford | CT | 06155 | | | | | |
| Tedder Industries LLC | Oracle | Oracle - Netsuite ERP system | Primary Party | 30 months | Oracle America, Inc | 2300 Oracle Way | | Austin | TX | 78741 | | | | | |
| Tedder Industries LLC | Avalara | Tax Management Software | Primary Party | 2 months | Avalara, Inc. | 255 S. King St | | Seattle | WA | 98104 | | | | | |
| Tedder Industries LLC | RF Smart | Netsuite Plugin for Inventory Movement | Primary Party | Unknown | Info & Computing Services Inc | PO Box 638345 | | Cincinnati | OH | 45263 | | | | | |
| Tedder Industries LLC | Avita | Utilities | Primary Party | Unknown | | 1411 E Mission Ave | | Spokane | WA | 99252 | | | | | |
| Tedder Industries LLC | Nunya | Netsuite IT Consulting | Primary Party | Unknown | | 4788 Road M NE | | Moses Lake | WA | 98837 | | | | | |
| Tedder Industries LLC | Celigo | Netsuite Integrator | Primary Party | Unknown | | 3 Lagoon Dr | Suite 130 | Redwood City | CA | 94065 | | | | | |
| Tedder Industries LLC | Shopify Plus Agreement | Website Payment & Transaction Platform | Primary Party | 5 months | Shopify Inc | 151 O'Connor St | Ground Floor | Ottawa | Ontario, Canada | K2P 2L8 | | | | | |
| Tedder Industries LLC | Effective Fitness Combatives (EFC) | | Primary Party | Unknown | | 119 Fort Schools Rd | | Woodruff | SC | 29388 | | | | | |
| Tedder Industries LLC | Gorgias | (Jax may have new contract? Carri not Cced) | Primary Party | Unknown | | 180 Sansome Street | Suite 1800 | San Francisco | CA | 94104 | | | | | |
| Tedder Industries LLC | Loop Order Form | Automated product return and exchange capability | Primary Party | 4 months | Xariable Inc | PO Box 16250 | | Columbus | OH | 43216 | | | | | |
| Tedder Industries LLC | Affiliate Network Agreement | Provision of Affiliate Network Services | Primary Party | 11 months(?) - need launch date of services | Avant Marketing Group | 1922 Prospector Ave | | Park City | UT | 84060 | | | | | |
| Tedder Industries LLC | Expertvoice Advertising | Marketing and Cross Training Platform | Primary Party | Unknown | | PO Box 671382 | | Dallas | TX | 75267 | | | | | |
| Tedder Industries LLC | Yotpo Order Form | Consumer Engagement Platform | Primary Party | 4 months | Yotpo Inc | PO Box 675335 | | Detroit | MI | 48267 | | | | | |
| Tedder Industries LLC | Sezzle Merchant Agreement | Payment Platform | Primary Party | 7 months | Sezzle Inc. | 700 Nicollet Mall | Suite 640 | Minneapolis | MN | 55402 | | | | | |
| Tedder Industries LLC | Ramp Order Form | Billing & Company Credit Card & Reimbursement Platform | Primary Party | 3 months | Ramp Business Corporation | 28 West 23rd Street | Floor 2 | New York | NY | 10010 | | | | | |
| Tedder Industries LLC | Maintenance Agreement | Copier/Printer Leases | Primary Party | 24 months | Royal Business Systems Inc | 2717 N Hogan St | | Spokane | WA | 99207 | | | | | |
| Tedder Industries LLC | Agreement | Copier/Printer Leases | Primary Party | 24 months | Great America Financial Services | 625 First Street SE | | Cedar Rapids | IA | 52401 | | | | | |
| Tedder Industries LLC | Order Schedule | Surfcam Traditional 3-Axis Software | Primary Party | 24 months | Hexagon Manufacturing Intelligence Inc | 250 Circuit Dr | | North Kingstown | RI | 02852 | | | | | |

Fill in this information to identify the case:

Debtor name __**Tedder Industries, LLC**_____

United States Bankruptcy Court for the: __**Southern**___ District of __**Texas**____
                                                                    (State)

Case number (If known): __**25-90805**_____

☐ Check if this is an
   amended filing

## Official Form 206H

# Schedule H: Codebtors                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Tedder Industries, LLC** | Case number (if known) | **25-90805** |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br><br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name      **Tedder Industries, LLC**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known):    **25-90805**    Chapter   **11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*......................................................................................     **$0.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*....................................................................................     **$44,263,164.10**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*......................................................................................     **$44,263,164.10**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................     **$24,605,270.49**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................     **$655,626.57**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................     **+    $1,231,607.98**

4. **Total liabilities**....................................................................................................................     **$26,492,505.04**

   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Tedder Industries, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>Southern District of Texas</strong></td></tr>
<tr><td>Case number (if known):</td><td><strong>25-90805</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/23/2026
　　　　　　　 MM/  DD/  YYYY

X /s/ Thomas Magrath
Signature of individual signing on behalf of debtor

Thomas Magrath
Printed name

President
Position or relationship to debtor