**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC, | Case No. 25-90805 (CML) |
| Debtor.[1] | Re: Docket No.  109 |

**NOTICE OF CURE COSTS AND POTENTIAL
ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On January 27, 2026, Tedder Industries, LLC, as debtor and debtor in possession in the above captioned chapter 11 case (the "***Debtor***") filed with the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***") a motion (Docket No. 99) (the "***Motion***") seeking, among other things, entry of an order (the "***Bidding Procedures Order***"):

a)  approving the proposed Bidding Procedures (the "***Bidding Procedures***") in connection with tone or more sales of substantially all of the Debtor's  assets and related contracts (collectively, the "***Assets***" and the sale thereof, the "***Sale Transaction***");

b)  authorizing the Debtor to designate a stalking horse bidder (a "***Stalking Horse Bidder***," and such bidder's bid, a "***Stalking Horse Bid***") and offer such bidder certain bid protections identified in the Motion (the "***Stalking Horse Bid Protections***");

c)  scheduling an Auction of the Assets and a hearing for the approval of the proposed Sale Transaction (the "***Sale Hearing***");

d)  authorizing and approving the form and manner of notice for sale of the Assets, the Auction, and the Sale Hearing;

e)  authorizing and approving the form and manner of notice to each non-Debtor counterparty to an executory contract or unexpired lease of non-residential real property of the Debtor (each, a "***Contract***") regarding the potential assumption and assignment of such Contracts and the amount necessary to cure any monetary defaults under such Contracts (the "***Cure Costs***");

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

f)  authorizing and approving procedures for the assumption or assumption and assignment of certain Contracts in connection with the Sale Transaction (collectively, the "***Assigned Contracts***") and the determination of Cure Costs with respect thereto;

g)  authorizing the Sale Transaction(s) including, but not limited to, the assumption and assignment of the Assigned Contracts; and

h)  granting related relief.

On February 4, 2026, the Bankruptcy Court entered the Bidding Procedures Order (Docket No. 109),[2] approving, among other things, the Bidding Procedures, which establish key dates and times relating to the Sale and the Auction. All interested bidders should carefully read the Bid Procedures Order and the Bid Procedures in their entirety.

## Cure Costs

In accordance with the Assumption and Assignment Procedures and the Bidding Procedures Order, the Debtor shall, in connection with a Sale Transaction with a Successful Bidder (as defined in the Bidding Procedures) at the Auction, assume and assign to the Successful Bidder (or its designated assignee, as applicable) certain contracts and leases of the Debtor.

Each of the contracts and leases that may potentially be assumed and assigned in connection with a Sale Transaction with a Successful Bidder and the Debtor's calculation of the Cure Costs with respect thereto are set forth on **Exhibit A** annexed hereto.

The inclusion of any contract or lease on **Exhibit A** does not constitute an admission that a particular contract or lease is an executory contract or unexpired lease within the meaning of the Bankruptcy Code or require or guarantee that such contract or lease ultimately will be assumed or assigned.  All rights of the Debtor and the counterparties with respect thereto are reserved.

Notwithstanding the inclusion of any lease or contract on **Exhibit A**, a Successful Bidder is not bound to accept assignment of such Contract and may amend the schedule of Assigned Contracts to remove any contract or lease to the extent provided in their purchase agreement with the Debtor.

If: (a) the Debtor identifies (i) additional contracts or leases to be assumed and assigned to a Successful Bidder, or (ii) modifications that need to be made to a proposed Cure Cost previously stated in the Assignment and Cure Notice; or (b) a Successful Bidder designates any additional contracts or leases not previously included on this Assignment and Cure Notice for assumption and assignment, the Debtor shall file with the Court and serve by first class mail on the applicable Contract Counterparty a supplemental Assignment and Cure Notice (a "***Supplemental Cure Notice***").

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures or the Bidding Procedures Order, as applicable.

**Adequate Assurance Objections**

Objections, if any, to the proposed assumption and assignment of a Contract identified on **Exhibit A** based on the Stalking Horse Bidder's or Successful Bidder's (a) ability to provide adequate assurance of future performance or (b) the proposed form of adequate assurance of future performance with respect to such Assigned Contract (each, an "*Adequate Assurance Objection*"), must:  (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and, to the extent applicable, provide proposed language that, if accepted and incorporated by the Debtor, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Local Rules; and (v) be filed with the Court by the following deadlines:

a)  with respect to the assumption and assignment to a Stalking Horse Bidder of any proposed Assigned Contract that was identified in and noticed pursuant to the Cure Notice (each, an "*Initial Adequate Assurance Objection Deadline*"), the earlier of (i) 14 days following service of the Notice of Stalking Horse Bidder and (ii) the Successful Bidder Adequate Assurance Objection Deadline (as defined below); and

b)  **March 30, 2026,** at 4:00 p.m. (prevailing Central Time) with respect to the assumption and assignment (a) to a Successful Bidder of any proposed Assigned Contract or Contract that later may be designated by a Successful Bidder for assumption and assignment, that was only identified and noticed pursuant to the Notice of Auction Results, and (b) to a Stalking Horse Bidder of any proposed Assigned Contract that was only identified in and noticed pursuant to a Supplemental Cure Notice (each, an "*Additional Adequate Assurance Objection Deadline*," and together with the Initial Adequate Assurance Objection Deadlines, the "*Adequate Assurance Objection Deadlines*").[3]

