**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC, | Case No. 25-90805 (CML) |
| Debtor.[1] | Re: Docket Nos. 109, 118 |

**SUPPLEMENTAL NOTICE OF CURE COSTS AND
POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On February 4, 2026, the Court entered its O*rder (I) Approving Bidding Procedures, (II) Scheduling a Bid Deadline, Auction, and Sale Hearing and Approving the Form and Manner of Notice Thereof, (III) Approving Cure Procedures and the Form and Manner of Notice Thereof, (IV) Authorizing Designation of Stalking Horse Bidders, and (V) Granting Related Relief* [Docket No. 109] (the "**Bidding Procedures Order**"),[2] authorizing and approving procedures for the assumption or assumption and assignment of certain Contracts in connection with the Sale Transaction (collectively, the "**Assigned Contracts**") and the determination of Cure Costs with respect thereto.

On February 11, 2026, the Debtor filed (i) the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale* ("**Original Cure Notice**") [Docket No. 118] and (ii) the *Notice of Sale, Bidding Procedures, Potential Auction, and Sale Hearing* [Docket No. 117].

On March 13, 2026, the Debtor filed the *Notice of Adjournment of Sale-Related Deadlines* [Docket No. 125], adjourning the proposed Auction to take place on March 24, 2026.

On March 19, 2026, the Debtor filed the *Notice of Designation of Stalking Horse Bidder* [Docket No. 128].

Pursuant to the Bid Procedures Order, the Debtor hereby files this *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale* (the "**Supplemental Cure Notice**"), attached hereto as **Exhibit A**. Attached as **Exhibit B** is a full list of executory contracts that may be

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order or the Bidding Procedures.

assumed and assigned by the Successful Bidder in accordance with the asset purchase agreement.

The inclusion of any contract or lease on **Exhibit A** does not constitute an admission that a particular contract or lease is an executory contract or unexpired lease within the meaning of the Bankruptcy Code or require or guarantee that such contract or lease ultimately will be assumed or assigned.  All rights of the Debtor and the counterparties with respect thereto are reserved.

Notwithstanding the inclusion of any lease or contract on **Exhibit A**, a Successful Bidder is not bound to accept assignment of such Contract and may amend the schedule of Assigned Contracts to remove any contract or lease to the extent provided in their purchase agreement with the Debtor.

If: (a) the Debtor identifies (i) additional contracts or leases to be assumed and assigned to a Successful Bidder, or (ii) modifications that need to be made to a proposed Cure Cost previously stated in the Assignment and Cure Notice; or (b) a Successful Bidder designates any additional contracts or leases not previously included on this Assignment and Cure Notice for assumption and assignment, the Debtor shall file with the Court and serve by first class mail on the applicable Contract Counterparty an additional supplemental Assignment and Cure Notice (a "**Second Supplemental Cure Notice**").

## Adequate Assurance Objections

Objections, if any, to the proposed assumption and assignment of a Contract identified on **Exhibit A** based on the Successful Bidder's (a) ability to provide adequate assurance of future performance or (b) the proposed form of adequate assurance of future performance with respect to such Assigned Contract (each, an "**Adequate Assurance Objection**"), must:  (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and, to the extent applicable, provide proposed language that, if accepted and incorporated by the Debtor, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Local Rules; and (v) be filed with the Court by **March 30, 2026 at 4:00 p.m. (prevailing Central Time)** (the "**Additional Adequate Assurance Objection Deadline**").[3]

## Cure Objections

Objections, if any, to any proposed Cure Costs (each, a "**Cure Objection**," and together with the Adequate Assurance Objections, the "**Contract Objections**") with respect to the Contracts identified on **Exhibit A** must: (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and, to the extent applicable, provide proposed language that, if accepted and incorporated by the Debtor, would obviate such objection; (iv) conform to the Bankruptcy Rules and the Local Rules; and (v) be filed with the Court and served on the Objection Notice Parties by

---

[3] Or such earlier or later date designated by the Debtor after consultation with the Consultation Parties.

**March 31, 2026, at 4:00 p.m. (prevailing Central Time)** (the "**Cure Objection Deadline**").

The Debtor may seek to assume and assign the Assigned Contracts at the hearing to approve the Sale Transaction.   Unless the Debtor files and serves a revised notice, the hearing to approve the Sale Transaction (the "**Sale Hearing**") shall be held on **April 1, 2026 at 1:00 p.m. (prevailing Central Time)**.

Objections, if any, that cannot otherwise be resolved by the parties, will be heard either at a hearing scheduled prior to the Sale Hearing or the Sale Hearing, as determined by the Debtor in accordance with the Bidding Procedures Order.

**Additional Information**

Copies of the Motion, the Bidding Procedures Order, and the Bidding Procedures may be obtained through the Court's ECF website.

