**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**DEBTOR'S AGENDA OF MATTERS
SET FOR EMERGENCY HEARING ON APRIL 21, 2026**

Tedder Industries, LLC, as debtor and debtor in possession (the "**_Debtor_**") in the above-captioned chapter 11 case, by its undersigned counsel, presents this Agenda of Matters Set for Emergency Hearing on **April 21, 2026, at 1:00 p.m. (prevailing Central Time)** (the "**_Hearing_**") before the Honorable United States Bankruptcy Judge Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 402, 515 Rusk Avenue, Houston, Texas 77002.

1. **EMERGENCY REJECTION PROCEDURES MOTION**

    _Debtor's Emergency Motion for Entry of an Order (I) Approving Procedures for the Rejection of Certain Executory Contracts and (II) Granting Related Relief_ [Docket No. 161].

    Status:  Going forward.

    Related Documents:

    a. _Notice of Emergency Hearing_ [Docket No. 162]; and

    b. _Certificate of Service_ [Docket No. 163].

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

1

Dated: April 20, 2026         Respectfully submitted,

*/s/ Jeff P. Prostok*

Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
       mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
       blake.glatstein@vkhh.com

*Counsel to Debtor and Debtor-in-Possession*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.

*/s/ Jeff P. Prostok*
Jeff P. Prostok