Electronic Appearance Sheet

Todd Smallwood, Pro Se, None, Pro Se
Client(s): Employee relative

Isaac Sasson, Paul Hastings LLP
Client(s): Safariland, LLC

Jeff Prostok, Vartabedian Katz Hester and Haynes LLP
Client(s): Tedder Industries, LLC

Candice Carson, Vartabedian Katz Hester and Haynes LLP
Client(s): Tedder Industries LLC

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Main Street Capital Corporation

Timothy Million, Husch Blackwell LLP
Client(s): WSM Manufacturing, LLC

Ross Travis, USDOJ
Client(s): US Trustee

Joanna Caytas, Porter Hedges LLP
Client(s): Main Street

Mary Taylor Stanberry, Vartabedian Katz Hester & Haynes LLP
Client(s): Tedder Industries, LLC

Candice Carson, Vartabedian Katz Hester & Haynes LLP
Client(s): Tedder Industries, LLC