**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**DEBTOR'S AGENDA FOR EMERGENCY HEARING ON JULY 27, 2026**

Tedder Industries, LLC, as debtor and debtor in possession (the "***Debtor***") in the above-captioned chapter 11 case, by its undersigned counsel, presents this Agenda for Emergency Hearing on **July 27, 2026, at 11:00 a.m. (prevailing Central Time)** (the "***Hearing***") before the Honorable United States Bankruptcy Judge Christopher M. Lopez at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 402, 515 Rusk Avenue, Houston, Texas 77002.

1. **EMERGENCY MOTION FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT**

   *Debtor's Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Packages, (III) Scheduling a Combined Hearing, (IV) Establishing Procedures for Objecting to the Plan and Final Approval of the Disclosure Statement, (V) Approving the Form, Manner, and Sufficiency of Notice of the Combined Hearing, and (V) Granting Related Relief* [Docket No. 186].

   Status:  Going forward.

   Related Documents:

   a. *Combined Disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 185]; and

   b. *Notice of Emergency Hearing* [Docket No. 189].

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

Dated: July 24, 2026

Respectfully submitted,

*/s/ Candice M. Carson*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
          mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
          blake.glatstein@vkhh.com

*Counsel to Debtor and Debtor-in-Possession*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on July 24, 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.

<u>*/s/ Candice M. Carson*</u>
Candice M. Carson