**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**DEBTOR'S WITNESS AND EXHIBIT LIST IN CONNECTION
WITH THE EMERGENCY HEARING SET FOR JULY 27, 2026**

Tedder Industries, LLC, as debtor and debtor in possession (the "***Debtor***"), by its undersigned counsel, presents this Witness and Exhibit List in connection with the emergency hearing scheduled for **July 27, 2026, at 11:00 a.m.** prevailing Central Time on *Debtor's Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Packages, (III) Scheduling a Combined Hearing, (IV) Establishing Procedures for Objecting to the Plan and Final Approval of the Disclosure Statement, (V) Approving the Form, Manner, and Sufficiency of Notice of the Combined Hearing, and (V) Granting Related Relief* [Docket No. 186].

**WITNESSES**

1. Any witness designated or called by any other party;

2. Any witnesses necessary to establish that notice of hearing has been provided;

3. Any impeachment or rebuttal witness; and

4. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

## EXHIBITS

| Tab | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Any exhibits designated by any other party | | | |
| 2. | Any rebuttal exhibits | | | |
| 3. | Any pleadings, reports, or other documents filed in the above-referenced bankruptcy case and any adversary or appeal related to the foregoing bankruptcy case, and any transcripts in any such case. | | | |

Debtor reserves the right to amend or supplement this Witness and Exhibit List.

Dated: July 24, 2026

Respectfully submitted,

*/s/ Candice M. Carson*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
         mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
         blake.glatstein@vkhh.com

*Proposed Counsel to Debtor and Debtor-in-Possession*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 24 2026, a true and correct copy of the foregoing was served via the Court's Electronic Notification (ECF) system.


/s/ *Candice M. Carson*
Candice M. Carson