**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| TEDDER INDUSTRIES, LLC,[1] | § | Case No. 25-90805 (CML) |
| | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Debtor's First Omnibus Objection to Duplicate Claims (Claim Nos. 6, 7 and 12)* [Docket No. 202] has been set for **September 22, 2026, at 11:00 a.m**. **(prevailing Central Time)** (the "*Hearing*") before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Courtroom 402, 4th floor, Houston, Texas 77002.

You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Bankruptcy Court's dial-in facility. You may access the facility by Dial-in Telephone No: 832-917-1510 and entering the Conference Code 590153. Video Participation will be by use of the GoToMeeting Platform. Connect via GoToMeeting Application or click the link on Judge Lopez's home page (https://www.gotomeet.me/JudgeLopez) on the Southern District of Texas website. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

1 The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W. Riverbend Ave., Post Falls, ID 83854-8150.

Dated:  August 14, 2026

Respectfully submitted,

*/s/ Candice Carson*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER &**
**HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
         mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER &**
**HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
         blake.glatstein@vkhh.com


*Counsel to Debtor and*
*Debtor-in-Possession*

2

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026, a true and correct copy of the foregoing was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this case and by first-class United States mail, postage prepaid, on the following:

| **Ai Tax Solution** | **Arden Silverman** | **John M. Kalajian** |
|---|---|---|
| 18653 Ventura Blvd., Suite 107 | **d/b/a Capital Asset Protection** | **Law Office of John M. Kalajian** |
| Tarzana, CA 91356 | 23679 Calabasas Rd., #677 | P.O. Box 1690 |
| | Calabasas, CA 91302 | Simi Valley, CA 93062 |

*Counsel for Arden Silverman*