**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | § | |
| | § | Case No. 25-90805 (CML) |
| *Debtor.* | § | |
| | § | |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO THE COMBINED
DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF TEDDER
INDUSTRIES, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on July 27, 2026, Tedder Industries, LLC, as debtor and debtor-in-possession in the above-styled case (the "**Debtor**"), filed the *Combined Disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 194] ((as may be amended, supplemented, or otherwise modified from time to time, the "**Plan**," "**Disclosure Statement**," or "**Plan and Disclosure Statement**," as applicable),[2] pursuant to sections 1125 and 1126 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas..

**PLEASE TAKE FURTHER NOTICE** that as contemplated by the Plan and Disclosure Statement, the Debtors may file one or more Plan Supplements. The Plan Supplement, as defined in the Plan, means the compilation of documents and/or forms of documents, agreements, schedules, and exhibits to the Plan that will be filed by the Debtor with the Bankruptcy Court in advance of Confirmation, and all schedules, exhibits, ballots, solicitation procedures, and other documents and instruments related thereto, as may be amended, supplemented, or modified from

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan and Disclosure Statement.

1

time to time.

**PLEASE TAKE FURTHER NOTICE** that this Plan Supplement includes the following document (as may be amended, modified, or supplemented from time to time in accordance with the Plan and Disclosure Statement):

| Exhibit | Document |
|---------|----------|
| A | Schedule of Assumed Executory Contracts and Unexpired Leases |

**PLEASE TAKE FURTHER NOTICE** that the documents and other information contained in the Plan Supplement are not final and therefore may be modified, amended, or supplemented from time to time.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement shall be deemed incorporated into and part of the Plan and Disclosure Statement as if set forth therein in full. The documents contained in the Plan Supplement are integral to, and are considered part of, the Plan and Disclosure Statement. If the Plan and Disclosure Statement is approved, the documents contained in the Plan Supplement shall also be approved pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek confirmation of the Plan and final approval of the Disclosure Statement the Confirmation Hearing to be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in Courtroom 402, 4th floor, 515 Rusk, Houston, Texas, 77002 on September 8, 2026, at 1:00 p.m. (prevailing Central Time). The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtor without further notice other than by a Court announcement providing for such adjournment or continuation on its agenda. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Revised Plan and Disclosure

Statement are available for a fee via PACER at https://ecf.txsb.uscourts.gov/.

Dated: August 14, 2026                    Respectfully submitted,

*/s/ Candice M. Carson*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
          mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
          blake.glatstein@vkhh.com

*COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION*

**Exhibit A**

**Schedule of Assumed Executory Contracts and Unexpired Leases**

| TITLE OF CONTRACT | DESCRIPTION | COUNTERPARTY | ADDRESS | Proposed Cure Amount |
|---|---|---|---|---|
| Insurance Policy | Runoff 6-year wind down insurance policy | AON  Risk Services / Evanston Insurance Company | AON Risk Services Northeast, Inc. One Liberty Plaza 155 Broadway, Suite 3201 New York, NY 10006 | $0.00 |
| Insurance Policy | Commercial Automobile | Willis Towers Watson Insurance Services West, Inc. / Trumbull Insurance Company (The Hartford) | Willis Towers Watson Insurance Services West, Inc. P.O. Box 731739 Dallas, TX 75373-1739 | $0.00 |
| Insurance Policy | Umbrella | Willis Towers Watson Insurance Services West, Inc. / Hartford Casualty Insurance Company (The Hartford) | Willis Towers Watson Insurance Services West, Inc. P.O. Box 731739 Dallas, TX 75373-1739 | $0.00 |
| Insurance Policy | Cyber Liability | Willis Towers Watson Insurance Services West, Inc./ Evanston Insurance Company | Willis Towers Watson Insurance Services West, Inc. P.O. Box 731739 Dallas, TX 75373-1739 | $0.00 |
| Insurance Policy | Foreign Commercial Package | Willis Towers Watson Insurance Services West, Inc. / Hartford Fire Insurance Company (The Hartford) | Willis Towers Watson Insurance Services West, Inc. P.O. Box 731739 Dallas, TX 75373-1739 | $0.00 |
| Consulting Agreement | Consulting Agreement for TSA Services post sale closing | Tommy Magrath | 4411 W Riverbend Avenue Post Falls, ID 83854 | $0 |
| Consulting Agreement | Consulting Agreement for services as a Chief Administrative Officer | Kevin Dooley | Dooley Consulting, LLC 2312 Bevis St. Houston, TX 77008 | $0.00 |