**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**TABULATION AND CERTIFICATION OF BALLOTS IN CONNECTION WITH CONFIRMATION OF THE DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF TEDDER INDUSTRIES, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Tedder Industries, LLC (the "**Debtor**"), as debtor and debtor-in-possession in the above-styled bankruptcy case, files this Ballot Tabulation and Certification in connection with the *Debtor's Combined Disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code.* [Docket No. 194] (the "**Plan**").[2]

1. Attached hereto as **Exhibit A** is the *Declaration of Kristina Hartogh* (the "**Solicitation Agent**") certifying the Ballots received prior to the voting deadline in relation to the Plan (the "**Declaration**"). A summary of all Ballots (the "**Ballot Summary**") received by the Balloting Agent for each Debtor is attached to the Declaration as **Exhibit 1**.

2. Counsel for the Debtor has prepared the Ballot Tabulations for the Debtor attached hereto as **Exhibit B**, **Exhibit C**, and **Exhibit D**, which tabulate the Ballots indicated on the Ballot Summary according to Claim amount. In preparing the Ballot Tabulations, the following methodology was used:

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Plan.

a. The Claim amount for any Ballot based on a claim that has been allowed or disallowed by Court Order is based on the Claim amount as provided in such Order.

b. Except as provided in subparagraph (a) hereof, Claim amounts for each Ballot are based on amounts provided in the Debtor's Schedules, unless a Proof of Claim has been filed, in which case, the amount indicated in such creditor's Proof of Claim has been used.

c. If a Ballot was amended prior to the voting deadline, the amended Ballot has been used for voting purposes.

d. Ballots that are duplicates of prior Ballots or which were subsequently amended prior to the voting deadline have been disregarded.

e. If a timely Ballot was later changed to an accepting vote, the original receipt date was used.

3. A summary of the Ballot Tabulations of the Ballots received as to each of the voting Classes under the Plan is reflected below:

| **CLASS** | **TOTAL BALLOTS COUNTED** | | | |
|---|---|---|---|---|
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| **Class 1**<br>**Other Priority Claims** | Non-voting class | | | |
| **Class 2**<br>**Secured Lender Claim** | $25,050,000.00<br>100% | 1<br>100% | $0.00<br>0.00% | $0.00<br>0.00% |
| **Class 3**<br>**General Unsecured Claims** | $<br>100% | 4<br>100% | $0.00<br>0.00% | $0.00<br>0.00% |
| **Class 4**<br>**Watts Claim** | $1,458,000.00<br>100% | 1<br>100% | $0.00<br>0.00% | $0.00<br>0.00% |
| **Class 5**<br>**Existing Interests** | Non-voting class | | | |

4. Impaired Classes 2, 3, and 4 have accepted the Plan.

5. Classes 1 and 5 are unimpaired and not entitled to vote on the Plan.

Dated: August 31, 2026

Respectfully submitted,

*<u>/s/ Candice Carson</u>*
Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
blake.glatstein@vkhh.com

Counsel to Debtor and
Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the parties receiving ECF Electronic Notice on August 31, 2026.

*/s/ Candice Carson*
Candice Carson

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>TEDDER INDUSTRIES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-90805 (CML) |

**DECLARATION OF KRISTINA HARTOGH, SOLICITATION AGENT, REGARDING BALLOTS RECEIVED IN CONNECTION WITH THE COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF TEDDER INDUSTRIES, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Kristina Hartogh makes the following Declaration regarding the ballots received in connection with the *Combined Disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 194] (the "**Plan**").[2]

1. "My name is Kristina Hartogh. I am over the age of eighteen (18) years, and I am competent to make this declaration.

*2.* I am employed as a paralegal with the law firm of Vartabedian Katz Hester & Haynes LLP, 301 Commerce Street, Suite 2200, Fort Worth, Texas 76102 (the "**Firm**"). In the scope of my employment, I acted as Solicitation Agent for the Ballots received from creditors of the bankruptcy estate of Tedder Industries, LLC (the "**Debtor**") in connection with the Plan in the above-referenced Chapter 11 bankruptcy case. I am authorized to submit this Declaration on behalf of the Firm. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

[2] Capitalized terms used herein but undefined have the meaning provided for in the Plan or Solicitation Order (defined below) as applicable.

3. Pursuant to the Or*der (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (II) Conditionally Approving Disclosure Statement and Form and Manner of Notice of Conditional Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (IV) Approving the Forms of Ballots and Notices in Connection Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief*, entered on July 29, 2026 [Docket No. 197] (the "**Solicitation Order**") the Firm as appointed and authorized to assist the Debtor with, among other things, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast in connection with the Plan by Holders of Claims in the Voting Classes (defined below).

