**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | § | |
| | § | Case No. 25-90805 (CML) |
| *Debtor.* | § | |
| | § | |

**NOTICE OF FILING OF**
**AMENDED PLAN SUPPLEMENT TO THE COMBINED**
**DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF TEDDER**
**INDUSTRIES, LLC PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on July 27, 2026, Tedder Industries, LLC, as debtor and debtor-in-possession in the above-styled case (the "**Debtor**"), filed the *Combined Disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 194] ((as may be amended, supplemented, or otherwise modified from time to time, the "**Plan**," "**Disclosure Statement**," or "**Plan and Disclosure Statement**," as applicable),[2] pursuant to sections 1125 and 1126 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that as contemplated by the Plan and Disclosure Statement, the Debtors may file one or more Plan Supplements. The Plan Supplement, as defined in the Plan, means the compilation of documents and/or forms of documents, agreements, schedules, and exhibits to the Plan that will be filed by the Debtor with the Bankruptcy Court in advance of Confirmation, and all schedules, exhibits, ballots, solicitation procedures, and other documents and instruments related thereto, as may be amended, supplemented, or modified from

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan and Disclosure Statement.

time to time.

**PLEASE TAKE FURTHER NOTICE** that on August 14, 2026, the Debtor filed the *Notice of Filing of Plan Supplement to the Combined disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 204], which included a S*chedule of Assumed Executory Contracts and Unexpired Leases* as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that this supplement (the "**Amended Plan Supplement**") amends the August 14th Plan Supplement [Dkt. No. 204] and includes the following document (as may be amended, modified, or supplemented from time to time in accordance with the Plan and Disclosure Statement):

| Exhibit | Document |
|---|---|
| **A** | Revised Schedule of Assumed Executory Contracts and Unexpired Leases |
| **A-1** | Schedule of Assumed Executory Contracts and Unexpired Leases Redline |
| **B** | Disclosure of Wind Down Officer |
| **C** | Wind Down Budget |

**PLEASE TAKE FURTHER NOTICE** that the documents and other information contained in the Amended Plan Supplement are not final and therefore may be modified, amended, or supplemented from time to time.

**PLEASE TAKE FURTHER NOTICE** that the Amended Plan Supplement shall be deemed incorporated into and part of the Plan and Disclosure Statement as if set forth therein in full. The documents contained in the Amended Plan Supplement are integral to, and are considered part of, the Plan and Disclosure Statement. If the Plan and Disclosure Statement is approved, the documents contained in the Amended Plan Supplement shall also be approved pursuant to the

Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek confirmation of the Plan and final approval of the Disclosure Statement the Confirmation Hearing to be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in Courtroom 402, 4th floor, 515 Rusk, Houston, Texas, 77002 on September 8, 2026, at 1:00 p.m. (prevailing Central Time). The Confirmation Hearing may be adjourned or continued from time to time by the Court or the Debtor without further notice other than by a Court announcement providing for such adjournment or continuation on its agenda. The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and Disclosure Statement are available for a fee via PACER at https://ecf.txsb.uscourts.gov/.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Candice M. Carson*

Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4200W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
blake.glatstein@vkhh.com

***COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION***

# Exhibit A

## Revised Schedule of Assumed Executory Contracts and Unexpired Leases

| TITLE OF CONTRACT | DESCRIPTION | COUNTERPARTY | ADDRESS | Proposed Cure Amount |
|---|---|---|---|---|
| Insurance Policy | Runoff 6-year wind down insurance policy | AON Risk Services / Evanston Insurance Company | AON Risk Services Northeast, Inc.<br>One Liberty Plaza<br>155 Broadway, Suite 3201<br>New York, NY 10006 | $0.00 |
| Insurance Policy | Commercial Automobile | Willis Towers Watson Insurance Services West, Inc. / Trumbull Insurance Company (The Hartford) | Willis Towers Watson Insurance Services West, Inc.<br>P.O. Box 731739<br>Dallas, TX 75373-1739 | $0.00 |
| Insurance Policy | Umbrella | Willis Towers Watson Insurance Services West, Inc. / Hartford Casualty Insurance Company (The Hartford) | Willis Towers Watson Insurance Services West, Inc.<br>P.O. Box 731739<br>Dallas, TX 75373-1739 | $0.00 |
| Insurance Policy | Cyber Liability | Willis Towers Watson Insurance Services West, Inc./ Evanston Insurance Company | Willis Towers Watson Insurance Services West, Inc.<br>P.O. Box 731739<br>Dallas, TX 75373-1739 | $0.00 |
| Insurance Policy | Foreign Commercial Package | Willis Towers Watson Insurance Services West, Inc. / Hartford Fire Insurance Company (The Hartford) | Willis Towers Watson Insurance Services West, Inc.<br>P.O. Box 731739<br>Dallas, TX 75373-1739 | $0.00 |
| Consulting Agreement | Consulting Agreement for TSA Services post sale closing | Tommy Magrath | 4411 W Riverbend Avenue<br>Post Falls, ID 83854 | $0 |
| Consulting Agreement | Consulting Agreement for services as a Chief Administrative Officer | Kevin Dooley | Dooley Consulting, LLC<br>2312 Bevis St.<br>Houston, TX 77008 | $0.00 |
| | | | | |

