**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TEDDER INDUSTRIES, LLC,**[1] | **Case No. 25-90805 (CML)** |
| **Debtor.** | |

**NOTICE OF INTENT TO ADDUCE REMOTE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY**

1. This Notice is filed pursuant to Bankruptcy Local Rule 9017-1(c)(2)(B) by Tedder Industries, LLC, as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**").

2. This Notice pertains to any matter scheduled for hearing in this case on September 8, 2026, at 1:00 p.m. (Central Time) (the "**Hearing**").

3. The Debtor may call the following witnesses to testify at the Hearing by telephone and video technology:

(i) Kevin Dooley, Chief Administrative Officer of Tedder Industries, LLC; and

(ii) Kristina Hartogh, a paralegal at Vartabedian Katz Hester & Haynes LLP, the Solicitation Agent.

**4. Any party-in-interest may object to this Notice within three (3) days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witness to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court**

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

**will schedule a date for the witness's testimony to be given live in open court. Both the witness and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn or amended at any point prior to the Hearing.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Candice M. Carson*

Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
blake.glatstein@vkhh.com

***COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION***

**Certificate of Service**

I hereby certify that on September 3, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Candice M. Carson*
Candice M. Carson