**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | § | |
| | § | Case No. 25-90805 (CML) |
| *Debtor.* | § | |
| | § | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned hereby notifies the court of the change of address (new suite number) for Candice Carson, counsel to Tedder Industries, LLC, and debtor and debtor-in-possession in the above-captioned case, and requests that, pursuant to rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) of title 11 of the United States Code, all notices given or required to be given in this case be given and served upon:

**NEW ADDRESS:**

Candice Carson
Vartabedian Katz Hester & Haynes LLP
2200 Ross Avenue
Suite 5000
Dallas, TX 75201
Email: candice.carson@vkhh.com

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

DATED: September 4, 2026

Respectfully submitted,

*<u>/s/ Candice Carson</u>*
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Telephone: (469) 654-1340
candice.carson@vkhh.com

***COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice on September 4, 2026.

*/s/ Candice Carson*
Candice Carson