Electronic Appearance Sheet

Candice Carson, Vartabedian Katz Hester & Haynes LLP
Client(s): Tedder Industries, LLC

Jeff Prostok, Vartabedian Katz Hester & Haynes LLP
Client(s): Tedder Industries, LLC

Mary Taylor Stanberry, Vartabedian Katz Hester & Haynes LLP
Client(s): Tedder Industries, LLC

Joshua Wolfshohl, Porter Hedges LLP
Client(s): Main Street Capital Corporation