**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEDDER INDUSTRIES, LLC,[1] | Case No. 25-90805 (CML) |
| Debtor. | |

**NOTICE OF CONFIRMATION OF THE**
**COMBINED DISCLOSURE STATEMENT AND**
**PLAN OF LIQUIDATION OF TEDDER INDUSTRIES, LLC**
**PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on September 8, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") entered the *Findings of Fact, Conclusions of Law and Order (I) Approving the Adequacy of the Debtor's Disclosure Statement and (II) Confirming the Combined Disclosure Statement and Plan of Liquidation of Tedder Industries, LLC Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, supplemented, or otherwise modified from time to time, the "**Plan**")[2] [Dkt. No. 219].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VII.C of the Plan, Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Court on or before 5:00 p.m. (prevailing Central Time) on the date that is thirty (30) days after the Effective Date, to the extent not already filed and to the extent that there was no other prior order setting a different deadline to file such rejection Claims.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided by the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, pursuant to Section III.A.1 of the Plan, all requests for payment of Administrative Expense Claims must be filed on or before the date that is thirty (30) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section III.A.4 of the Plan, the deadline to file final requests for payment of Professional Fee Claims is 45 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that following the Effective Date, the terms of the Plan shall be binding upon and inure to the benefit of the Debtor, its Estate, all present and former Holders of Claims and Interests, whether or not such Holders voted in favor of the Plan, and their respective successors and assigns.

---

[1] The last four digits of the Debtor's federal tax identification number are 7652. The location of the Debtor's service address is: 4411 W Riverbend Ave, Post Falls, ID 83854-8150.

[2] Capitalized terms not otherwise defined herein shall be given the meaning ascribed to them in the Plan.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Candice Carson*

Jeff P. Prostok (State Bar No. 16352500)
Mary Taylor Stanberry (State Bar No. 24143781)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
mary.stanberry@vkhh.com

Candice M. Carson (State Bar No. 24074006)
J. Blake Glatstein (State Bar No. 24123295)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: candice.carson@vkhh.com
blake.glatstein@vkhh.com

*Counsel to Debtor and Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the parties requesting service via this Court's ECF Electronic Notice and upon the parties on the attached Service List via United States Mail, first class postage prepaid, on September 14, 2026.

*<u>/s/ Candice Carson</u>*
Candice Carson