**Cure Objections**

Objections, if any, to any proposed Cure Costs (each, a "*Cure Objection*," and together with the Adequate Assurance Objections, the "*Contract Objections*") with respect to the Contracts identified on **Exhibit A** must:  (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and, to the extent applicable, provide proposed language that, if accepted and incorporated by the Debtor, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Local Rules; and (v) be filed with the Court and served on the Objection Notice Parties by **February 23, 2026** (the "*Cure Objection Deadline*").

---

[3] Or such earlier or later date designated by the Debtor after consultation with the Consultation Parties.

Any Cure Objection with respect to Cure Costs set forth in a Supplemental Cure Notice must be filed within seven (7) days of filing of that Supplemental Cure Notice.

**IF NO TIMELY CONTRACT OBJECTION IS FILED WITH RESPECT TO AN ASSIGNED CONTRACT OR A SUCCESSFUL BIDDER: (I) THE CONTRACT COUNTERPARTY TO SUCH PROPOSED ASSIGNED CONTRACT SHALL BE DEEMED TO HAVE CONSENTED TO THE ASSUMPTION BY THE DEBTOR AND ASSIGNMENT TO THE SUCCESSFUL BIDDER, AS APPLICABLE, OF THE ASSIGNED CONTRACT, AND BE FOREVER BARRED FROM ASSERTING ANY OBJECTION WITH REGARD TO SUCH ASSUMPTION AND ASSIGNMENT (INCLUDING, WITHOUT LIMITATION, WITH RESPECT TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY THE SUCCESSFUL BIDDER OR BIDDERS); (II) ANY AND ALL DEFAULTS UNDER THE ASSIGNED CONTRACT AND ANY AND ALL PECUNIARY LOSSES RELATED THERETO SHALL BE DEEMED CURED AND COMPENSATED PURSUANT TO BANKRUPTCY CODE SECTION 365(B)(1)(A) AND UPON PAYMENT OF THE CURE COSTS SET FORTH IN THE CURE NOTICE FOR SUCH ASSIGNED CONTRACT; (III) THE DEBTOR WILL BE DEEMED TO HAVE PROVIDED ADEQUATE ASSURANCE OF FUTURE PERFORMANCE FOR SUCH ASSIGNED CONTRACT IN ACCORDANCE WITH SECTION 365(F)(2)(B) OF THE BANKRUPTCY CODE AND THE CONTRACT COUNTERPARTY SHALL FOREVER BE BARRED FROM ASSERTING AGAINST THE DEBTOR, ITS ESTATE, AND A SUCCESSFUL BIDDER, ANY ADDITIONAL OBLIGATION TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE; AND (IV) THE CONTRACT COUNTERPARTY SHALL BE FOREVER BARRED FROM ASSERTING ANY OTHER CLAIMS RELATED TO SUCH ASSIGNED CONTRACT AGAINST THE DEBTOR AND ITS ESTATE OR THE SUCCESSFUL BIDDER, OR ITS PROPERTY, THAT EXISTED PRIOR TO THE ENTRY OF THE ORDER RESOLVING SUCH CONTRACT OBJECTION AND ANY SALE ORDER.**

### Sale Hearings

The Debtor will seek to assume and assign the Assigned Contracts at the hearings to approve the Sale Transaction.  Unless the Debtor files and serves a revised notice, the hearing to approve the Sale Transaction (the "*Sale Hearing*") shall be held on **April 1, 2026** (subject to the availability of the Court).[4]

Objections, if any, that cannot otherwise be resolved by the parties, will be heard either at a hearing scheduled prior to the Sale Hearing or the Sale Hearing, as determined by the Debtor in accordance with the Bidding Procedures Order.

### Additional Information

Copies of the Motion, the Bidding Procedures Order, and the Bidding Procedures may be obtained through the Court's ECF website.

---

[4] Or such earlier or later date designated by the Debtor after consultation with the Consultation Parties.