Dated:  March 24, 2026
      Ft. Worth Texas

      */s/ Jeff P. Prostok*
      Jeff P. Prostok (State Bar No. 16352500)
      Mary Taylor Stanberry (State Bar No. 24143781)
      **VARTABEDIAN KATZ HESTER & HAYNES LLP**
      301 Commerce Street, Suite 2200
      Fort Worth, Texas 76102
      Telephone: (817) 214-4990
      Email: jeff.prostok@vkhh.com
           mary.stanberry@vkhh.com

      Candice M. Carson (State Bar No. 24074006)
      J. Blake Glatstein (State Bar No. 24123295)
      **VARTABEDIAN KATZ HESTER & HAYNES LLP**
      2200 Ross Avenue, Suite 4200W
      Dallas, Texas 75201
      Telephone: (469) 654-1340
      Email: candice.carson@vkhh.com
           blake.glatstein@vkhh.com

      *Counsel to Debtor and Debtor-in-Possession*

# EXHIBIT A

| TITLE OF CONTRACT | DESCRIPTION | COUNTERPARTY | ADDRESS | Proposed Cure Amount |
|---|---|---|---|---|
| RF Smart | Warehouse and Inventory Management System | RF Smart | 3563 Philips Highway, Suite F-601,Jacksonville, FL 32207 | $0.00 |
| The Trade Group | Trade Show Services | The Trade Group | 2900 Genesis Way, Suite 100, Grapevine, TX 76051 | $0.00 |
| Conrad Christopher Clarke | Confidential Settlement Agreement | Conrad Christopher Clarke | 224 Madison Ave. New York, NY 10016 | $0.00 |
| Dell | Settlement Agreement | Dell | One Dell Way, Round Rock, TX 78672 | $0.00 |
| Point Blank Enterprises | Patent License Agreement | Point Blank Enterprises | 2102 SW 2nd Street,Pompano Beach, FL 33069 | $0.00 |
| All Transferred Tedder Employees | Employee Noncompetition, Confidentiality, and Inventions Agreement | All Transferred Tedder Employees | 4411 W Riverbend Avenue, Post Falls, ID 83854 | $0.00 |
| Dunham's Sports | Advertising Co-Op Contract | Dunham's Sports | 5607 New King Drive, Suite 125,Troy, MI 48098 | $0.00 |
| Bass Pro Shops | Domestic Vendor Guide | Bass Pro Shops | 2500 E. Kearney Street, Springfield, MO 65898 | $0.00 |
| Sportsman's Warehouse | 2025 Vendor Terms Agreement | Sportsman's Warehouse | 1475 West 9000 South, Suite A, West Jordan, UT 84088 | $0.00 |
| Academy Sports + Outdoors | Vendor Trade Term Agreement (3.13.25) | Academy Sports + Outdoors | 1800 North Mason Road, Katy, TX 77449 | $0.00 |
| Academy Sports + Outdoors | Vendor Trade Term Agreement (3.11.24) | Academy Sports + Outdoors | 1801 North Mason Road, Katy, TX 77449 | $0.00 |
| Scheels All Sports, Inc. | Vendor Partner Agreement | Scheels All Sports, Inc. | 4550 15th Ave S, Fargo, ND 58103 | $0.00 |