4. As set forth in the Solicitation Order, the Court set **July 27, 2026**, as the record date for determining the of Claims in Class 2 (Secured Lender Claim), Class 3 (General Unsecured Claims), and Class 4 (Watts Claim) (together, the "**Voting Classes**").

5. Additionally, in accordance with the Solicitation Order, the Debtor did not solicit votes from the Holders of Other Priority Claims (Class 1) or Existing Interests (Class 5) that were presumed to accept the Plan.

6. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Order (the "**Solicitation Procedures**"). I was instructed by the Debtor to solicit, review, determine the validity of, and tabulate Ballots submitted with respect to the Plan by the Holders of Claims in the Voting Classes in accordance with the Solicitation Procedures.

7. I received each and every Ballot submitted by mail, fax, electronic mail, overnight delivery, or hand delivery, and each such Ballot has been in my care, custody and control since its receipt. Upon my receipt of each Ballot, I numbered the Ballot and recorded it on a Schedule of

Ballots Received. Attached hereto as **Exhibit 1** is a true and correct accounting of all Ballots received by me from creditors of the Debtor.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED August 31, 2026.

Kristina Hartogh
Kristina Hartogh

**EXHIBIT 1**

| Debtor | Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | POC Amount | Opt Out |
|---|---|---|---|---|---|---|---|---|---|
| Tedder Industries, LLC | 1 | 8/13/2026 | Axil Distribution Company | ☑ | | 3 | $887.80 | $887.80 | ☐ |
| Tedder Industries, LLC | 2 | 8/20/2026 | Randy Watts | ☑ | | 4 | $1,432,174.54 | $1,432,174.54 | ☑ |
| Tedder Industries, LLC | 3 | 8/22/2026 | Stafast Product Inc. | ☑ | | 3 | $1,634.00 | $1,634.00 | ☐ |
| Tedder Industries, LLC | 4 | 8/24/2026 | Arden Silverman DBA Capital Asset Protection | ☑ | | 3 | $1,458,000.00 | $- | ☑ |
| Tedder Industries, LLC | 5 | 8/24/2026 | Snowball 5.0 dba Alternative Molding Concepts | ☑ | | 3 | $12,268.57 | $12,268.57 | ☑ |
| Tedder Industries, LLC | 6 | 8/31/2026 | Main Street Capital Corporation | ☑ | | 2 | $25,050,000.00 | $25,050,000.00 | ☐ |
| | | | Total: | 6 | | | Total: | $26,496,964.91 | |

# Exhibit B

*In re: Tedder Industries, LLC*

**Exhibit B**

**Class 2 Ballots**

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | POC Amount | Allowed Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/31/2026 | Main Street Capital Corporation | X | | 2 | $25,050,000.00 | $25,050,000.00 | $25,050,000.00 |

| | $ Ballots | % | No. Ballots | % |
|---|---|---|---|---|
| Accept | $25,050,000.00 | 100.00% | 1 | 100.00% |
| Reject | $0.00 | 0.00% | 0 | 0.00% |
| **TOTALS** | $25,050,000.00 | **100.00%** | **1** | **100.00%** |

# **Exhibit C**

***In re: Tedder Industries, LLC***

**Exhibit C**

**Class 3 Ballots**

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | POC Amount | Allowed Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/13/2026 | Axil Distribution Company | X | | 3 | $887.80 | $887.80 | $887.80 |
| 3 | 8/22/2026 | Stafast Product Inc. | X | | 3 | $1,634.00 | NA | $1,634.00 |
| 4 | 8/24/2026 | Arden Silverman DBA Capital Asset Protection | X | | 3 | $1,458,000.00 | $1,458,000.00 | $ |
| 5 | 8/24/2026 | Snowball 5.0 dba Alternative Molding Concepts | X | | 3 | $12,268.57 | $12,268.57 | $12,268.57 |

| | **$ Ballots** | **%** | **No. Ballots** | **%** |
|---|---|---|---|---|
| Accept | $.00 | 100.00% | 4 | 100.00% |
| Reject | $0.00 | 0.00% | 0 | 0.00% |
| **TOTALS** | $.00 | **100.00%** | **4** | **100.00%** |

# Exhibit D

***In re: Tedder Industries, LLC***

**<u>Exhibit D</u>**

**Class 4 Ballots**

| Ballot No. | Date Received | Name | Accept | Reject | Class | Ballot Amount | POC Amount | Allowed Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | 8/20/2026 | Randy Watts | X | | 4 | $1,432,174.54 | $1,432,174.54 | $1,432,174.54 |

| | $ Ballots | % | No. Ballots | % |
|---|---|---|---|---|
| Accept | $1,432,174.54 | 100.00% | 4 | 100.00% |
| Reject | $0.00 | <u>0.00%</u> | <u>0</u> | <u>0.00%</u> |
| **TOTALS** | $1,432,174.54 | **100.00%** | **4** | **100.00%** |