# Exhibit A-1

**Schedule of Assumed Executory Contracts and Unexpired Leases Redline**

| TITLE OF CONTRACT | DESCRIPTION | COUNTERPARTY | ADDRESS | Proposed Cure Amount |
|---|---|---|---|---|
| Insurance Policy | Runoff 6-year wind down insurance policy | AON Risk Services / Evanston Insurance Company | AON Risk Services Northeast, Inc.<br>One Liberty Plaza<br>155 Broadway, Suite 3201<br>New York, NY 10006 | $0.00 |
| ~~Insurance Policy~~ | ~~Commercial Automobile~~ | ~~Willis Towers Watson Insurance Services West, Inc. / Trumbull Insurance Company (The Hartford)~~ | ~~Willis Towers Watson Insurance Services West, Inc.~~<br>~~P.O. Box 731739~~<br>~~Dallas, TX 75373-1739~~ | ~~$0.00~~ |
| ~~Insurance Policy~~ | ~~Umbrella~~ | ~~Willis Towers Watson Insurance Services West, Inc. / Hartford Casualty Insurance Company (The Hartford)~~ | ~~Willis Towers Watson Insurance Services West, Inc.~~<br>~~P.O. Box 731739~~<br>~~Dallas, TX 75373-1739~~ | ~~$0.00~~ |
| ~~Insurance Policy~~ | ~~Cyber Liability~~ | ~~Willis Towers Watson Insurance Services West, Inc./ Evanston Insurance Company~~ | ~~Willis Towers Watson Insurance Services West, Inc.~~<br>~~P.O. Box 731739~~<br>~~Dallas, TX 75373-1739~~ | ~~$0.00~~ |
| ~~Insurance Policy~~ | ~~Foreign Commercial Package~~ | ~~Willis Towers Watson Insurance Services West, Inc. / Hartford Fire Insurance Company (The Hartford)~~ | ~~Willis Towers Watson Insurance Services West, Inc.~~<br>~~P.O. Box 731739~~<br>~~Dallas, TX 75373-1739~~ | ~~$0.00~~ |
| ~~Consulting Agreement~~ | ~~Consulting Agreement for TSA Services post sale closing~~ | ~~Tommy Magrath~~ | ~~4411 W Riverbend Avenue~~<br>~~Post Falls, ID 83854~~ | ~~$0~~ |
| ~~Consulting Agreement~~ | ~~Consulting Agreement for services as a Chief Administrative Officer~~ | ~~Kevin Dooley~~ | ~~Dooley Consulting, LLC~~<br>~~2312 Bevis St.~~<br>~~Houston, TX 77008~~ | ~~$0.00~~ |
| | | | | |

# Exhibit B

## Disclosure of Wind Down Officer

| Wind Down Officer | Rate |
|---|---|
| Kevin Dooley | USD $250.00 per hour plus expenses |

# **Exhibit C**

**Wind Down Budget**

| | | | Notes |
|---|---|---|---|
| **Estimated Sources** | | | |
| Cash Balance Estimate as of September 2, 2026 | $ | 12,487,360 | Cash balance as of 9/2 |
| **Total Sources** | **$** | **12,487,360** | |
| **Estimated Uses** | | | |
| Operating Expenses | $ | 50,000 | Wind down officer expenses, tax returns, etc. |
| Professional Fee Reserve Amount | | 553,000 | VKHH fees |
| Non-Operating Expenses | | 625,000 | SF true up, restructuring expenses, including US T fees + cushion |
| Wind Down Reserves | | 50,000 | Back up cash |
| Litigation Reserves | | 25,000 | Post Effective Date Claims Reconciliation and other legal fees |
| Priority Claims | | 12,231 | |
| Unsecured Claims | | 100,000 | |
| Secured Claim Amount | | 11,072,129 | Payment to Secured Lenders |
| **Total Uses** | **$** | **12,487,360** | |