Dated:  February 11, 2026
          Ft. Worth Texas

/s/ Jeff P. Prostok
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vhh.law
          mary.stanberry@vhh.law

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vhh.law
          blake.glatstein@vhh.law

*Counsel to Debtor and Debtor-in-Possession*

**EXHIBIT A**

| TITLE OF CONTRACT | DESCRIPTION | COUNTERPARTY | ADDRESS | Proposed Cure Amount |
|---|---|---|---|---|
| Centre Technologies | IT Management Professional Services | Centre Technologies | 16801 Greenspoint Park Drive, Suite 200, Houston, TX 77060 | $16,880.00 |
| Centre Technologies | Hosted Services | Centre Technologies | 16801 Greenspoint Park Drive, Suite 200, Houston, TX 77060 | $637.66 |
| Commercial Package - General Liablity and Commercial Property | Insurance Policy | Hartford Fire Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Commercial Automobile Insurance | Insurance Policy | Trumbull Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Crime Insurance | Insurance Policy | Federal Insurance Company (Chubb Group of Insurance Companies) | 202B Hall's Mill Road, Whitehouse Station,  New Jersey, 08889 | $0.00 |
| Crime Excess Insurance | Insurance Policy | Axis Insurance | 1194 South Jordan Pkwy, Ste D, South Jordan, UT 840095 | $0.00 |
| Umbrella Insurance | Insurance Policy | Hartford Casualty Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Cyber Liability Insurance | Insurance Policy | Evanston Insurance Company | 10274 W. Higgins Road Suite 750, Rosemont, IL 60018 | $0.00 |
| D&O Insurance | Insurance Policy | Evanston Insurance Company | 10274 W. Higgins Road Suite 750, Rosemont, IL 60018 | $0.00 |
| The Continental Insurance Company (CNA) | Insurance Policy | The Continental Insurance Company (CNA) | 151 N. Franklin Street, Chicago, IL 60606 | $0.00 |
| Hartford Fire Insurance Company (The Hartford) | Insurance Policy | Hartford Fire Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Oracle America, Inc | Oracle - Netsuite ERP system | Oracle America, Inc | 2300 Oracle Way, Austin, TX 78741 | $0.00 |
| Avalara, Inc. | Tax Management Software | Avalara, Inc. | 255 S. King St, Seattle, WA 98104 | $0.00 |
| Info & Computing Services Inc | Netsuite Plugin for Inventory Movement | Info & Computing Services Inc | PO Box 638345, Cincinnati, OH 45263 | $0.00 |
| Nunya Business LLC. | Netsuite IT Consulting | Nunya Business LLC. | 4788 Road M NE, Moses Lake, WA 98837 | $30,027.00 |
| Celigo, Inc. | Netsuite Integrator | Celigo, Inc. | 3 Lagoon Dr, Ste 130, Redwood City, CA 94065 | $0.00 |
| Shopify Plus Agreement | Website Payment & Transaction Platform | Shopify Inc | 151 O'Connor St, Ground Floor, Ottawa, Ontario, Canada, K2P 2L8 | $0.00 |
| Effective Fitness Combatives (EFC) | Marketing & Advertising Partnership | Effective Fitness Combatives (EFC) | 119 Fort Schoals Rd, Woodruff, SC 29388 | $0.00 |
| Xariable Inc | Automated product return and exchange capability | Xariable Inc | PO Box 16250, Columbus, OH 43216 | $0.00 |
| Avant Marketing Group | Provision of Affiliate Network Services | Avant Marketing Group | 1922 Prospector Ave, Park City, UH 84060 | $0.00 |
| Yotpo Inc | Consumer Engagement Platform | Yotpo Inc | PO Box 675335, Detroit, MI 48267 | $0.00 |
| Sezzle Inc. | Payment Platform | Sezzle Inc. | 700 Nicollet Mall, Ste 640, Minneapolis, MN 55402 | $0.00 |
| Ramp Business Corporation | Billing & Company Credit Card & Reimbursement Platform | Ramp Business Corporation | 28 West 23rd Street, Floor 2, New York, NY 10010 | $0.00 |
| Royal Business Systems Inc | Maintenance for Leased Copier/Printer | Royal Business Systems Inc | 2717 N Hogan St, Spokane, WA 99207 | $0.00 |
| Great America Financial Services | Copier/Printer Leases | Great America Financial Services | 625 First Street SE, Cedar Rapids, IA 52401 | $0.00 |
| Hexagon Manufacturing Intelligence Inc | Surfcam Traditional 3-Axis Software | Hexagon Manufacturing Intelligence Inc | 250 Circuit Dr, North Kingstown, RI 02852 | $0.00 |
| Data Pro Solutions, Inc. | | Data Pro Solutions, Inc. | 6336 E Utah Ave, Spokane Valley, WA 99212 | $0.00 |
| Randy Watts | Patent Acquisition Agreement providing for assignment of TacStrap-related patents with ongoing payment and other continuing obligations. | Randy Watts | 1202 E 57th Ave, Spokane, WA 99223 | $0.00 |
| Insperity | Payroll Services | Insperity | 19001 Crescent Springs Dr., Kingwood, TX 77339 | $0.00 |