# EXHIBIT B

| TITLE OF CONTRACT | DESCRIPTION | COUNTERPARTY | ADDRESS | Proposed Cure Amount |
|---|---|---|---|---|
| Centre Technologies | IT Management Professional Services | Centre Technologies | 16801 Greenspoint Park Drive, Suite 200, Houston, TX 77060 | $16,880.00 |
| Centre Technologies | Hosted Services | Centre Technologies | 16801 Greenspoint Park Drive, Suite 200, Houston, TX 77060 | $637.66 |
| Commercial Package - General Liablity and Commercial Property | Insurance Policy | Hartford Fire Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Commercial Automobile Insurance | Insurance Policy | Trumbull Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Crime Insurance | Insurance Policy | Federal Insurance Company (Chubb Group of Insurance Companies) | 202B Hall's Mill Road, Whitehouse Station, New Jersey, 08889 | $0.00 |
| Crime Excess Insurance | Insurance Policy | Axis Insurance | 1194 South Jordan Pkwy, Ste D, South Jordan, UT 840095 | $0.00 |
| Umbrella Insurance | Insurance Policy | Hartford Casualty Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Cyber Liability Insurance | Insurance Policy | Evanston Insurance Company | 10274 W. Higgins Road Suite 750, Rosemont, IL 60018 | $0.00 |
| D&O Insurance | Insurance Policy | Evanston Insurance Company | 10274 W. Higgins Road Suite 750, Rosemont, IL 60018 | $0.00 |
| The Continental Insurance Company (CNA) | Insurance Policy | The Continental Insurance Company (CNA) | 151 N. Franklin Street, Chicago, IL 60606 | $0.00 |
| Hartford Fire Insurance Company (The Hartford) | Insurance Policy | Hartford Fire Insurance Company (The Hartford) | One Hartford Plaza, Hartford, CT, 06155 | $0.00 |
| Oracle America, Inc | Oracle - Netsuite ERP system | Oracle America, Inc | 2300 Oracle Way, Austin, TX 78741 | $0.00 |
| Avalara, Inc. | Tax Management Software | Avalara, Inc. | 255 S. King St, Seattle, WA 98104 | $0.00 |
| Info & Computing Services Inc | Netsuite Plugin for Inventory Movement | Info & Computing Services Inc | PO Box 638345, Cincinnati, OH 45263 | $0.00 |
| RF Smart | Warehouse and Inventory Management System | RF Smart | 3563 Philips Highway, Suite F-601,Jacksonville, FL 32207 | $0.00 |
| The Trade Group | Trade Show Services | The Trade Group | 2900 Genesis Way, Suite 100, Grapevine, TX 76051 | $0.00 |
| Conrad Christopher Clarke | Confidential Settlement Agreement | Conrad Christopher Clarke | 224 Madison Ave. New York, NY 10016 | $0.00 |
| Dell | Settlement Agreement | Dell | One Dell Way, Round Rock, TX 78672 | $0.00 |
| Point Blank Enterprises | Patent License Agreement | Point Blank Enterprises | 2102 SW 2nd Street,Pompano Beach, FL 33069 | $0.00 |
| All Transferred Tedder Employees | Employee Noncompetition, Confidentiality, and Inventions Agreement | All Transferred Tedder Employees | 4411 W Riverbend Avenue, Post Falls, ID 83854 | $0.00 |
| Dunham's Sports | Advertising Co-Op Contract | Dunham's Sports | 5607 New King Drive, Suite 125,Troy, MI 48098 | $0.00 |
| Bass Pro Shops | Domestic Vendor Guide | Bass Pro Shops | 2500 E. Kearney Street, Springfield, MO 65898 | $0.00 |
| Sportsman's Warehouse | 2025 Vendor Terms Agreement | Sportsman's Warehouse | 1475 West 9000 South, Suite A, West Jordan, UT 84088 | $0.00 |
| Academy Sports + Outdoors | Vendor Trade Term Agreement (3.13.25) | Academy Sports + Outdoors | 1800 North Mason Road, Katy, TX 77449 | $0.00 |
| Academy Sports + Outdoors | Vendor Trade Term Agreement (3.11.24) | Academy Sports + Outdoors | 1801 North Mason Road, Katy, TX 77449 | $0.00 |
| Scheels All Sports, Inc. | Vendor Partner Agreement | Scheels All Sports, Inc. | 4550 15th Ave S, Fargo, ND 58103 | $0.00 |
| Nunya Business LLC. | Netsuite IT Consulting | Nunya Business LLC. | 4788 Road M NE, Moses Lake, WA 98837 | $30,027.00 |
| Celigo, Inc. | Netsuite Integrator | Celigo, Inc. | 3 Lagoon Dr, Ste 130, Redwood City, CA 94065 | $0.00 |
| Shopify Plus Agreement | Website Payment & Transaction Platform | Shopify Inc | 151 O'Connor St, Ground Floor, Ottawa, Ontario, Canada, K2P 2L8 | $0.00 |
| Effective Fitness Combatives (EFC) | Marketing & Advertising Partnership | Effective Fitness Combatives (EFC) | 119 Fort Schoals Rd, Woodruff, SC 29388 | $0.00 |
| Xariable Inc | Automated product return and exchange capability | Xariable Inc (d/b/a Loop) | PO Box 16250, Columbus, OH 43216 | $0.00 |
| Avant Marketing Group | Provision of Affiliate Network Services | Avant Marketing Group | 1922 Prospector Ave, Park City, UH 84060 | $0.00 |
| Sezzle Inc. | Payment Platform | Sezzle Inc. | 700 Nicollet Mall, Ste 640, Minneapolis, MN 55402 | $0.00 |
| Ramp Business Corporation | Billing & Company Credit Card & Reimbursement Platform | Ramp Business Corporation | 28 West 23rd Street, Floor 2, New York, NY 10010 | $0.00 |
| Royal Business Systems Inc | Maintenance for Leased Copier/Printer | Royal Business Systems Inc | 2717 N Hogan St, Spokane, WA 99207 | $0.00 |
| Great America Financial Services | Copier/Printer Leases | Great America Financial Services | 625 First Street SE, Cedar Rapids, IA 52401 | $0.00 |
| Hexagon Manufacturing Intelligence Inc | Surfcam Traditional 3-Axis Software | Hexagon Manufacturing Intelligence Inc | 250 Circuit Dr, North Kingstown, RI 02852 | $0.00 |
| Data Pro Solutions, Inc. | | Data Pro Solutions, Inc. | 6336 E Utah Ave, Spokane Valley, WA 99212 | $0.00 |
| Insperity | Payroll Services | Insperity | 19001 Crescent Springs Dr., Kingwood, TX 77339 | $0.00 |